**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT** JUL 0 9 2018
**FOR THE EASTERN DISTRICT OF ARKANSAS**
JAMES W. McCORMACK, CLERK
_____ **DIVISION** By: _____ XBW _____
DEP CLERK

CASE NO. _5:18-CV-179-BSM-PSH_

**Jury Trial:** ☑ Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Jason Deon Palton_
ADC # _95164_

Address: _P.O. Box 600, Grady Ar. 71644_

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge _Miller_
and to Magistrate Judge _Harris_

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Straughn_

Position: _Warden_

Place of employment: _ADC. Cummins Unit_

Address: _P.O. Box 500 Grady Ar. 71644_

Name of defendant: _Dale Marshall Reed,_

Position: _Chief Deputy Director_

-4-

Place of employment: A.D.C. Grievance Appeals

Address: P.O. Box 8707, Pine Bluff, Ar. 71644

Name of defendant: G. Musselwhite

Position: Deputy Warden, Treatment, D.

Place of employment: Cummins unit. A.D.C

Address: P.O. Box 500, Grady Ar. 71644

Name of defendant: Vernon Robertson

Position: Major

Place of employment: A.D.C. Cummins unit.

Address: P.O. Box 500, Grady Ar. 71644

II. Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

defendant: Dernitta Thomas
position: Lieutenant
place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: Crystal Woods
position: Classification officer
place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: Michael Bolen
position: Lieutenant
place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: Paul D. Johnson
position: Lieutenant
place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: Kenneth Starks
position: Capt.
place of employment: A.D.C. Cummins
Address: P.O. Box 500, Grady Ar. 71644

—6—

Defendant: Justine M. Minor
position: Disciplinary Hearing officer.
Place of employment: A.D.C. central office
Address: P.O. Box 8707, Pine Bluff, Ar. 71644

Defendant: Tiffany V. Agnew
position: Sgt.
Place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: Budnik
position: Deputy Warden
Place of employment: A.D.C. Cummins Unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: C. Daniel
position: Major
place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: T. Griffin
position: Lieutenant
place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

-7-

Defendant: Dana Haynes
position: R.N. HSA
place of employment: A.D.C. Cummins Unit
Address:  P.O.Box 500, Grady Ar. 71644

Defendant: Judy C. Hattaway
position: Mental Health Services
place of employment: A.D.C. Cummins Unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: White
position: Metal Health Dr.
Place of employment: A.D.C. Cummins Unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: D. Compton
position: mental Health supervisor
Place of employment: A.D.C. Varner Unit
Address: P.O. Box 600, Grady Ar.71644

Defendant: M. Greenwade
position: mental Health supervisor
place of employment: A.D.C. Varner Unit
Address: P.O. Box 600, Grady Ar. 71644

—8—

Defendant: James Shipman
position: Deputy Warden V.S.M.
Place of employment: Varner Unit A.D.C.
Address: P.O. Box 600, Grady Ar. 71644

Defendant: F. Washington
position: Classification
place of employment: A.D.C. Varner Unit
Address: P.O. Box 600, Grady Ar. 71644

Defendant: Jared Byers
position: Deputy Warden population
place of employment: A.D.C. Varner Unit
Address: P.O. Box 600, Grady Ar. 71644

Defendant: Wendy Kelley
position: Director
place of employment: A.D.C. Central office
Address: P.O. Box 8707, Pine Bluff, Ar. 71611

Defendant: James Gibson
position: Warden
place of employment: A.D.C. Varner unit
Address: P.O. Box 600, Grady Ar. 71644

— 9 —

Defendant: Reed Marshall Dale
position: Chief Deputy Director
Place of employment: A.DC. central office
Address: P.O. Box 8707, Pine Bluff, Ar. 71611

Defendant: Payne, Dexter L
position: Deputy Director
Place of employment: A.D.C. central office
Address: P.O. Box 8707 Pine Bluff, Ar. 71611

Defendant: Lola L. Elliott
Position: Grievance coordintor
place of employment: A.DC. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

Defendant: April D. Gibson
position Grievance Coordinator
Place of employment: A.D.C. Cummins unit
Address: P.O. Box 500, Grady Ar. 71644

-10-

☐ Court (if federal court, name the district; if state court, name the county):

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?  yes



## FACTS OF COMPLAINT

(1.) Inmate Jason Parton #95164 was housed at the ADC-Cummins Unit, 12 barracks on the date of January 02, 2018 when an Inmate Blood #144090, a known "hit man" and violent offender approached Parton while, uttering threats to cause Parton physical bodily injury. Parton observed Blood put on gloves as Blood begin to tell Parton things such as, but not limited to: "I was told to beat you bloody until, you catch out the barracks. I don't really want to. You haven't ever done anything wrong to me. But I got to, man. cause, I don't want any trouble with the police. This is what I do. I'm a hit man. I'm telling you this now to give you a chance to catch that door before I get to you..." Parton then observed the surroundings in 12 barracks seeing how other inmates were displaying intimidating behavior which made Parton fear for his safety from all of the inmates in the general area.

(2.) Parton advised Lt. Michael Bolen of his experience with Blood and other inmates in the general area at approximately 12:05pm. Parton advised Bolen that, he feared for his safety and did not want to return into that barracks for fear of the inmates causing physical injury upon Parton if, he returned. Bolen had Blood moved to another barracks which, that standing alone,

#-12-

1

was not sufficient to rectify Parton's reasonable concerns for his safety considering that, the remainder of the same inmates remained in the same barracks.

(3.) While in the course of Bolen being moved to another barracks, Parton was standing in the hallway at which time, chaplain Babcock appeared. Parton asked to speak with Babcock whom escorted Parton to the chaplain's office at which time, Parton explained the above unfolding events to Babcock including the fact that, Parton had sought the protection of security and yet, security was failing to provide an effective remedy to remove Parton from the general area of a hostile environment, created by verbal threats, and intimidating behavior of multiple inmates. Babcock promptly called Major Robertson and advised Robertson that, Parton feared for his safety in returning back into the same barracks with the remainder of the inmates whom Parton perceived to display the appearance of a potential threat to Parton's safety. Robertson's response was to order Bolen to return Parton back into the same hostile environment, 1d barracks or to lock Parton down in a punitive, restrictive area with a written major disciplinary under the guise of a policy violation when, in all actuality it was clear at the outset that Parton was requesting the protection of security to no avail. Of course Parton refused to return into the hostile environment, still fearing for his safety so, the latter of Robertson's order(s) to Bolen were imposed upon Parton.

(4.) At a later date, on January 10, 2018 at approximately 1:30 p.m. Palton approached a Lt. Paul Johnson. Palton advised Johnson that he, Palton feared for his life and for that reason was not returning back to 12B barracks. Palton did advise Johnson of the previous matter regarding Blood and other multiple inmates which occurred in 12A barracks. 12A and 12B barracks' were neighboring barracks whose entry doors were less than, 12 to 15 feet apart, 10 barracks which still housed Blood was directly across the hallway from 12 barracks less than, 12 to 15 feet apart as well and was in the same general housing zone together. Johnson ignored Palton's plea for protection and instead, locked Palton down in a punitive, restrictive area under the guise of a policy violation when, it was clear from the outset that, Palton was again, requesting the protection of security in declaring, he feared for his life yet, it was of no use as, Palton's plea continued to fall on deaf ears.

(5.) It had already quickly become apparent to Palton while being previously housed at Varner unit that, Palton's health and safety was at risk of physically being harmed, substantially, while housed at Varner, Varner supermax, and cummins unit(s). Palton knowing that between these unit(s) multiple personnel(s), staff and inmates, would continue to be allowed and even, encouraged to retaliate, harass, and torture Palton because of the prior §1983 suit filed by Palton as a result of the sexual assault that happen in 2005 by ADC security staff. The prior §1983 suit was considered a high profile case and included

multiple ADC varner unit administrator(s) located in Grady, AR. where both varner and cummins unit(s) are virtually across the highway from each other. As demonstrated above and to be shown below in the following paragraphs of this complaint, it has proven to be a serious conflict of interest in housing Parton between varner and cummins unit(s), unnecessarily, in the immediate area where the family, friends, and day to day co-workers of those successfully sued by Parton thus, housing Parton (unnecessarily) at varner and cummins unit(s) is putting Parton in what considerably is, A Danger Zone. After writting letter(s) and request for interview(s) to these person(s) to no avail, Parton initiated a grievance #: VU-18-00031 against Warden Byers, Director Kelley, Classification Washington, Mental Health (Compton), i.e. in their deliberate contribution in such retaliation, harassment, and torture, and their corrective inaction to remedy the suffering of Parton's cruel and unusual punishment. Instead these person(s) arranged for Parton's transfer to their neighboring "(buddy)" unit, cummins to aid and abet the continuing punishment of Parton in The Danger Zone.

(6.) At grievance #: CU-18-00211 cummins unit Warden straughn and classification Woods, i.e. admitted that, Parton requested P.C. (Protective Custody) as a gay male being preyed upon; and Security having prior knowledge (Straughn, Woods, Robertson, i.e.) that Parton is not only victim prone, but also a target for sexual misconduct as a gay male with known financial stability from the prior §1983 suit for Parton's suffering as a victim of sexual assault. Still Straughn, Woods, Robertson refused to take

━5━                    4

corrective action to protect Parton and instead, forced
Parton to accept violent, and gang related inmates to cell
together with Parton under gun point/duress/threat and
intimidation of punitive consequence(s). Neither Straughn,
Woods, nor Robertson followed Abc Policy, AD code (16-54)
Restrictive Housing, III. DEFINITIONS: #6. Protective Custody
Protocol, i.e., etc. as to Parton's request for P.C. on multiple
occurance(s).

(7.) In the beginning, Parton was forced to cell with Inmate Chastang
#134005 on or about January 10, 2018. Chastang was known as
a serious, violent offender with multiple counts, and law enforce-
ment victims. Parton was blessed not to have any trouble or victim-
ization at the hands of Chastang. But Parton's luck soon changed
for the worse.

(8.) Parton continued to write letters, requests for interviews, informals
and grievances fearing for safety and requesting P.C. and a
transfer from the Danger Zone. Parton forwarded letters again
to Straughn whom continued to ignore Parton's plea for P.C., etc.
Parton also forwarded requests to Deputy Warden Musselwhite
with a plea for help again. Musselwhite is also apart of
Cummins classification committee with Straughn, Woods, and
Robertson and was just as much knowledgable of these
indifferences as Straughn, Woods, and Robertson therefor, just
as much deliberately indifferent to Parton's needs in
failing to protect, failing to take corrective action, and conspiracy
to retaliate, i.e.

—16—

5

(9.) In Palton's endeavor(s) of exhausting administrative remedies Palton has endured multiple instance(s) of obstruction by unit grievance coordinator Lora T. Elliott and Director's office Dale Reed in making false claims of violations for the purpose of impeding the completion of the grievance procedure. However, It's clear that Palton has no remaining administrative remedies available; In addition, Palton has recieved responses from both, the unit warden(s) and the ADC Director's office which is the fundamental requirements under the PLRA, success is not mandated.

(10.) On multiple occasions such as, on the date(s) of March 5, 2018 and March 6, 2018 Palton gave Lt. Griffin #2831 two emergency grievance(s) that he, Palton was sexually assaulted by two inmate(s) and that the PREA standards remained inadequate while also noting, grievance coordinator(s) Lora T. Elliott and April D. Gibson were deliberately indifferent by violating, grievance processing procedure in refusing to return grievance acknowledgements and other adequate responses.

(11.) In grievance #: CU-18-00302. Palton again grieved how PREA standards remained inadequate as, Lt. Griffin, Capt. Starks, Sgt. Agnew and the grievance coordinators Elliott and Gibson, Lt. Al. manning, wardens Straughn and Musselwhite along with Director Dale Reed conspired to not respond to how Cummins forced Palton to cell with inmates Brandon Gray #151048 and Phillips, and how Palton was denied due process procedure in P.C. protocol which resulted in Palton being sexually assaulted by both inmates multiple times. Due to the circumstances of being denied P.C. by ADC Cummins personnel(s) above, Palton's housing conditions placed him in situations of being forced to consent to oral and anal

—100— —17—

6

Sex under, duress and intimidation which, amounts to coercion. Palton whom was housed in The Danger Zone (under the care of these above named A&c cummins personnels that refused to provide Palton P.C.) had virtually no choice except, to consent to sex or to possibly, suffer the beating of his life and still be forced to have sex with the dangerous, violent offenders Palton was forced to cell with; After these person(s) contributed to this coercion, Lt. Dernitta Thomas retaliated against Palton, by writting Palton a major disciplinary to impose additional punitive consequences upon Palton while admitting, Palton was truthful), showing no deception. It's clear that Palton was facing entrapment by the above personnels in that, Palton would face punitive consequences if, he did or did not accept a cellmate and Palton's only hope was, that if these violent offenders did not demand sex from Palton. This disciplinary report by Thomas was dated 4.9.18 at 11:50 a.m.

(12.) Palton also initiated an Emergency grievance on 3.8.18 concerning medical as, on 3.6-18 while palton were waiting to be seen by Medical Palton stopped Major Danial to speak with him about the PREA issues and being harassed by security and security allowing Palton to be sexually assaulted, i.e. Danial refused to speak with Palton thus, Danial's corrective inaction aid and abetted the conspiracy against Palton. Palton also noted that medical REFUSED to

 —18—

at minimum, make an assessment as, Patton's anus was swollen due to penetration by inmates Gray and Phillips, which caused Patton physical pain during bowel movements, daily. The ADC Cummins unit supervisor is responsible for the over-sight and corrective action in sensitive matters as Patton's; that Infirmary Supervisor is Director of Nurses ~~███████~~ Dana Haynes, RN, HSA

13. Patton wrote multiple requests to ADC Cummins unit mental health Judy C. Hattaway seeking counseling and treatment for depression and nightmares, etc. as a result of the sexual assaults of Gray and Phillips to no avail of recieving help. Patton than begin initiating an informal grievance for mental health's denial of said counseling and treatment dated 3.6.18 and 4.19.18 against a Doctor White and Hattaway. Rather than providing Patton with the counseling and treatment Patton deserved for his depression and nightmares, white and Hattaway aided and abetted the conspiracy to also deny Patton treatment even, blaming Patton for his condition and suffering in the sexual assaults and the after effects thereof.

14. After Patton refused to stop filing reports, grievances, requests, etc. about the above named person(s) of ADC Cummins unit denying Patton P.C. and causing two inmates to be allowed to continue their violent offender characteristics and behavior in sexually assaulting Patton multiple times, the ADC Cummins unit Straughn, Musselwhite, Woods, Robertson, Daniel, white, and Hattaway, again, conspired to keep Patton in The Danger Zone to transfer Patton back to Varner, Varner Supermax area on or about the date of 4-23-2018 2018.

 —19—

8

(15) Once back at Varner unit, Palton wrote requests and initiated an informal/grievance on the date of 5.6.18 against, mental health Mr. Compton and Mr. Greenwade pleaing for adequate counseling and treatment for Palton's nightmares and the depression to no avail. Palton also noted that, Compton and Greenwade were the same persons whom conspired not to give Palton proper mental health services in the prior incident of sexual assaults in 2005.

(16) On the date of 5.8.18 Palton was urged to initiate an informal/grievance against Straughn, et.al. and Varner unit warden J.Gibson, et.al. for conspiring together to have mailroom staff Ms. V. Allen and D. Ross to stop Palton's mail and hold it to punish Palton by, obstructing Palton's access to Palton's lawyer in informing that lawyer about cummins unit security causing Palton to be sexually assaulted by denying Palton P.C. Palton's sister advised Palton that, ACLU (Legal Advocacy Group) and Palton's lawyer never recieved Palton's legal mail that Palton mailed out while housed at cummins unit. Palton pleaed these personnels would allow Palton to recieve his mail and send it out without obstructing that process, too.

(17) Then on the date of 5.9.18 Palton initiated an informal/grievance against Varner, Varner supermax warden J. shipman, classification J. Washington, mental health Greenwade for discrimination and denial of adequate treatment/programs to help Palton cope with depression and nightmares he was suffering due to the sexual assault(s). These person(s) elect to afford class $IV$ and violent, abusive inmates the step down program which encompasses



-21-

a wealth of information covered in multiple mental health programs, but Patton is denied access to adequate counseling and treatment while, knowing Patton's situation not only of the sexual assaults in 2005 but also, the most recent at commins unit. Patton continues to ask for help to no avail causing, Patton to re-live the past and still have the burdens of carrying what happened to him in 2005 while, striving to cope and survive The Danger Zone he's in today.

MORE THAN FIVE YEARS AFTER IMPLEMENTATION, PREA STANDARDS REMAIN INADEQUATE

"We should not be tolerating rape in prison."- President Barack Obama, July 2015

✗ Notice: All of the attached documents are considered as apart of the factual predicate of this complaint herein.

(18) Prison officials Intently caused me emotional distress. I'm suffering, crying, no appetite... The officials Are taking me through extreme emotional distress... Warden Gibson And the Internal Affairs of the Arkansas Department of correction Intently misled the Arkansas State Police during their investigation of the sexual assaults that Varner supermax caused upon

-22-

me in 2005... I've done ALL I CAN by me exhaustion of Administrative Remedies.

19. The Director Wendy Kelley, never would Remedy Any of the situations of the torture, conflict of Interest, Conspiracy, harassment, threats, And me being denied Protective Custody Allowing security to cause me to be sexual Assaulted Prior-to-incident of the sexual Assaults that Varner supermax Caused upon me in 2005. I mailed Affidavit Letter to Director Wendy Kelley Date: 6-9-2017 And Another Affidavit Letter 6-20-2017 of the harassment, threats, Retaliation of Prison officials. Response from the Director's office July 14, 2017 from Executive Assistant to the Director Jada Lawrence. Re: Mental Health. Director Wendy Kelley disregarded other Remedies of my complaint in Affidavit Letter Date: 6-9-2017 And Affidavit Letter Date: 6-20-2017 with Correspondence of documents that She had Received.

20. On 6-6-18 Chief Deputy/Deputy/Assistant Director's Decision Grievance# VSM 18-01323 my Appeal is without merit, Director Dexter L. Payne.

-23-

21. Mental Health Administrator Bob Parker conspired with Executive Assistant to the Director ~~xxxxx~~ Jada Lawrence, Director Wendy Kelley to falsify documents as if I'm afforded reasonable an appropriate mental Health Services. See Letter from the Directo's office July 19, 2017 Along with Grievanc# VSM 18-01331 ~~xxxx~~ in regard to mental Health Rehab Program Manager D. Compton Conspired with ~~x~~ Cogbill, DR. White, Dr. Lee, and by psychologist Dr. Faupel to deny me mental health services.
Mr. Cogbill at cummins unit never offered treatment materials. Dr. Faupel psychologist never gave me ian evaluation on 6/8/2018. mental Health D. Compton conspired with Dr. Lee to take my depression medication intently on 12-12-17 hopping I would end my own Life. Prior-to-incident of the sexual Assaults that varner supermax caused upon me in 2005. Prison officials has falsifyed documents to cover up the Retaliation harassment and sexual Assaults that @varner varner supermax and cummins

24 -

unit Prison officials et. al. caused upon my life denying me Protective Custody. Prison officials illegal action failing to correct that misconduct, and encouriging the continuation of misconduct, Prison officials is also violating Jason Deon Palton rights under the Eighth Amendment to the United States Constitution and causing Jason Deon Palton pain, suffering physical injury and emotional distress. Jason Deon Palton has no plain, Adequate or complete remedy at law to redress the wrongs described herein. Jason Deon Palton has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

## Prayer for Relief

Wherefore, plaintiff respectfully pray that this court enter Judgment:

(1.) Granting Plaintiff Jason Deon Palton ~~that~~ A declaration that the Acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

(2.) A preliminary and permanent injunction

-25-

ordering defendants straughn et.al. to cease their physical violence and threats toward Plaintiff Jason Deon Palton and

(3.) Granting Plaintiff Jason Deon Palton Compensatory damages in the Amount of $50,000 against each defendant

(4.) Plaintiff seek punitive damages in the Amount of $50,000. Plaintiff Jason Deon Palton seeks these damages against each defendant, Jointly and severally.

(5.) Plaintiff also seek a Jury trial on all issues triable by Jury.

(6.) Plaintiff also seek recovery of their cost in this suit and

(7.) Any Additional relief this court deems Just, proper and equitable.

Date: 6-29-2018

Respectfully submitted, Jason D. Palton #95164

I declare under penalty of perjury (18 U.S.C. §1621) that the foregoing is true and correct.

Executed on this 29- day of June 2018

Signature of Plaintiff #

95164

P.O. Box 600, Grady Ar. 71644

-26

# Claims

## First Cause of Action

The actions of the defendants stated in paragraphs 1. through 21. denied Plaintiff due process of law in violation of the Eighth Amendment

Plaintiff's Eighth Amendment right to be free of unjustified and denied protective custody was violated, when

(A) defendants forced Plaintiff to be housed (cell) with violent & threating inmates.

(B.) Plaintiff were forced with having sex with inmates.

## Second Cause of Action

The actions of the defendants stated in paragraphs 1. through 21. denied plaintiff his First and Eighth Amendment rights.
Plaintiff First and Eighth Amendment right of access to the courts was violated when his legal pleadings concerning his

-27-

mail were taken and not returned.

Third Cause of Action

The actions of the defendants stated in paragraphs 1. through 21. violated state Law.

For a discussion of establishing personal involvement of prison officials not directly involved with Plaintiff's injuries, see. paragraphs 19, 20, 21.

Fourth Cause of action

The actions of the defendants stated in paragraphs 1 through 21

Plaintiff alleges that defendants violated the state law of conversion and the policy regulations of Arkansas Department of Corrections with failing to protect the Plaintiff from being sexual harassment, sexual Assault, Retaliation, defendants not provided proper mental Health Services for the Plaintiff.

Signature: Jason Palton #95164

Jason Palton

P.O. Box 600, Grady Ar. 71644

-28-

## Fifth Clause of Action

The actions of the defendants stated in paragraphs 1. through 21. Violated State Law.

Plaintiff alleges that defendants Warden Straughn, And G. musselwhite et, AL, violated the State law of The Prison Rape Elimination Act (PREA) passed by Congress in 2003. Applies to All detention facilities, including federal And State prisons, Jails, Police lock-ups, private facilities, And immigration detention centers, and specifically recognize that sexual assault in detention is a Violation of the Plaintiff Eighth Amendment. (PREA) requires that facilities Adopt A zero-tolerance Approach to this form of abuse.

(A.) Arkansas Department of corrections (PREA) policy Standards Remain inadequate.

Signature: Jason Palyan #95164
P.O. Box 600,
Grady Ar. 71644

800-4

STATE OF ARKANSAS )
                        )§
COUNTY OF Lincoln )

### AFFIDAVIT

I, Jason Palton , after first being duly sworn, do hereby swear, depose

and state that: I had to Let a fellow

Inmate mail out my 1983

Complaint Civil Action suit

to the united States District

Court. A.D.C. Is holding my

mail.

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

6-24-18

DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 29 day of

June , 20 18 .

NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

800-4

STATE OF ARKANSAS          )
                           ) §
COUNTY OF Lincoln          )

## AFFIDAVIT

I, Jason Palton # 95164, after first being duly sworn, do hereby swear, depose and state that: Please Prison officials is Taking copies of my paper documents to warden J. Gibson. Please Except my documents. I need the coverts Help!

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-29-2018
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 29 day of June, 20 18.

NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

800-4

STATE OF ARKANSAS )
COUNTY OF Lincoln ) §
)

**AFFIDAVIT**

I, Jason Palton #95164 after first being duly sworn, do hereby swear, depose and state that: I'm under so much Stress! Lord I cry Help me. I cry, cry, cry, I will pray for these People. Lord forgive them for There wrong doing this to me.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-29-2018
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 29 day of June, 20 18.

NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

*N-18L*

iSSR100

**Arkansas Department of Corrections**
Cummins Unit **Unit**

**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious: he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

**Inmate:** Patton. Jason Deon          **ADC#:** 095164E          **Assignment:** AM:Restrictive Housing
                                                                                            PM:Unassigned

**Class:** IV          **Being charged** ✓    Bolen. Michael D          **Title:** Lieutenant
**with code viola... ):**

12-3  Failure to ... verbal and/or written order(s) of staff.  •
12-4  Refusing ... ect verbal orde... to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hail, transportion ... ck. or h...wa...

**Date & Time:** ...2/2018    1:05 PM
**Notice of Charg...**

| | |
|---|---|
| Incident Report ... Commit... Ur | |
| Incident Report ... Time: 0 ...2/...18/12:05:00 PM | |
| Incident Repor... ...ber:201...-31-...9 | |
| Incident Repor... ...nents By... Mi...ael D Bolen | |

On January 2, 2... t... approx...iate... 12:05pm. I Lt Michael Bolen responded to a call by via radio by COII Ceante McJoy to come to 12 barrack. Once I... ...d... 12 barrac... COII McJoy stated that Inmate Jason Palton #095164 (12Bks. Rack 23. Field Utility. Class IV. Zone 1) needed to speak... ...:. Inmate Palt... asked me if he could speak to me in private. Inmate Palton stated to me that he could not return to his assigned barrack... ...ause of... ...mat... Blood # 144090 (12bBks. Rack 46. Hoe Squad. Class III. Zone 1) had threaten him. Inmate Blood was moved from 12... ...ck ...o 10... ...rra... due to classification. I then asked Inmate Palton could he return back to his barrack now that Inmate Blood was no lo... ...r assigned ... 12 barrack in which he said no. I then gave Inmate Palton a Direct Order to go back to his assigned barrack in which he refuse... ...ate Palt... i w... placed in hand restraints, his property was packed, searched with no contraband found, seen by infirmary for pre lockup a... ...ne...t, an... ...sco...ted to the Restrictive Housing Area. Therefore I Lt Bolen am charging Inmate Palton with rule violations 12-3 and 12-4 p... ...g DCR

(I affirm that the ...f...mation ... thi... report is true to the best of my knowledge)          Signature of Charging Officer

| NOTIFICA...... Office... | | ...lw          **Date & Time Notified** 1/4/18    7⁴³/₂ |
|---|---|---|

Witness St...ent...:     No ...          If yes, list: _____

Inmate's Signature

| C.S.O. Revie... | Outco...e: | Refer to Hearing Officer/Comm. | |
|---|---|---|---|
| | B...: | Robertson, Verno... R | **Date** 01/04/2018 |

| Extension: | ...o X... | Yes _____  **Has extension form been completed?** _____ |
|---|---|---|

Presentation by ...u...sel - Sub...titu... is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily comp...ex

Counsel-Sub...te:    A...ign...l (Name) _____          **Not Assigned**

RECEIVED

JAN 23 2018

ADMINISTRATOR
DISCIPLINARY HEARINGS

**RECEIVED**

JAN 0 9 2018

**CUMMINS UNIT
A.R.O. Office**

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name __Palton Jason__ ADC# __95164__

Unit/Center __Cummins__          · Punitive Isolation ____ Yes __✓__ No

Disciplinary (date) __1-2-18__          by (charging officer) __Lt. Bolen__

__1-5-18__
Date    Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision**: Affirm __✓__ Reverse _____ Modify _____(See attached if modified)
Signature: _____ Date __1-9-18__

__1-10-18__
Date    Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.
**DHA's Decision**: Affirm __✓__ Reverse _____ Modify _____(See attached if modified)
Signature: _____ Date __01/24/18__

_____
Date    Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision**: Affirm _____Reverse_____ Modify _____(See attached if modified)
Signature: _____ Date_____

**Notice to Inmate:** This form is to be used for all appeal levels and responses. Briefly state reasons why conviction or punishment should be reversed or modified. This information will be considered at all three levels of appeal. Only information that is contained within this space on this form will be considered: Sir Inmate Blood 144090 were not the only one that threaten me in the Bks. I went to Chaplin Babcock He called the major And told Him that I feared to go Back in the Bks Because of the Inmates want to Jump on me. I Did not Refuse A Direct Verbal order Security supose to protect the Inmates and your Security. I Did was the right thing to do.

Inmate's Signature: _____ Date: __1-5-18__

**Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.**

RECEIVED

JAN 23 2018

ADMINISTRATOR
DISCIPLINARY HEARINGS

RECEIVED

JAN 0 9 2018

CUMMINS UNIT
A.R.O. Office

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name Pralton Jason       ADC# 95164

Unit/Center Cummins       .       Punitive Isolation _____ Yes __✓__ No

Disciplinary (date) 1-2-18       by (charging officer) Lt. Bolen

1-5-17
Date    Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision**: Affirm __✓__ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date 1-9-18

1-10-18
Date    Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.
**DHA's Decision**: Affirm __✓__ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date 01/24/18

_____
Date    Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision**: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date _____

**Notice to Inmate:** This form is to be used for all appeal levels and responses. Briefly state reasons why conviction or punishment should be reversed or modified. This information will be considered at all three levels of appeal. Only information that is contained within this space on this form will be considered: Sir Inmate Blood 144090 were not the only one that threaten me in the BKS. I went to Chaplin BaBcock He called the major And told Him that I feared to go Back in the BKS Because of the Inmates want to Jump on me. I Did not Refuse A Direct Verbal order Security supose to protect the Inmates and your Security. I Did was the right thing to do.

Inmate's Signature: _____ Date: 1-5-17

Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.



# MAJOR DISCIPLINARY APPEAL RESPONSE

# CUMMINS UNIT

INMATE NAME: **Palton, Jason**          ADC# **95164**          BK. **12A10**

Disciplinary Date: **1/02/2018**                    By charging Officer: **Lt. Michael Bolen**

WARDEN/CENTER SUPERVISOR'S DECISION

A review of the Major Disciplinary written on you on 1/02/18 at 12:05 PM by Lt. M. Bolen has been conducted. The only Inmate you named as threatening you was moved due to Classification. You did not supply any other names of Inmates threatening you. You did refuse a Direct Order to return to your assigned bks. You have been afforded a fair and impartial hearing. I find you have not presented any new evidence that would merit a reversal or modification of this disciplinary. Therefore, your appeal is denied and the Major Disciplinary Hearing Officers decision is affirmed.

If you disagree with my decision you may appeal to the Hearing Office Administrator, at Central Office, within fifteen (15) days.

*HC  12B-8  36*

ISSR100

**Arkansas Department of Corrections**
Cummins Unit **Unit**

**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious: he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

Inmate: Palton, Jason Deon                 ADC#:   095164E          **Assignment:** AM:Restrictive Housing
                                                                                    PM:Unassigned

Class:  IV      is being **charged by**      Johnson, Paul D                 **Title:** Lieutenant
with code violation(s):

12-3   Failure to obey verbal and/or written order(s) of staff.
12-4   Refusing a direct verbal order to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hall, transportion vehicle, or hallway.

**Date & Time:**  01/10/2018      1:30 PM

**Notice of Charges:**

Incident Report Unit: Cummins Unit
Incident Report Date/Time: 01/10/2018/01:30:00 PM
Incident Report Number: 2018-01-058
Incident Report Comments By: Paul D Johnson
On 01-10-2018 at approximately 1:30pm I Lt. Paul Johnson was standing at West #1 (Zone-3) when Inmate Jason Palton #95164 (12B Barrack Rack #8 Field Utility Class IV) approached me stating he feared for his life and was not returning back to 12B Barrack. Inmate Palton was questioned and he would not state why he feared for his life. Due to Inmate Palton not having an enemy in 12B Barrack he was given a direct order to go back to 12B Barrack but to no avail. Inmate Palton was placed in restraints. His property was searched and packed with no contraband being found. He was seen by Infirmary staff for pre lock up assessment. Therefore for the above stated reasons I Lt. P. Johnson am charging Inmate J. Palton #95164 with rule violations 12-3 and 12-4 pending DCR.

(I affirm that the information in this report is true to the best of my knowledge)       Signature of Charging Officer

| NOTIFICATION: | Officer _____ *LN* _____ | **Date & Time Notified** 1/11/18  8⁰⁰ |

Witness Statements:      No  X          If yes, list:

Inmate's Signature

| C.S.O. Review: | Outcome: | Refer to Hearing Officer/Comm. | |
| | By: | Robertson, Vernon R | **Date** 01/11/2018 |

Extension:   No  X _____  Yes _____      **Has extension form been completed?** _____

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.

Counsel-Substitute:    Assigned (Name) _____     **Not Assigned** _____

**RECEIVED**

**JAN 1 7 2018**

**CUMMINS UNIT**
**A.R.O. Office**

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name **Palton Jason**          ADC# **95164**

Unit/Center **Cummins**          Punitive Isolation _____ Yes ✓ No

Disciplinary (date) **1-10-18**          by (charging officer) **Lt. Johnson**

**1-12-18**
Date    Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision:** Affirm _____✗_____ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date **1-17-18**

**1-18-18**
Date    Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.
**DHA's Decision:** Affirm __)__✓____ Reverse _____)____ Modify _____ (See attached if modified)
Signature: _____ Date **1/31/18**

_____
Date    Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision:** Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date_____

**Notice to Inmate:** This form is to be used for all appeal levels and responses. Briefly state reasons why conviction or punishment should be reversed or modified. This information will be considered at all three levels of appeal. Only information that is contained within this space on this form will be considered: I feared for my Life Inmate Blood #144090 Along with other Inmates had threaten to Jump on me. I Requested P.C. And security denied me of P.C. wanting me to get Jumped on. This is not refusing a Direct order in Protecting my Life. This was the right thing I done for the safty of my Life. Security supose to Protect.

Inmate's Signature: **Jason Palton**          Date: **1-12-18**

Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.

I Talked to Warden musslwhite About this issue He said He would Help me.

# MAJOR DISCIPLINARY APPEAL RESPONSE

# CUMMINS UNIT

INMATE NAME: **Palton, Jason**      ADC#  **95164**      BK.  **East Building S19L**

Disciplinary Date: **1/10/2018**                     By charging Officer: **Lt. Paul Johnson**

WARDEN/CENTER SUPERVISOR'S DECISION


A review of the Major Disciplinary written on you on 1/10/18 at 1:30 PM by Lt. P. Johnson has been conducted. You did not state to Lt. Johnson why you feared for your life. You did not supply any other names of Inmates threatening you. You did refuse a Direct Order to return to your assigned bks. You have been afforded a fair and impartial hearing. I find you have not presented any new evidence that would merit a reversal or modification of this disciplinary. Therefore, your appeal is denied and the Major Disciplinary Hearing Officers decision is affirmed.


If you disagree with my decision you may appeal to the Hearing Office Administrator, at Central Office, within fifteen (15) days.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center VArner

Name Jason Palton

ADC# 95164    Brks # 7-44   Job Assignment B/U

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #</td><td>V418-00031</td></tr>
<tr><td>Date Received:</td><td>1-22-18</td></tr>
<tr><td>GRV. Code #:</td><td>201</td></tr>
</table>

~~1-8-18~~ (Date) STEP ONE:  Informal Resolution

1-15-18 (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)

   If the issue was not resolved during Step One, state why: _____

1-10-~~208~~ 2018, (Date) ~~Issue not silved~~

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: Security here At Cummins Conspired to cause me physical harm

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): WArden Byers, Director Wendy Kelley, Classification et. Al. intently is Allowing security, medical, mental health And Inmates to Retaliate, harass, torture causing conflict of interest not Rectifying Any of the sexual Assault that happen in 2005 by security. Classification et. Al. Knowing VArner were sued by my lawyer A.C.L.U. And that this will cause me conflict of interest with Staff And Inmates. my health & safty is At A substantial risk of physical harm while housed At VArner, VArner supermax. & Cummins I'm not Receiving any help. my sister called to speak with the WArdens of VArner. Staff Refuse to let my family to speak with the warden's And Causing me conflict of interest not Rectifying Any of this situations.

   1-10-2018

_Jason Palton_ _____      Date 1-10-2018

Inmate Signature

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 1-11-18 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt GSmTL_ _____ _64844_ _____ _Sgt GSmn_ _____ _1-11-18_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including **dates**: I Sgt GSmTL could not resolve this issued on this inmate grievance about.

_____

_Sgt GSmTL 1-11-18_ _____      _____

Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on 1-15-18 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _Sgt GSmTL_ _____ Date: _1-15-18_

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _1-15-18_

If forwarded, provide name of person receiving this form: _____ Date: _____

JAN 22 2018

VARNER UNIT GRIEVANCE

VARNER UNIT GRIEVANCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after completion of Step One and Step Two.

IGTT410                                                                    Attachment III
3GS

INMATE NAME: Palton, Jason D.          ADC #: 095164E          GRIEVANCE #: VU-18-00031

## WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance, you state, Warden Byers, Director Wendy Kelley, Classification et,Al. intently is allowing security, medical, mental health and Inmate's to retaliate, harass, torture causing conflict of interest not rectifying any of the sexual assault that happen in 2005 by security. Classification et,Al. Knowing Varner were sued by my lawyer A.C.L.U. And that this will cause me conflict of interest with staff and Inmates. My health & safety is at a substantial risk of physical harm while housed at Varner, Varner Supermax! & Cummins I'm not receiving any help. My sister called to speak with the Warden of Varner. Staff refuse to let my family to speak with the Warden's and causing me conflict of interest not rectifying any of this situations.

According to AD: 14-16 you have failed to provide specific details that is specific as to the substance of the issue or complaint to include the date, place, personnel involved or witnesses, and how the policy or incident affected the inmate submitting the form. In order for a meaningful and thorough investigation specific details are required. You are simply making vague and broad allegation concerning an incident that supposed to have happened in 2005.

The purpose of the inmate grievance procedure is to solve complaint problems that may have merit. It is not meant to be used to make incoherent statements, pose-questions problems, or make suggestions. If you have specific incident with specific details that can be proved you may submit it for review. Otherwise this grievance provides no factual evidence and/or cooperating information for corrective action.

Therefore, I find this issue without merit.

_____          _____     _____
Signature of Warden/Supervisor or Designee      Title                            Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

# AFFIDAVIT OF TRUTH

**State Of Arkansas**      )

                        ) SS:

**County Of** Lincoln )

I, J. Patton #95164, hereinafter, being duly sworn according to law, having first hand knowledge of facts herein, and being competent to testify, do affirm that the facts herein stated by me are true, correct, complete and not misleading.

> I were Forced to be housed with Inmate Montrel Chestang 139005 5,19 East Building 1-10-18 or I would Been Written A mAJor DisciplinAry for Refusing A cell mAte. This Inmate History is very violent. I'm GAy mAle not violent. ⊛ see PArole BoArd Record of Release Consideration ⊛

Further Affiant Saith Naught

_Jason Patton_
Signature

Before me _Wallace Mitchell_ , a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this 12 , day of

March ,20 18 .

Notary Public _Wallace Mitchell_ My commission Expires
AFFIDAVIT OF PROOF OF MAILING

WALLACE MITCHELL
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 06-26-2026
Commission # 12699061

Pg. 6 675

**PCAR515**

**Parole Board**
**Record of Release Consideration**

Date: 12/18/2017
Time: 09:16 AM

ADC: 134005B        NAME: Chestang, Ke'Ondra Montrel
UNIT: Maximum Security Unit
HEARING DATE: 11/30/2017        HEARING TYPE: Transfer Board Hearing

The action of the board and the most significant reasons for that action are recorded below. For a more complete explanation, contact the Institutional Parole Officer. After due deliberation, the Board ordered the following action:

**ACTION:**
Denied 2 Years

**REASONS FOR ACTION:**
Nature & Seriousness Crime
Multiple Counts
Weapon Involved
Institutional Record
Victim Was Law Enforcement
Violent History

**PRE RELEASE CONDITIONS:**
None

**CONDITIONS OF RELEASE:**
None

**BOARD IMPOSED DATE:**

**COMMENTS:**
None

All releases are subject to approval of suitable plan.
Recorded for the Arkansas Parole Board.

INMATE COPY
STATE COPY
INSTITUTIONAL PAROLE SERVICES COPY

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center Cummens

Name Jason Dalton

ADC# 95164    Brks # EV5·19    Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

1-15-18 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: I were threaten by Inmates & Security.

Is this Grievance concerning Medical or Mental Health Services? NO If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): There is a conflict of interest for my health & safety while housed at the Cummins unit. Inmate Blood #144090 came to me and threaten me saying the security told him to jump on me. I went to security fearing for my Life asking for P.C. Innso Robertson Q et, al. denied me P.C. Varner supermax caused me to become sexual Assaulted in 2005. I'm now being forced to be housed with other Inmates fearing for my health & safety. prior-incident con, in, Retaliation

Jason Dalton                                    1-15-18

Inmate Signature                                    Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____  _____  _____
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                        Date Received
Describe action taken to resolve complaint, including dates: _____

No Response Security Threw it away

_____                    _____
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT405
3GT

Attachment V

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Palton, Jason D.           ADC #: 095164E
FROM: Reed, Marshall (Dale) D           TITLE: Chief Deputy Director
RE: Receipt of Grievance  CU-18-00044   DATE: 02/07/2018

Please be advised, the appeal of your grievance dated
01/10/2018
was received in my office on this date  02/07/2018

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☐   The time allowed for appeal has expired

☐   The matter is non-grievable and does not involve retaliation:

    ☐   (a) Parole and/or Release matter

    ☐   (b) Transfer

    ☐   (c) Job Assignment unrelated to medical restriction

    ☐   (d) Disciplinary matter

    ☐   (e) Matter beyond the Department's control and/or matter of State/Federal law

    ☐   (f) Involves an anticipated event

☑   You did not send all the proper Attachments:

    ☑   (a) Unit Level Grievance Form (Attachment 1)

    ☐   (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)

    ☐   (c) Did not give reason for disagreement in space provided for appeal

    ☐   (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

    ☐   (e) Unsanitary form(s) or documents received

    ☐   (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT405                    Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center _Cummins_

Name _Jason Palton_

ADC# _95164_    Brks # _____    Job Assignment _____

FOR OFFICE USE ONLY
GRV. # CU-18-00044
Date Received: JAN 17 2018
GRV. Code #    CUMMINS UNIT
GRIEVANCE OFFICE

_____ (Date) STEP ONE: Informal Resolution

_1-15-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
_____ _Issue. not solved_ _____

_1-10-2018_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Classification, Major Robertson All Conspired to cause me physical harm_

_Is this Grievance concerning Medical or Mental Health Services?_ _NO_ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Classification, Major Robertson et Al. intently Conspired to Retaliate Harass, And to have Inmates to threaten to cause me physical harm. I Request P.C. Because Security Conspired to cause me physical harm. Classification and Major Robertson is Retaliating towards me Because of the sexual assaulte that Varner security caused upon in 2005. Cummins And Varner Unit et Al. Conspired to cause me physical harm. I'm being forced to be tortured, Harass, And Live or Be housed Around the taunting and abusive behavior that Security And Inmates is causing upon my Life. I'm not Receiving any help through any Wardens of Cummins Unit._

_Jason Palton_                              _1-10-2018_
Inmate Signature                                 Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _1-11-18_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt C Smith_                _94844_          _Sgt C Smith_               _1-11-18_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: _____
_Cummins Unit is not a protective Custody Unit_
_Inmate Palton is not housed with any body that is not on his enemy Alert list_

_Sgt C Smith_  _1-15-18_                      _____  _1-15-18_
Staff Signature & Date Returned                 Inmate Signature & Date Received

This form was received on _1-15-18_ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt C Smith_         Date: _1-15-18_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _1-15-18_
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

C. COPY

IGTT410
3GS

FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS

Attachment III

INMATE NAME: Palton, Jason D.            ADC #: 095164E        GRIEVANCE #: CU-18-00044

WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your grievance dated, January 15, 2018. You state, "Classification, Major Robertson et al. intently conspired to retaliate harass, and to have inmates to threaten to cause me physical harm. I request P.C. because security conspired to cause me physical harm. Classification and Major Robertson is retaliating towards me because of the sexual assaulte that Varner Security caused upon in 2005. Cummins and Varner Unit etal. Conspired to cause me physical harm. I'm being forced to be tortured, harass, and live or be housed around the taunting and abusive behavior that security and inmates is causing upon my life. I'm not receiving any help through any Warden of Cummins Unit."

Please be advised, the Cummins Unit does not have the housing capacity to allow inmates to pick and choose their cell/barracks or which cellmate they will be housed with. However, if you are having any issues with a cellmate/or inmate you need to notify staff assigned to your area immediately. Before inmates are placed in a cell together, enemy alert list are checked for both inmates to ensure they may be housed together. Therefore, I find you complaint without merit.

RECEIVED
FEB 07 2018

_____
Signature of Warden/Supervisor or Designee

Warden
Title

1-24-18
Date

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

AD-Policy 2014-07 & AD 2013-18 Protective Custody.. I request P.C. I'm being denied P.C. I fear that prior-Incident of the sexual assault that Varner supermax caused upon me in 2005. This why I'm being placed Around and to Be celled with violent & threating Inmates is to Cause me physical harm.

_____
Inmate Signature

95164
ADC#

1-25-18
Date

IGTT410                          Page 1 of 1

# 1 of 3

To: Warden Straughn;

Reason: Denial of P.C.

Date: 1-16-2018

From: Palton Jiason #95164

Sir your security refuse to give me Protective custody. Lt. ~~Border~~ Bolen, Lt. Johnson, Major Robertson et, Al. Is going against AD, policy Protective custody I'm being writan major Disciplinary's fearing for my life. I were threaten by Inmate Blood #144090

Inmate Blood CAme to me And told me that security came told him to Jump on me And have me put out of the BKS.

Sir your security is now forcing me to be housed with other Inmates that I fear for my Life.

I feel that prior-Incident con,n, Retaliation of the sexual ASSAULt that Varnersupermax CAUsed upon me in 2005.

# 3 of 3

Sir I pray that you could Help Rectify this Issue with your security.

Thank you for your concern And Time.

I further swear that the statements matters And things contained herein are true and accurate to the best of my Knowledge, Information And belief.

Date: 1-22-18

_____
AFFIANT

Subscribed And sworn To before me a notary Public

on this ___22___ day of January, 2018

_____
Notary

my commission Expires:

WALTER MITCHELL
NOTARY PUBLIC STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 09-26-2026

## Arkansas Department of Correction

## Cummins Unit

## Inter-Office Communication

---

To:     Inmate Patton, Jason      ADC# 95164      Bks. East / S19

From:   Deputy Warden G. Musselwhite, Treatment/Operations

Date:   01-17-18

Re:     Request for Interview - Transfer

---

Your letter requesting to be transferred was received in my office.

Be advised that unit transfers are considered on the basis of institutional need.

Your request will be forwarded to the Classification Officer. If institutional needs arise, your request will be on file and will be considered.

GM/cg

cc: Inmate File
    Classification
    File

11 of 11

RECEIVED

# Inmate Request Form

JAN 1 7 2018

CUMMINS UNIT
DEPUTY WARDEN
TREATMENT/OPERATIONS

This form is to be used by imates to contact staf concerning issues they may have You should allow five (5) working days to Warden response to your request this is the Varner/Varner Supermax's in-house form.

| Name: Patton J | ADC# 95164 | Barracks: E|S-19 | Date: 1-12-18 |
|---|---|---|---|

| Staff Directed to: muslewhite | Office: wArden |
|---|---|

My Request is directed to the following area: (Check one)

☐ Chaplain          ☐ Classification      ☐ Commissary        ☑ Deputy Warden

☐ Food Service      ☐ Hobby Craft         ☐ Laundry           ☐ Library/Law

☐ Mailroom          ☐ Medical             ☐ Mental Health      ☐ Parole

☐ Property          ☐ Records             ☐ SATP              ☐ Security

☐ School            ☐ Visitation          ☐ Warden            _____ Other

Give a detailed reason for your request: Sir you sned you would help me. Please tranksp transferr me from this harassment.

Have you spoke to any staff about your request? If yes, whom did you speak with and when?
yes Classification.

Inmate Signature                    Date 1-12-18

| Staff Responding: | Date: |
|---|---|

Response:

_____

_____

_____

_____

_____

I am referring this to: _____

Cc: _____

_____
Staff Member Signature          Date

_____
Inmate File

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center Cummins

Name Jason Palton Deon

ADC# 95164   Brks # 16-16   Job Assignment _____

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE:  Informal Resolution

2-1-18 (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____ Not Solved _____

1-26-18 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: I fear for my Health & Safty while housed in 16 & 15 & EB.

Is this Grievance concerning Medical or Mental Health Services?  NO If yes, circle one:  medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected.  (Please Print): AD- policy 2014-07 & AD 2013-183

Protective Custody.. I Request P.C.. I'm A Gay male And I'm placed to cell with Violent & threating inmates At cummins unit. I fear that prior - Incident of the sexual Assault that VArner supermax cAUsed upon me in 2005.. Classification etAl, is denying me of AD-policy P.C. To cAUse me to become A substantial risk of physical harm.

_Jason Palton_
Inmate Signature

1-26-18
Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 1-26-18 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: _____ Date _____

Sgt. T. Agnew   6785   Sgt D. Agnw   1-26-18
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: A copy of this was placed in Capt. Stairs office I Had not received an Answer

Sgt D. Agnw   2/1/18   Jason Palton 2/1/18
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on 2/5/18 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: Sgt Agnw Date: 2/5/18

-------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**AFFIDAVIT OF TRUTH**

State Of Arkansas )

               ) SS:

County Of Lincoln )

I, J. PAlton #95164, hereinafter, being duly sworn according to law, having first hand knowledge of facts herein, and being competent to testify, do affirm that the facts herein stated by me are true, correct, complete and not misleading.

On 2-6-18 Cummins Grievance Coord. Lola L. Elliott REJECt my Informal Grievance Step one And TWO signed by Sgt. T. AgNew step one 1-26-18 Step TWO 2-5-18. LolA L. Elliott Conspired with security sending my Grievance bACK to me by mail, Violation of the Informal Grievance Policy by not processing my Grievance.

Further Affiant Saith Naught

_Aaron Palton_
Signature

Before me WAllAce Mitchell , a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this _12_, day of

_March_ , _2018_ .

Notary Public _____ My commission Expires _____

AFFIDAVIT OF PROOF OF MAILING

WALLACE MITCHELL
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 08-26-2026
Commission #12590631

IGTT405
3GT

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Palton, Jason D.          ADC #:  095164E
FROM:  Reed, Marshall (Dale) D          TITLE:  Chief Deputy Director
RE: Receipt of Grievance  CU-18-00211          DATE:  04/03/2018

Please be advised, the appeal of your grievance dated
02/17/2018
was received in my office on this date  04/03/2018

**You will receive communication from this office regarding this Grievance by**   05/15/2018

  ☐   The time allowed for appeal has expired
  ☐   The matter is non-grievable and does not involve retaliation:
      ☐   (a) Parole and/or Release matter
      ☐   (b) Transfer
      ☐   (c) Job Assignment unrelated to medical restriction
      ☐   (d) Disciplinary matter
      ☐   (e) Matter beyond the Department's control and/or matter of State/Federal law
      ☐   (f) Involves an anticipated event
  ☐   You did not send all the proper Attachments:
      ☐   (a) Unit Level Grievance Form (Attachment 1)
      ☐   (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
      ☐   (c) Did not give reason for disagreement in space provided for appeal
      ☐   (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
      ☐   (e) Unsanitary form(s) or documents received
      ☐   (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT405                          Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center __Cummins__

Name __Jason Palton__

ADC# __95164__    Brks # __14-421__    Job Assignment _____

APR 0 3 2018

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

RECEIVED

FOR OFFICE USE ONLY
GRV. # __CU-18-00211__
Date Received: __FEB 2 2 2018__
GRV. Code #: _____
CUMMINS UNIT
GRIEVANCE OFFICE

__2-21-18__ (Date) STEP ONE:  Informal Resolution

__2-21-18__ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
__2/7/18__ (Date) __Not Solved__

EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: __I fear for my Health & Safty while housed in 16,14 & East Building.__

*Is this Grievance concerning Medical or Mental Health Services?* __NO__  *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected.  (Please Print): __AD-policy 2014-07 & AD 2013__

__183, Protective Custody.. I Request P.C.. I'm A__
__gay male, I'm being preyed upon, and security is__
__also forcing violent & threating inmates to cell__
__with me. Classification, Committee, Warden__
__Straughn, et Al. denying me P.C.. I fear that__
__prior-Incident of the sexual Assault that varner__
__supermax caused upon me in 2005.__

__Jason Palton__                                    __2-17-18__
Inmate Signature                                    Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __2-17-18__ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: _____ Date __2-21-18__

__Sgt Wm. TL__              __94844__        __Sgt CSm. TL__                __2-17-18__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature              Date Received

Describe action taken to resolve complaint, including **dates**: __Inmate J. Palton has not__
__been house with Anyone on his enemy alert list And has to be put on__
__P.C. by the classification committee__

__Sgt Sm. TL    2-21-18__                              __2-21-18__
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on __2-21-18__ (date), pursuant to **Step Two**.  Is it an Emergency? __✓__ (Yes or No).

Staff Who Received Step Two Grievance: __Sgt CSmith__          Date: __2-17-18__

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __2-17-18__

If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts;  **BLUE** - Grievance Officer;  **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410                                                                      Attachment III
3GS

INMATE NAME: <u>Palton, Jason D.</u>        ADC #: <u>095164E</u>        GRIEVANCE #: <u>CU-18-00211</u>

WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your grievance dated February 17, 2018. You state, "AD-policy 2014-07& AD 2013 183, Protective Custody.. I request P.C.. I'm a gay male, I'm being preyed upon, and security is forcing violent & threating inmates to cell with me. Classification, committee, warden straughn, et Al. denying me P. C.. I fear that prioer-Inccident of the sexual assault that varner supermax caused upon me in 2005."

Please be advised, you have not been housed with any known enemy's at the Cummins Unit. The Cummins Unit does not have a designated Protective Custody housing area. You are currently housed in the Restrictive Housing area due to your disruptive behavior and actions. The Classification Committee voted on January 11, 2018, to assigned you to the Restrictive Housing area due to you stating you were in fear of your life, being disruptive, urinating in the floor, and refusing to return to your assigned barracks. Therefore, I find your complaint without merit.

_____        **RECEIVED**    _____        _3/13-18_
Signature of Warden/Supervisor or Designee   APR 0 3 2018   Title                    Date

---

**INMATE'S APPEAL**

**INMATE GRIEVANCES SUPERVISOR**
**ADMINISTRATION BUILDING**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? There is no major Disciplinarys upon me being disruptive behavior and actions to were I'm Assigned to Restrictive Housing and not placed in P.C. I'm Gay male and being denied P.C.. Cummins is forcing Inmates to cell with me and being preyed upon to have sex. I fear for my Life At Cummins Unit. I'm being denied Protective Custody.

_____      This   _____    _95164_    _3-14-18_
Inmate Signature                                    ADC#        Date

IGTT410                                    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Palton, Jason D.          ADC #: 095164          GRIEVANCE#:CU-18-00211

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 2/17/18, you stated, "AD-policy 2014-07& AD 2013 183, Protective Custody.. I request P.C.. I'm a gay male, I'm being preyed upon, and security is forcing violent & threating inmates to cell with me. Classification, committee, warden straughn, et Al. denying me P. C.. I fear that prioer-Inccident of the sexual assault that varner supermax caused upon me in 2005."

On 3/13/18, the warden responded, "Please be advised, you have not been housed with any known enemy's at the Cummins Unit. The Cummins Unit does not have a designated Protective Custody housing area. You are currently housed in the Restrictive Housing area due to your disruptive behavior and actions. The Classification Committee voted on January 11, 2018, to assigned you to the Restrictive Housing area due to you stating you were in fear of your life, being disruptive, urinating in the floor, and refusing to return to your assigned barracks. Therefore, I find your complaint without merit."

Your appeal was received on 4/3/18. In review of your appeal, supporting documentation and the response from the warden, I concur with the warden's decision. Around the date of 3/13/18 you were housed in the Restrictive Housing area and at the time of responding to this appeal, you have been transferred to the Varner Super Max, therefore I consider this issue resolved. There is no merit in your appeal.

Appeal denied.

_____          _____4-25-18_____
Director                                                    Date

IGTT430                          Page 1 of 1

## AFFIDAVIT OF TRUTH

State Of Arkansas         )
                          ) SS:
County Of Lincoln         )

#45164
I, J. Palton, hereinafter, being duly sworn according to law, having first hand knowledge of facts herein, and being competent to testify, do affirm that the facts herein stated by me are true, correct, complete and not misleading.

On 3-5-18 I gave Lt. T. Griffen An Emergency Grievance to Be turned in to the Warden. E13, 14 & 16 Bks Security has conspired not to turn Any of my Grievances. This is to cover up what they Caused to happen to me being sexualy Assaulted by Inmates. I'm not Receiving Any Help.

Further Affiant Saith Naught

_Jason Palter_
Signature

Before me Wallace Mitchell, a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this _12_, day of

_March_ , 2018 .

Notary Public _Wallace Mitchell_ — My commission Expires

AFFIDAVIT OF PROOF OF MAILING

WALLACE MITCHELL
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 06-26-2026
Commission # 12699061

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center Cummins

Name Jason Patton

ADC# 951641     Brks # 14-421 Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE:  Informal Resolution

_____ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

3/5/18 , (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: I fear that security is going to Retaliate for Reporting this

Is this Grievance concerning Medical or Mental Health Services? NO If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3-2-18 I spoke with Capt. starks About Sgt. Agnew & corporal Evans sexual Harassing me. PREA standards Remain Inadequate. While trying to call PREA, Cummins unit had me Restricted from calling PREA for An investigation to be done. When calling PREA # Hot Line It said this #no is Restricted from my Pin no#. Then why can't I call out to get help.

Jason Patton                                           3/5/18

Inmate Signature                                         Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No) If yes, name of the person in that department receiving this form: _____ Date _____

_____                    _____                 _____                    _____
PRINT STAFF NAME (PROBLEM SOLVER)     ID Number     Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____

_____

_____                                             _____
Staff Signature & Date Returned                       Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff  Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**AFFIDAVIT OF TRUTH**

State Of Arkansas )
) SS:
County Of Lincoln )

I, J. Palton #95164, hereinafter, being duly sworn according to law, having first hand knowledge of facts herein, and being competent to testify, do affirm that the facts herein stated by me are true, correct, complete and not misleading.

On 3-6-18 I gave Lt. Griffin An Emergency to Be turned in for processing to the Warden. East Building & 14-16 Bks security conspired to not process Any Grievance that I've Been forced to cell with violent & threating Inmates cause me to be sexualy Assaulted.

Further Affiant Saith Naught

_Jason Palton_
Signature

Before me _Wallace Mitchell_, a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this 12, day of

_March_ ,2018.

Notary Public _Wallace Mitchell_ ——My commission Expires

AFFIDAVIT OF PROOF OF MAILING

WALLACE MITCHELL
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 08-28-2026
Commission # 12699061

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center _Cummins_ | GRV. # _____ |
| Name _Jason Palton_ | Date Received: _____ |
| ADC# _95164_ Brks # _14-42_ Job Assignment _____ | GRV. Code #: _____ |

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
_____

_3-6-18_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _E/Building 14 & 16 Bks caused_ _me physical harm:_

_Is this Grievance concerning Medical or Mental Health Services? **NO** If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Cummins unit secuirty intently Allowed Inmates to be forced to cell with me Knowing I'm Gay & denling with HIV & Aids denying me P.C. AD-Policy 2014-07 & AD 2013-183. Inmate Phillips, Inmate Brandon Gray 161048 Both were forced to cell with me And sexual Assaulting me. I spoke to Cpt. Starks on 2 Two different occasion About this situation, on how securit is sexual Harassing me And He is not helping Any Allowing security in E/Building to harass And Retaliate And Inmates to sexualy Assaulting me denying me of Protective Custody to cause me physical Harm. PREA Standards Remain Innadequate while me trying to call PREA Cummins unit had my Pin no 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 Restricted. Cummins unit security is harrassing & Retaliating prio-Incident of the sexual Assault that Varner caused upon me in 2015_

_Jason Palton_ _____ Inmate Signature    Date _3-6-18_

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _3/10/18_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____   _____   _____          _3-6-18_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received
Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

Staff Signature & Date Returned _____   Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

## AFFIDAVIT OF TRUTH

State Of Arkansas     )
                  ) SS:
County Of Lincoln  )

#95164

I, J. Palton, hereinafter, being duly sworn according to law, having first hand knowledge of facts herein, and being competent to testify, do affirm that the facts herein stated by me are true, correct, complete and not misleading.

On 3-8-18 Cummins Grievance Coord. Lola L. Elliott Reject my Informal Grievance Step one And Two signed by Sgt. W. mitchell 3-6-18 step one, And signed 3-7-18 step Two. Lola L. Elliott conspired with security sending my Grievance back to me by mail violation of the Informal Grievance policy. This is my second Informal Grievance Rejection by Lola Elliott.

Further Affiant Saith Naught

Jason Palton
Signature

Before me Wallce Mitchell, a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this 12, day of

March, 2018.

Notary Public Wallce Mitchell My commission Expires

AFFIDAVIT OF PROOF OF MAILING

WALLACE MITCHELL
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 08-26-2026
Commission # 12699051

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center Cummins

Name Jason Parton

ADC# 95164          Brks # N-19    Job Assignment _____

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

3-5-18 (Date) STEP ONE:  Informal Resolution

3-6-18 (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Not Solved

3-5-18, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt.  In an Emergency, state why: I'm being Retaliated
Against causing me a substantial risk of physical harm.
Is this Grievance concerning Medical or Mental Health Services? NO If yes, circle one:  medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected.  (Please Print): on 3-5-18 I called officer Nolan
name asking for an emergency Grievance. officer
Nolan said and I quote Bitch shut up calling my name.
on 3-2-18 I spoke to Capt. Starks about me being
sexual harassed by East Building security. E 14 § 16
on 3-5-18, Sgt. K. Chatman, Sgt. Agnew, Corporal Evans
Capt. Starks, et al conspired with Disciplinary J.
minor to Retaliate Against me. PREA standards
Remain Inadequate. while trying to call PREA,
Cummins unit had my no Restricted so that an not
Investigation to be done. when calling PREA Hot line
It said this no is Restricted from Pin #no. 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.
East Building security is Retaliating And harassing
me sexual prio— Incident of the sexual assault that
Varner supermax caused upon me in 2005.

Jason Parton                              3-5-18

Inmate Signature                          Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3-5-18 (date), and determined to be **Step One** and/or an Emergency Grievance
NO (Yes or No).  This form was forwarded to medical or mental health? NO (Yes or No).  If yes, name
of the person in that department receiving this form: _____ Date _____

W. Mitchell          5408          Sgt W. Mitt          3-5-18
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: Officer is not assigning inmates
to cell to physically harm & you, enemy alert are check before assigning inmate
to a cell at all time

Sgt. W. Mitt  3-6-18                    Jason Parton  3-7-18
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on 3-7-18 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff  Who Received Step Two Grievance: Sgt W. Mitt          Date: 3-7-18
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

800-4

STATE OF ARKANSAS )

COUNTY OF Lincoln )§

)

## AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: security sgt for Cummins unit East Building 14 & 16 BKs never would help to Remdy why my Informal Grievance's were not being processed. Look were the sgt. forge date 3-19-18. or 14 then signing I Refussed placing this back in my cell as the Sgts Conspiring to Cause me harm Along with other security in the East Building of Cummins unit.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

7-4-18
DATE

_Jason Palton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _____ day of
_____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center Cummins

Name Jason Palton

ADC# 95164   Brks # N-14   Job Assignment R/H

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # _____</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>GRV. Code #: _____</td></tr>
</table>

3-8-18 (Date) STEP ONE: Informal Resolution

3-14-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3-8-18 I Received my Informal Grievance back in the mail being Reject by Grievance Coord. Lola L. Elliott And April D. Gibson that step one And two signed by Sgt. W. mitchell not being processed stating why it is being Rejected. This is my second Grievance that has been sent back to me none processed.

_____ Jason Palton _____    3-8-18
Inmate Signature                              Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3-5-18 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sch.C Griffin _____ 0156 _____ _____ 3-8-18
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                     Date Received

Describe action taken to resolve complaint, including **dates**: on Each one you should have A Reason stated on the Grievance as to why it was not processed

_____ 3-14-18 _____    Refused _____
Staff Signature & Date Returned               Inmate Signature & Date Received

This form was received on 3-14-18 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: 3-14-18
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center Cummins

Name Jason Palton

ADC# 95164    Brks # N-14    Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

3-9-18 (Date) STEP ONE: Informal Resolution

1-19-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3-5-18, 3-6-18 I gave Lt. Griffin ID 2831 Two Emergency Grievance's That I were sexualy Assaulted by Two inmates And that PREA Standards Remain Inadequate, that security is sexual harassing me. Grievance Coord. Lola L. Elliott And April D. Gibson is violation by not processing my Grievance's. Were is my Responce.

_____ Jason Palton _____ 3-9-18

Inmate Signature                                Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 2-9-18 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Lt.C. Griffin _____ 6154 _____ [signature] _____ 3-9-18

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: You must name THE STAFF that you say is HARASSING you so it can BE INVESTIGATED. Lt GRIFFIN ADVISED policy was followed on your GRIEVANCES.

[signature] 3-19-18 _____ REFUSED

Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on 3-19-18 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: 3-19-18
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

# UNIT LEVEL GRIEVANCE FORM(Attachment I)

Unit/Center **Cummins**

Name **Jason Palton**   6/9

ADC# **95164**   Brks # **No 14**   Job Assignment **R/H**

FOR OFFICE USE ONLY

GRV. # _____

Date Received: _____

GRV. Code #: _____

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____

**3-8-18**, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: **Cummins Unit Caused me Physical harm**

*Is this Grievance concerning <u>Medical</u> or Mental Health Services?* **Yes** *If yes, circle one:* (**medical**) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **On 3-6-18 while I were waiting to be seen by medical I stoped major Daniel while he were coming out of medical needing too speak with him about PREA and me being sexual harrassed by security and security. Allowing me to be sexual assaulted by Inmate's that were forced to cell with me and that I were being denied P.C. major Daniel Refuse to speak with me. Medical Refuse to do a full medical exam FREA on me. my Anus is swollen, hurting. Medical never Attempt to observe look at my Anus were I were penetrated by Inmate Phillips & Brandon Gray 151048 sexualyl. PREA standards Remain Inadequate.**

_____

**Jason Palton**   **3-8-18**

Inmate Signature   Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on **3-8-18** (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: **D. Marks, Rn** Date **3/8/18**

**J. Ison, Rn**   **948414**   **J. Ison, Rn**   **3-8-18**

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: **PREA examinations are not conducted by the infirmary staff. You have to be sent out for that & it must be within 24 hrs of the incident. No personal hygiene care, urination, or bowel movements need to occur for the examination to be accurate. The security issues needs to be taken up with your higher ranking officers. -D. Marks, Rn 3/8/18**

Staff Signature & Date Returned **3/9/18**   Inmate Signature & Date Received **J.P. 3-9-18**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? **✓** (Yes or No).

Staff Who Received Step Two Grievance: _____   Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

1 of 2

## AFFIDAVIT

I, Jason Palton #95164 after first being duly sworn, do hereby swear, depose and state that: I Received my Blue copy back in the mail from the Internal Affairs office disregarding m being denied medical attention. (PREA) A.D.C. policy standards

Remain Inadequate.



**Arkansas Department of Correction**
Internal Affairs
P.O. Box 8707
Pine Bluff, Arkansas 71611

Jason Palton #95164

CB/SOM Cummins Unit

CUMMINS UNIT

MAR 2 0 2018

MAILROOM

I Know they conspired to cover up what cummins security denying me Protective Custody, causing me to be sexual assaulted. Grievance officer should have kept this blue copy for medical Records. I did not mail this to the Internal Affairs office. Look after

2 of 2

medical denied giving me medical attention; ~~the~~ medical ~~personnel~~ personnel mailed my Blue copy to there office. This shouldn't have happen following this procedure.

The Internal Affairs And cummins medical personnel disregarded the sexual assault that security caused upon me, mailing the blue copy back to me Just to humiliate me causing me to be under A lot of stress. (PREA) A.D.C. Policy standards Remain Inadequate.

I further swear that the statements matters and things contained herein are true and accurate to the best of my Knowledge, information And belief.

Date: 6-20-2018

AFFIANT _____

Subscribed And sworn To before me A notary Public on this ___13___ day of ___June___, 2018

my commission Expires
03-16-2025

MARY LLOYD
...RY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

Notary Public

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center **Cummins**

Name **Jason Palton**                    ✗-17

ADC# **95164**    Brks # **No 14**    Job Assignment **R/H**

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE:  Informal Resolution

_____ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

**3-8-18** , (Date) EMERGENCY GRIEVANCE  (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: **Cummins Unit Caused me Physical harm**

_Is this Grievance concerning Medical or Mental Health Services?_  **Yes**  _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **On 3-6-18 While I were waiting to be seen by medical I stoped major Daniel while he were coming out of medical needing too speak with him About PREA And me being sexual harassed by security And security Allowing me to be sexual Assaulted by Inmates that were forced to cell with me and that I were being denied P.C. major Daniel Refuse to speak with me. medical Refuse to do a full medical exam PREA on me. my Anus is swollen, hurting. medical never Attempt to observe look At my Anus were I were penetrated by Inmate Phillips & Brandon Gray 151048 sexualyl. PREA standards Remain Innadequate.**

_(signature)_ **Jason Palton**                    **3-8-18**

Inmate Signature                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **3-8-18** (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: **Pollock, Ra** Date **3/8/18**

**Sgt Son, T.**    **54844**    _(signature)_    **3-8-18**

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: **PREA examinations are not conducted by the infirmary staff. You have to be sent out for that & it must be within 24 hrs of the incident. No personal hygiene contaminations or bowel movements need to occur for the examination to be accurate. The security issues needs to be taken up with you higher ranking officers. -- R. Pollock en 3/8/18**

Staff Signature & Date Returned **R.W 3/9/18**    Inmate Signature & Date Received **J.P. 3-9-18**

This form was received on _____ (date), pursuant to **Step Two**.  Is it an Emergency? **✓** (Yes or No).

Staff Who Received Step Two Grievance: _____    Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

800-4

STATE OF ARKANSAS                )
                                 )§
COUNTY OF Lincoln                )
                                 )

## AFFIDAVIT

I, Jason Patton #95164, after first being duly sworn, do hereby swear, depose and state that: I spoke with Dr. Griswold doing Dr. call about I were being preyed upon while I were at cummins unit housed in general population and East building 14 & 16 BK. Dr. Griswold agree that I should be housed were there is single cells away from Cummins. She Dr. Griswold witness my neck were brused and I were assaulted

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

5-12 18
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 31 day of _____May_____, 20 18.

NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

800-4

STATE OF ARKANSAS ⟩
COUNTY OF Lincoln ⟩§
⟩

**AFFIDAVIT**

I, Jason Palton #95164 after first being duly sworn, do hereby swear, depose and state that: medical Personnel conspired to deny And discontinue some medications for the Psoriasis on my body, not even renewing my high protein diet script, or giving me dental care to cause me discomfort And distress for Reporting the sexual assaults that cummins And Varner supermax caused to happen to me. This is to punish in Retaliation to cause upon to make me suffer

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

7-6-2018
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____



# Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request this is the Varner/Varner Supermax's in-house form.

| Name: Patton, Jason | ADC# 0951164 | Barracks: CB 4/440 | Date: 6/11/18 |
|---|---|---|---|

| Staff Directed to: | Office: |
|---|---|

My Request is directed to the following area: (Check one)

- ☐ Chaplain
- ☐ Classification
- ☐ Commissary
- ☐ Deputy Warden
- ☐ Food Service
- ☐ Hobby Craft
- ☐ Laundry
- ☐ Library/Law
- ☐ Mailroom
- ☐ Medical
- ☐ Mental Health
- ☐ Parole
- ☐ Property
- ☐ Records
- ☐ SATP
- ☐ Security
- ☐ School
- ☐ Visitation
- ☐ Warden
- _____ Other

Give a detailed reason for your request:

Asked to have diet script renewed (high calorie/ high protein)

Have you spoke to any staff about your request? If yes, whom did you speak with and when?

_____

Inmate Signature          Date

| Staff Responding: S. Taylor, RN | Date: 6/11/18 |
|---|---|

Response:

Your request to have your diet script renewed has been reviewed by the provider and not deemed medically necessary at this time.

I am referring this to: _____

Cc: _____

Staff Member Signature          Date 6/11/18

Inmate File

RECEIVED JUL 02 REC'D



If your medication is not available please complete this form and drop in sick call box. (There is no charge for using this form)

To:     DON/ADON
From:   Inmate Name Jason Palton ADC# 95164 Bks. 4-440
Date:   July 1-18
Re:     Medication not available

Please list all medications that are not available.

Absorbase. For my Dry Skin Conditions . . . Thank you

| | This section below is to be completed by an infirmary staff. Check appropriate box(s) |
|---|---|
| ☐ | Your medication is available for you to pick up at the pill window. |
| ☐ | Your medication has expired and you will be referred to the MD/ANP. |
| ☐ | A verbal order was obtained to restart your medication. |
| ☐ | Your medication is available and will be delivered to you. |
| ☐ | You received your medication on _____, and it is too early for it to be reordered. |
| ☒ | This form is not a sick call request. You must submit a sick call request in order to be seen by medical staff. |
| ☒ | Other: The order for absorbase cream was discontinued by the provider on 5/7/18. Please utilize sick call process if problems persist. |

To:     Inmate Name Palton, J    ADC# 095164 Bks. GB04/0440
From:   Infirmary Staff's Signature
Date:   7/2/18

1

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center Varner supermax

Name Jason Palton

ADC# 95164     Brks #3-334     Job Assignment RHT

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

5-21-18 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

5-21-18, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Dr. Bland denied me medical treatment 5-21-18 causing me physical harm

Is this Grievance concerning Medical or Mental Health Services? YES If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): There is a conflict of interest for my health & safty while being housed at the Varner supermax. Dr. Bland E. told me I were lying about my left foot not having seirgery and my surgery Dr. Wynn at St. Vincent Hospital placed pins in my feet. my right foot pins were taken out and my left foot were not. Dr. Bland conspired to punish me prio-Incident that Cummins caused me to be sexual assaulted.

_Inmate Signature_     5-21-18     _Date_

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Bowell_ Date 5/23/18

_Lunna_ _4/28_ _Lunna_ _5/24/8_
PRINT STAFF NAME (PROBLEM SOLVER)     ID Number     Staff Signature     Date Received

Describe action taken to resolve complaint, including dates: Providers are authorized to order what they deem medically appropriate. You were seen by Ms. Bland, RN 5-21-18. She reviewed your F13-18 F-23-18 care. You were offered NSAID or tylenol and encourged fluids. Bowell 5/24/18

_Bowell 5/25/18_
Staff Signature & Date Returned     Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I) 3/34

MAY 24 2018

Unit/Center **VArner supermax**

Name **Jason Palton**

ADC# **95164**    Brks # **3-334**    Job Assignment **R/H**

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

**5-23-18** (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning (Medical) or Mental Health Services?* **yes** *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **I've been putting in sick call Request after Request to be seen by A Doctor for the Affected Areas of my body because of the Psoriasis due to my Health. Provider Bland E. Is denying me the proper treatment causing me to deal with the pain and itching on my body. Bland becomes very hostile with me denying me medical care. Prio-incident that cummins caused me to be assaulted**

Inmate Signature **Jason Palton**                    Date **5-23-18**

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ **Powell** Date **5/25/18**

PRINT STAFF NAME (PROBLEM SOLVER) _____ **Powell** ____ ID Number _____ **4/6/18** ____ Staff Signature _____ **Powell** ____ Date Received **5/24/18**

Describe action taken to resolve complaint, including **dates:** **You were seen by Mrs. Bland, APN 5/7/18 for complaints of psoriasis. You were denied shampoo and ordered absorbax ointment. You are encouraged to utilize the sick call process for medical needs. Powell 5/25/18**

Staff Signature & Date Returned **Powell 5/25/18**    Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____    Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____    Date: _____

------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center Varner Supermax

Name Jason Palton

ADC# 95164    Brks # ~~H-4440~~    Job Assignment R|H

FOR OFFICE USE ONLY

GRV. #

Date Received: _____

GRV. Code #: _____

5-29-18 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning (Medical) or Mental Health Services? yes If yes, circle one: (medical) or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Medical personnels Are denying Me Dental Care. I were told by dental here And At Cummins My tooth would be pulled out. My tooth is broken And Causing My Jaw to pain while trying to eat. Please I need to see the Dr. for My tooth. Please Help Me.

Inmate Signature _____    Date 5-29-18

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 5-31-18 (date), and determined to be **Step One** and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: D. Powell Date 5/31/18

Bruce McConnell 38682    5/31/18
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: Your information was been forwarded to dental to inphone you are on the list. Powell 6/1/18

___ Powell 6/1/18

Staff Signature & Date Returned _____    Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____    Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

601

**UNIT LEVEL GRIEVANCE FORM**(Attachment I) CB 4/40

Unit/Center Varner SuperMax

Name Jason Palton

ADC# 95164    Brks # 4-440 Job Assignment R|H

6-14-18 (Date) STEP ONE: Informal Resolution

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning* (Medical) *or Mental Health Services?* **YES** *If yes, circle one:* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

Please I have put in Request after Request To ms. Beasley H.S.A. So I could sit down with medical personnel And discuss About my medical Jackett. I'm being denied to speak with ms. Beasley So that I may Know About my Health Situations. I'm being denied of this right.

_Jason Palton_                          6-14-18

Inmate Signature                                    Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Dowell_ Date 6/15/18

Corden                    34436            Warden                      06-14-18

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates:** You are encouraged to utilize the sick call process for medical needs. Dowell 6/15/18

Dowell 6/15/18

Staff Signature & Date Returned _____ Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15    CI www.acicatalog.com

IGTT405                                                                                          Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO:  Inmate  Palton, Jason D.              ADC #:  095164E
FROM:  Reed, Marshall (Dale) D            TITLE:  Chief Deputy Director
RE: Receipt of Grievance  CU-18-00302     DATE:  04/03/2018

Please be advised, the appeal of your grievance dated
03/13/2018
was received in my office on this date  04/03/2018

**You will receive communication from this office regarding this Grievance by**  05/15/2018

- ☐  The time allowed for appeal has expired
- ☐  The matter is non-grievable and does not involve retaliation:
    - ☐  (a) Parole and/or Release matter
    - ☐  (b) Transfer
    - ☐  (c) Job Assignment unrelated to medical restriction
    - ☐  (d) Disciplinary matter
    - ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☐  (f) Involves an anticipated event
- ☐  You did not send all the proper Attachments:
    - ☐  (a) Unit Level Grievance Form (Attachment 1)
    - ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☐  (c) Did not give reason for disagreement in space provided for appeal
    - ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☐  (e) Unsanitary form(s) or documents received
    - ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT405                              Page 1 of 1

C.copy

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center Cummins

**Name** Jason Palton

**ADC#** 95164 **Brks #** S-7 **Job Assignment** Kit

RECEIVED
APR 0 3 2018
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

FOR OFFICE USE ONLY
GRV. # CU-18-00308
Date Received:
RECEIVED
MAR 14 2018
CUMMINS UNIT
GRIEVANCE OFFICE
GRV. Code #: 84

3-13-18 (Date) STEP ONE: Informal Resolution

3-13-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Not solved

3-13-18 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: East Building 14 & 16 BKs Caused me physical harm

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): PREA Standards Remain Inadequate. Lt. Griffin, Capt. Starks, Sgt. Agnew Grievance Coord. Lola Elliott April Gibson et Al. Conspired too not Respond to how Cummins forced inmate Brandon Gray 151048 And Phillips to cell with me And how I were denied P.C. Allowing Both Inmates to sexualy assault me. Cummins unit has caused me physical harm by Retaliating towards me not Recieving Any of the harassment And the sexual assault that security And inmates caused upon me while housed in EB 14 & 16 BKs. while trying to call PREA Cummins unit had my Pin# no 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 Ristricted Prio-Incident of the sexual assault that Varner caused upon me in 2005. Stop causing me physical harm. Please help me And not hurt me.

Jason Palton
**Inmate Signature**                                        3-13-18
                                                           **Date**

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3-13-2018 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes) or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sgt Barber                94928               Sgt Hart                3-13-2018
**PRINT STAFF NAME (PROBLEM SOLVER)**   **ID Number**   **Staff Signature**       **Date Received**

Describe action taken to resolve complaint, including **dates**: This investigation is already in the process. Your allegations are being forwarded to the PREA Compliance Manager.

Sgt Barber 3-13-2018                          Jason Palton 3-13-18
**Staff Signature & Date Returned**          **Inmate Signature & Date Received**

This form was received on 3-13-2018 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes) or No).
**Staff Who Received Step Two Grievance:** Sgt Barber **Date:** 3-13-2018
**Action Taken:** _____ (Forwarded to Grievance Officer/Warden/Other) **Date:** 3-13-2018
If forwarded, provide name of person receiving this form: _____ **Date:** _____

-------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: <u>Palton, Jason D.</u>    ADC #: <u>095164E</u>    GRIEVANCE #: <u>CU-18-00302</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your grievance dated March 13, 2018. You state, "PREA Standards remain inadequate. Lt. Griffin, Capt. Starks, Sgt. Agnew Grievance Coord. Lola Elliott, April Gibson et, AL. conspired too not respond to how Cummins forced inmate Brandon Gray 151048 and Phillips to cell with me and how I were denied P.C. allowing both inmates to sexually assault me. Cummins Unit has caused me physical harm by retaliating towards me not rectifying any of the harrassment and the sexual assault that security and inmates caused upon me while housed in E/B 14&16 Bks. While trying to call PREA Cummins Unit had my Pin#no 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 Ristricted Prio-Incident 2005. Stop causing me physical harm. Please help me and not hurt me."

Please be advised, your grievance has been forwarded to the Unit PREA Compliance Manager who will cause an investigation of the PREA complaint pursuant to Department PREA Policy AD 15-29.

_____
Signature of Warden/Supervisor or Designee

**RECEIVED**

APR 0 3 2018

Title _____ DW _____

Date 3-14-18

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? On several emergency Grievance is I Requested P.C. They were denied or Conspired not to process them Causing me to be sexually Assaulted by 2 Inmates. Security Knew I were A Gay male And forced inmates to cell with me. or I would have been written Major Disciplinarys for Refusing a cellmate.

Inmate Signature _____    ADC# 95164    Date 3-15-18

IGTT410    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Palton, Jason D.          ADC #: 095164          GRIEVANCE#:CU-18-00302

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated March 13, 2018, you stated, "PREA Standards remain inadequate. Lt. Griffin, Capt. Starks, Sgt. Agnew Grievance Coord. Lola Elliott, April Gibson et, AL. conspired too not respond to how Cummins forced inmate Brandon Gray 151048 and Phillips to cell with me and how I were denied P.C. allowing both inmates to sexually assault me. Cummins Unit has caused me physical harm by retaliating towards me not rectifying any of the harrassment and the sexual assault that security and inmates caused upon me while housed in E/B 14&16 Bks. While trying to call PREA Cummins Unit had my Pin#no 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 Ristricted Prio-Incident 2005. Stop causing me physical harm. Please help me and not hurt me."

On 3/14/18 the warden responded, "Please be advised, your grievance has been forwarded to the Unit PREA Compliance Manager who will cause an investigation of the PREA complaint pursuant to Department PREA Policy AD 15-29."

Your appeal was received on 4/3/18. In review of your appeal, other documentation and the response from the warden, I concur with the warden's decision. Your allegations were investigated and it was found that your actions were consensual and you were written a disciplinary. The Cummins Unit has not caused you harm nor have they retaliated against you. I find no merit in your appeal.

Appeal denied.

_____          _____4-25-18_____
Director                                         Date

IGTT430                    Page 1 of 1

Retaliation

16/44u

**ISSR100**

**Arkansas Department of Corrections**
Cummins Unit **Unit**

**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

**Inmate:** Palton, Jason Deon                 **ADC#:** 095164E            **Assignment:** AM:Ext Restrictive Housing
                                                                                                        PM:Field Utility (Agric)

**Class:** IV    **is being charged by**    Thomas, Dernitta          **Title:** Lieutenant

**with code violation(s):**

10-1  Engaging IN sexual activity with another consenting person.(second OR subsequent offense within six months IN class a)
10-6  Engaging in Non-Abusive Sexual Activity with Another Person
12-3  Failure to obey verbal and/or written order(s) of staff.
12-4  Refusing a direct verbal order to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hall, transportion vehicle, or hallway.
13-2  Lying to a staff member, including omissions and providing misinformation

**Date & Time:** 04/09/2018      11:50 AM

**Notice of Charges:**

On 4-9-2018 at approx.. 11:50am I Lt. Dernitta Thomas read the final Internal Affairs Report #18-166 on an investigation beginning on March 6, 2018 at approx. 11:26am when Lt. T. Griffin was notified by Mental Health Louis Cogbill that I/M Jason Palton #95164 gave him an infirmary slip; which stated that I/M Kaleem Phillips #160289 and I/M Brandon Gray #151048 sexually assaulted him on two different times with in two months. Internal affairs questioned I/M J. Palton and he showed no deception during his CVSA and he later admitted that the sex was consensual. I/M B. Gray was questioned by Internal Affairs and he showed deception during his CVSA. And I/M Phillips verbally admitted and wrote a statement admitting to consensual oral sex with I/M Palton. In conclusion the investigation ended 4-9-2018 at approx. 11:50am after reading the final Internal Affairs Report; it was determined I/M Palton engaged in consensual oral sex which is against policy therefore I Lt.Dernitta Thomas am charging I/M Palton with rule violations 10-1, 10-6, 12-3, 12-4, and 13-2 Pending DCR

(I affirm that the information in this report is true to the best of my knowledge)          Signature of Charging Officer

| NOTIFICATION: | Officer _____ | Date & Time Notified 4/11/18  8⁰⁰ |

**Witness Statements:**    No  X          **If yes, list:**

Inmate's Signature

**C.S.O. Review:**    **Outcome:** Refer to Hearing Officer/Comm.
                    **By:**   Daniel, Clyde                                          **Date**  04/11/2018

| **Extension:** | No  X | Yes _____ | **Has extension form been completed?** _____ |

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.

**Counsel-Substitute:**    **Assigned (Name)** _____                    **Not Assigned** _____

Nurse Merritt! Presure Whistt

800-4

STATE OF ARKANSAS       )
                        ) §
COUNTY OF Linclon       )

**AFFIDAVIT**

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose
and state that: I Did not give mental Health

Louis Cogbill infirmary Slip.

I Did in fact give nurse

merritt a Slip About me

being Sexually Assaulted.

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

6-29-2018
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 29 day of
June , 20 18 .

NOTARY PUBLIC

My Commission Expires:  03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

# MAJOR DISCIPLINARY APPEAL RESPONSE

# CUMMINS UNIT

INMATE NAME: **Palton, Jason**        ADC#  **95164**        BK. **East Building S05L**

Disciplinary Date: **4/09/18**                By charging Officer: **Lt. Dernitta Thomas**

WARDEN/CENTER SUPERVISOR'S DECISION

A review of the Major Disciplinary written on you on 4/09/2018 at 11:50 AM by Lt. D. Thomas has been conducted. After a CVSA investigation you were found guilty of consensual sex which is against ADC written policy. I find you have not presented any new evidence that would merit a reversal or modification of this disciplinary. Therefore, your appeal is denied and the Major Disciplinary Hearing Officers decision is affirmed.

If you disagree with my decision you may appeal to the Hearing Office Administrator, at Central Office, within fifteen (15) days.

800-4

STATE OF ARKANSAS                    )
                                     ) §
COUNTY OF Lincoln                    )

### AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: I Appeal my major Disciplinary too Director 5-8-18. I have not Received my major Disciplinary Appeal from the Director's Decision (Disciplinary Date: 4-9-2018 Charging officer) Lt. D. Thomas

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-29-2018
DATE

_Jason Palton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 29 day of June , 20 18 .

_____
NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

Received At my cell
6-5-18 From →

RECEIVED
MAY 01 2018
ADMINISTRATOR
DISCIPLINARY HEARINGS

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name __Jason Palton__ ADC# __95164__

Unit/Center __Cummins__    Punitive Isolation __✓__ Yes ____ No

Disciplinary (date) __4-9-2018__ by (charging officer) __Lt. D. Thomas__

4-13-18
Date   Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision** Affirm __✓__ Reverse _____ Modify _____ (See attached if modified)
Signature: __W__    Date __4-18-18__

4-19-18
Date   Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.
**DHA's Decision** Affirm __✓__ Reverse _____ Modify _____ (See attached if modified)
Signature: __X___ _____    Date __5-7-18__

5-8-18
Date   Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision:** Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _____    Date_____

**Notice to Inmate:  This form is to be used for all appeal levels and responses.  Briefly state reasons why conviction or punishment should be reversed or modified.  This information will be considered at all three levels of appeal.  Only information that is contained within this space on this form will be considered:**

Retaliation for me Reporting East Building 16 & 14 BKs for forcing Inmate to cell with me And I've been Requesting P.C. for my saftiy And I'm A Gay male Security know I Am. you All denied me of P.C. Allowing Both Inmate to Aproach me with having Sex. I Don't understand what are your policey Are for And you violate your own policy Allowing me to Be placed in the cell with Inmate

Inmate's Signature: __Jason Palton__    Date: __4-13-18__

**Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.**

800-4

STATE OF ARKANSAS )
) §
COUNTY OF Lincoln )

**AFFIDAVIT**

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: Disciplinary Hearing officer Justine M. Minor never Took the Internal affairs deception CVSA into Consideriation Conspireing to find me guilty for the security denying me Protective Custody; Saying And I (quote) you Know How prison is stop Comming to prison and you won't have to worry About going through this mess. I'm finding you guilty

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

5-14-18
DATE

_Jason Palton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 31 day of ___May___, 20 18.

_____
NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

*Class*

UNIT LEVEL GRIEVANCE FORM(Attachment I) MAY     2018

Unit/Center __Varner Supermax.__

Name __Jason Palton__

ADC# __95164__    Brks # __3-334__ Job Assignment __RIH__

| FOR OFFICE USE ONLY |
|---|
| GRV. # __VSM18-01279__ |
| Date Received: __5-10-18__ |
| GRV. Code #: __301__ |

__5-3-18__ (Date) STEP ONE: Informal Resolution

__5-6-18__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __Not Solved!__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

RECEIVED MAY 10 2018 VARNER UNIT GRIEVANCE

_Is this Grievance concerning Medical or Mental Health Services?_ __NO__ _If yes, circle one: medical ANd mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __PREA Standards remain Inadequate. I'm being punish for Reporting that Cummins unit security denied me Protective Custody Allowing me to be sexually Assaulted by 2 inmates. Warden J. Shipman, Classification F. Washington et, Al. denied me for being place in the step-Down Program while being sexually Assaulted by 2 Two Inmates at Cummins unit. I need some programs.__

__Jason Palton__     __5-3-18__

Inmate Signature                Date      __3A__

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__Kennedy__     __4678C__     __Kennedy__     __5/3/18__

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature      Date Received

Describe action taken to resolve complaint, including **dates**: __Ms. Washington advised Inmate is currently class IV punitive uni that ive is not eligible at this time to participate in the program.__

__Kennedy 5/8/18__

Staff Signature & Date Returned         Inmate Signature & Date Received

This form was received on __5/8/18__ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No). Staff Who Received Step Two Grievance: __Kennedy__     Date: __5/8/18__

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410                                                                                      Attachment III
3GS

INMATE NAME: Palton, Jason D.          ADC #: 095164E        GRIEVANCE #: VSM18-01279

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Jason Palton, you state, "PREA Standards remain inadequate. I'm being punish for reporting that Cummins Unit security denied me protective custody allowing me to be sexually assaulted by 2 inmates. Warden J. Shipman, Classification F. Washington et, al. denied me for being place in the step-down program while being sexually assaulted by 3 two inmates at Cummins Unit. I need some programs."

Mrs. Washington advised that you were told on 5-2-18 during your restrictive housing assignment that in order to be placed in the step-down program you needed to remain 1 year disciplinary free and regain class IC. At this time the Classification Committee does not recommend you to be placed in the Step-Down Program. Therefore, I find this issue without merit.

_____          Warden           6/8/18
Signature of Warden/Supervisor or Designee        Title          Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_____          _____          _____
Inmate Signature                          ADC#                      Date

IGTT410                                    . Page 1 of 1

800-4

**STATE OF ARKANSAS** )
                      )§
COUNTY OF Lincoln     )

## AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: Warden J. Shipman classification F. Washington et, Al. knew I were sexual assaulted by 2 inmates at the Cummins Unit. Varner Super max were I'm housed denied me of the step-Down Program. Mental Health services is not given to me. Prior-incident of the sexual assault in 2005 that Varner super-max caused upon me.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

5-14-18

DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 31 day of

May , 20 18.

NOTARY PUBLIC

My Commission Expires: 03-16 2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

Class

**UNIT LEVEL GRIEVANCE FORM** (Attachment I) MAY - 3 2018

Unit/Center **Varner supermax.**

Name **Jason Palton**

ADC# **95164**    Brks # **3-334**  Job Assignment **R|H**

FOR OFFICE USE ONLY
GRV. # VSmRD 1278
Date Received: 5-10-18
GRV. Code #: 307

**5-1-18** (Date) STEP ONE: Informal Resolution .

**5-8-18** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
_____ Not Solved

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____
_____

RECEIVED
MAY 10 2018
VARNER
GRIEVANCE

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): **Warden Straughn, C. Hoyl.a/white**

**Classification C. woods et.Al. Conspired with warden J. Shipman, Gibson, Classification F. Washington et.Al. to have me Placed on Restrictive Housing to Retaliate and Punish me for Reporting that I were sexual Assaulted by inmate Brandon Gray and Kaleem Phillips. I were denied P.C. and security forced me to cell with both inmates Causing me to be sexually Assaulted.**

3C

_____    **5-1-18**
Inmate Signature                              Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Renee H_ __46 780__ _Renee H_ __5-3-18__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates:** _Ms Washington alleged Inmate Palton is not being retaliated against. Inmate is currently currently assigned_

_Renee H 5/3/18_
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on **5/3/18** (date), pursuant to **Step Two**. Is it an Emergency? _No_ (Yes or No).
Staff Who Received Step Two Grievance: _Lirred_                    Date: _5/3/18_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: <u>Palton, Jason D.</u>    ADC #: <u>095164E</u>    GRIEVANCE #: <u>VSM18-01278</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance: Inmate Jason Palton, you state, "Warden Straughn, G. Musselwhite Classification C. Woods et.al. conspired with Warden J. Shipman, Gibson, classification F. Washington et.al. to have me placed on Restrictive Housing to retaliate and punish me for reporting that I were sexual assaulted by inmate Brandon Gray and Kaleem Phillips. I were denied P.C. and security forced me to cell with both inmates causing me to be sexually assaulted."

You were transferred to Varner Unit on 4-24-18 and seen by the VSM Classification Committee on 4/30/18 where you were assigned to Restrictive Housing. VSM Classification Committee has nothing to do with housing at Cummins Unit. No evidence has been found to support your allegations of retaliation and/or punishment against staff. Therefore, I find this issue without merit.

_____    _____    6/8/18
Signature of Warden/Supervisor or Designee    Title    Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_____    _____    _____
Inmate Signature    ADC#    Date

IGTT410    · Page 1 of 1

*Class*

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Reject Duplicate

FOR OFFICE USE ONLY

Unit/Center _____

Name Jason Palton

GRV. # VSM18-01323

Date Received: 5-16-18

ADC# 95164   Brks # 3-334   Job Assignment R/H

GRV. Code #: 203

5-9-18 (Date) STEP ONE: Informal Resolution

5-15-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Then why Am I'm being denied programs and housed At VSM

5-15-18 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Then why Am I'm housed At VSM And being denied programs, to punish me.

*Is this Grievance concerning Medical or Mental Health Services?* NO *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): Warden J. Shipman, Classifica--tion F. Washington, M. Greenwade et. Al, to 'disciminate denying me of the Step-Down Program, knowing that Cummins security denied me Protective Custody Causing me to be Sexual Assaulted by forcing me to cell with 2 inmates. PREA standards Remain Inadequate. I'm being punished for reporting that I were Sexual assaulted by 2 inmates. I deal with major Depressive disorders Prio-Incident of the sexual Assault that Varner super-max caused upon me in 2005. I'm being denied Programs; while Class IV and Violent, Abusive Inmates are placed in the Step-Down Program. Please Stop Causing me harm and help me. I need some programs too.. Please now..

_Jason Palton_                                     5-9-18
Inmate Signature                                   Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

RECEIVED

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

VARNER UNIT GRIEVANCE

_Remedy_                              _4/1/18_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

5/10/18

Describe action taken to resolve complaint, including **dates**: Ms. Washington advised VSM classification has nothing to do with inmates housed at Cummins unit. You are currently correctly assigned in VSM

RECEIVED

K. Kennedy  5-15-18      MAY 30 2018     _Jason Palton_   5-15-18
Staff Signature & Date Returned                  Inmate Signature & Date Received

This form was received on 5-15-18 (date) pursuant to Step Two. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: 5-15-18

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT405                                                                                                    Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO:  Inmate  <u>Palton, Jason D.</u>              ADC #:  <u>095164E</u>
FROM:  <u>Payne, Dexter L</u>                        TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>VSM18-01323</u>     DATE:  <u>05/30/2018</u>

Please be advised, the appeal of your grievance dated
<u>05/09/2018</u>
was received in my office on this date  <u>05/30/2018</u>

**You will receive communication from this office regarding this Grievance by**   <u>07/12/2018</u>

- ☐  The time allowed for appeal has expired
- ☐  The matter is non-grievable and does not involve retaliation:
    - ☐  (a) Parole and/or Release matter
    - ☐  (b) Transfer
    - ☐  (c) Job Assignment unrelated to medical restriction
    - ☐  (d) Disciplinary matter
    - ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☐  (f) Involves an anticipated event
- ☐  You did not send all the proper Attachments:
    - ☐  (a) Unit Level Grievance Form (Attachment 1)
    - ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☐  (c) Did not give reason for disagreement in space provided for appeal
    - ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☐  (e) Unsanitary form(s) or documents received
    - ☐  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT405                                      Page 1 of 1

C                                                              CB3/334

IGTT400                                                    Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Palton, Jason D.          ADC #:   095164E
FROM:  Jackson, Lucretia R            TITLE:   ADC Inmate Grievance Coord
DATE:   05/16/2018                     GRIEVANCE #:  VSM18-01323

Please be advised, I have received your Grievance dated 05/09/2018 on 05/16/2018 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◯ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◯ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who
   will respond.

◯ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor
   who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

◯ This Grievance has been determined to not be an emergency situation because you would not be subject
   to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed
   as a Non-Emergency.

◉ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of
   VSM18-01278 , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in
mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list
additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal
statement is limited to what you write in the space provided below.

                                                              RECEIVED

                                                              MAY 3 0 2018

_____  95164  _____
Inmate Signature          ADC #    INMATE GRIEVANCES SUPERVISOR
                                   ADMINISTRATION BUILDING

This is not a duplicate of VSM 18-01278. I had
to name it how I'm being punished, to discriminated
me being sexual assaulted & Prea standards Remain
Innadequate, And how Class IV and Violent abusive
Inmates are placed in the Step-Down program.
Please stop causing me harm and help me in some

IGTT400                      Page 1 of 1                    programs.

IGTT430
3GD

Attachment VI

INMATE NAME: Palton, Jason D.          ADC #: 095164          GRIEVANCE#:VSM18-01323

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 05/09/2018, you stated the following complaint: "Warden J. Shipman, Classification F. Washington, M. Greenwade et.al, to discriminate denying me of the step down program knowing that Cummins security denied me protective custody causing me to be sexual assualted by forcing me to cell with 2 inmates. Prea standards remain inadequate. I'm being punished for reporting that I were sexual assaulted by 2 inmates. I deal with Major Depressive disorders prio incident of the sexual assault that Varner supermax caused upon me in 2005. I'm being denied programs; while class IV and violent abusive inmates are placed in the step down program. Please stop causing me harm and help me I need some programs too. Please now..."

The unit rejected your grievance on 05/16/2018 as being a duplicate of VSM18-01278.

Your appeal was received on 05/30/2018. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

_____          _____
Director                                         Date   6-6-18

IGTT430                          Page 1 of 1

W/3/1

*Class*

# UNIT LEVEL GRIEVANCE FORM (Attachment I)
Unit/Center Varner Supermax

Name Jason Palton

ADC# 95164    Brks # 4-440   Job Assignment R/H

For Office Use Only
GRV. # VSM18-1643
Date Received: 6/20/18
GRV. Code #: 203

6-14-18 (Date) STEP ONE: Informal Resolution

6-19-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I'm due for my Class III She never state About my Class III

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? NO If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): On 6-12-18 I went up before Warden Gibson, F. Washington, M. Greenwade et. Al, Classification. Warden Gibson Disregard that I were Sexual Assiaulted that Cummins unit security caused upon my Life. Denying me of my Class III And the Step-Down Program in Retaliation to punish me. Warden Gibson told me And I quote you have A PREA Charge, Speaking as though I'm the perpetrator. Warden Gibson mislead the Arkansas State Police during their investigation the Sexual Assiaults in 2005 that Varner Supermax cause to happen to me. Please Stop punishing me And give me my Class III And give me some programs to Help me deal with my mental issues. Please stop causing me harm And Help me.

Jason Palton
Inmate Signature

6-14-18
Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____

RECEIVED
JUN 2 0 REC'D
VARNER UNIT GRIEVANCE

Gordon    39936    [signature]    06.14.18
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: Ms. Washington advised you are not being punished, but is correctly assigned at this time.

Gordon 06.19.18    Jason Palton 6-19-18
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on 6/20/18 (date), pursuant to Step Two. Is it an Emergency? No (Yes or No).
Staff Who Received Step Two Grievance: M. Rero    Date: 6/20/18
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15    www.acicatalog.com

IGTT410

3GS

Attachment III

INMATE NAME:  <u>Palton, Jason D.</u>          ADC #:  <u>095164E</u>          GRIEVANCE #:  <u>VSM18-01643</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Palton you state On 6-12-118 I went up before Warden Gibson F. Washington, M. Greenwade et.Al, Classification. Warden Gibson disregard that I were sexual Assaulted that Cummins unit Security caused upon my Life; Denying me of my Class II and the Step-Down program in Retaliation to punish me. Warden Gibson told me and I quote you have a PREA charge speaking as though I'm the perpetrator. Warden Gibson mislead the Arkansas State Police during their investigation the Sexual Assaults in 2005 that Varner Supermax cause to happen to me. please stop punishing me and give me my class III and give me some programs to Help me deal with my mental issues. Please stop causing me harm and help me.

On 6/13/18 you were seen during Warden's Review where you stated "I would like to be put on step-down". I advised you after regaining Class 1 C we will look into possible step-down. You are currently Class IV due to receiving a disciplinary on 4/9/18 for engaging in sexual activity at Cummins Unit. No one is punishing you nor retaliating against you. Therefore, I find this issue without merit.

_____
Signature of Warden/Supervisor or Designee

_____
Title   Warden

_____
Date  6/23/18

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?  Warden Gibson mislead the Arkansas State Police during their investigation in 2005 And it's being done Again by conspiracy with Prison officals.

Please Give me my class III And some programs to Help me.

_____
Inmate Signature   Jason Palton

ADC#  95164

Date  6-24-18

IGTT410                    Page 1 of 1

*ARKANSAS DEPARTMENT OF CORRECTION*

## MENTAL HEALTH SERVICES                                    RESPONSE FORM

To: Palton, Jason D.                     ADC#: 095164                Bks.#: East N-18
From:  Hattaway, Judy C , Mental Health Services
Date: 01/04/2018

---

Your Request for Interview Form was received on: 01/02/2018
⌐ Your name has been Placed on the Waiting List for the appropriate Group This facility has no Program
Assignments - please enter program name . You will be notified when a place becomes available.
⌐ You will be scheduled to review your mental health file.
⌐ Mental Health Services in regard to your request is not indicated.
You are to contact the following in regard to your request.
⌐ Medical                         ⌐ Classification
⌐ Records                         ⌐ Security
⌐ Other

---

**NOTES**

You were seen recently on 12-12-2017 per the psychiatrist at Varner. There was no
indication for mental health medication at that time.

CC: MENTAL HEALTH FILE

IGTT420                                                              **Attachment IV**
3GH

INMATE NAME: Palton, Jason D.          ADC #: 095164E          GRIEVANCE #: VU-17-00892

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**Your complaint is that you suffer from nightmares and cold sweats from a rape that occurred in prison back in 2005. You also allege that being around me, Mr. D. Compton is a conflict of interest as it relates to your health and safety. You have been receiving mental health services from ADC almost the entire time you have been incarcerated at all the various units where you have been housed. You have been released from prison since 2005 and have returned on at least 5 separate occasions due to parole violations. You were transferred from Varner on 12/13/17 to the Cummins unit and therefore; you have no contact with me. You should discuss any issues regarding nightmares with the mental health staff at your current unit. Consequently, I find no merit to this grievance.**

_D. Compton_

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Rehab Program Manager                01/18/2018
_____          _____
Title                                Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

_____          _____          _____
Inmate Signature                         ADC#                         Date

IGTT420                          Page 1 of 1

304

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _____ |
| | Date Received: _____ |
| | GRV. Code #: _____ |

Unit/Center Cummins

Name Jason Palton                                    619

ADC# 95164    Brks # 5-19    Job Assignment _____

1-15-18 (Date) STEP ONE: Informal Resolution

1-24-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Issue not solved mental Health still not seeing me.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I suffer from having nightmares 4-5 times a week, I have night sweats at times from the sexual-assaults in 2005. metal Health Hattaway Conspired not to give me any mental Health services while housed at Cummins unit prior- Incident con. n, Retaliation of the sexual assaulted that Varner caused to happen to me

Jason Palton                              1-15-18
Inmate Signature                                      Date

*If you are harmed,threatened because of your use of the grievance process. report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 1-17-18 (date), and determined to be **Step One** and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? No (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Mager Naber        97363        Mg Naber        1-17-18
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature        Date Received

Describe action taken to resolve complaint, including **dates**: This is not a medical issue. I will take this to mental health today. 1-22-18. D. McQueen jn
I will have a counselor see you

_____
Staff Signature & Date Returned  Naber 1-23-17  Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center CummIns

Name JAson Palton

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

ADC# 95164    Brks # N-21  Job Assignment R|H

**3-7-8** (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or _Mental Health Services_? **yes** If yes, circle one: medical or (mental)
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 3-6-18 I were seen by medical for PREA, being sexualy ASSAulting by the hands of Inmate Phillips And Brandon Gray 151648 When I were forced to cell with while in 16 & 14 Bks. I'm very depressed. I suffer from having nightmares Regularity for what happen to me. mental Health HattAwAy, Judy C. et, Al. denying me mental Health And Counseling.

Jason Palton                                     3-7-18

Inmate Signature                                Date

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __3-y-1x__ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ ((Yes) or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt W.Smith_      _GUSky_      _Sgt C.Smith_                        _3-y-1x_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                  Date Received

Describe action taken to resolve complaint, including **dates**: I will have staff see you. I can't find a where Ms. Hattaway has denied you any denial

_____

Staff Signature & Date Returned ~~MMRC-q18~~ 3-9    Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __Cummins__

Name _____

ADC# __95164__    Brks # __S-5__    Job Assignment __R/H__

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # _____</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>GRV. Code #: _____</td></tr>
</table>

__4-19-18__ (Date) STEP ONE:  Informal Resolution

_____ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one:  medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected.  (Please Print): I suffer from having nightmares 4-5 times a week; I deal with major Depressive disorders. Prison Rape Elimination Act AD 15-29 policy is being violated by mental Health Dr. White Hattaway, J. et, al. conspired not to give me the proper mental Health services, making allegation as though the 2 inmates that sexual assault were consensual and it was not consenshal.

Jason Faldon                                    4-19-18
_____                _____
Inmate Signature                                    Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __4-18-18__ (date), and determined to be Step One and/or an Emergency Grievance __yes__ (Yes or No).  This form was forwarded to medical or mental health? __yes__ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

__Lt C Jess__              __B632__        __Lt C __             __4-18-18__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates**: _____
_____
_____
_____

_____        _____
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center CUMMins

Name Jason Palton

ADC# 95164    Brks # N-6    Job Assignment R/H

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

4-22-18 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or (Mental Health Services?)* yes *If yes, circle one: medical or (mental)*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I suffer from having night-mares 4-5 times a week; I deal with major depressive disorder. Prison Rape Elimination Act AD 15-29 policy is being violated by mental Health Dr. White, Hattaway J. et, al. conspired not to give me the proper mental Health services, make-ing allegation as though the 2 inmates that sexual assault were consensual and it was not consensual.

_Jason Palton_ _____    4-22-18 _____
Inmate Signature                    Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __4/_____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____    _____    _____
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates:** _____

_____

_____

_____    _____
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

-------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

C. copy
To y

1 of 4

Date 6-12-18

Chaplain Jeff;

Please Tell me how can A man can feel pain, when in reality they can't never go through with what our Savior Christ Jesus went through.

Sir my pain is very small in comparrable of my Savior Christ Jesus.

Chaplain Jeff;

Sir I Battle with HIV And from Sexual Assaults with in these prison walls

I Thank God for Jesus pulling me through All my pain. Sir Please Let me Speak with you. mental Health will not speak with me. The HiV - specialist spoke with me on 6-11-18. She said she had E-mail mental Health for me to Receive A Counselor. I have not yet Received no Help. Could I Please Speak with you Sir. !

Chaplain Jeff;

I've been Requesting some Christian Educational/ Rehabilitational materials to help me ~~cope~~ cope with bettering my life while I'm in my cell 24 hours a day. Sir I Do pray everyday.

Sir Thats why I Ask you for some Books that I can Really Relate too, And help build my faith. Please Help me sir...

Sir I Realy would Like to Read something Like Bishop T.D. Jakes, Joyce myers will you help me sir Please! I need Help!
Thank you In Prayer That you will help me. God Bless you
From JasonDeon Palton

#95164

Date 6-12-18  4-440

Cell

800-4

STATE OF ARKANSAS )
                          ) §
COUNTY OF Lincoln )

## AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: Requesting for chaplain Jeff to Asst. me with Counseling on 6-12-18, After Letting him Know that mental Health will not speak with me After I were sexual Assaulted, He to would not come And speak with me. All he did were send me greeting cards And say to me, were Thank you And God Bless. Received from the mailroom on 6-20-2018.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-20-2018
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 23 day of June , 20 18 .

_____
NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817



**Arkansas Department of Correction**

*honor and integrity in public service*

| | | | |
|---|---|---|---|
| **TO:** | Palton, Jason | **ADC#** 95164 **Bks.** CB4-440 | |
| **FROM:** | Senior Chaplain, Jeff Henig; Staff Chaplain(s) Sean Treas and Scott Pollett | | |
| **DATE:** | Friday, June 15, 2018 | **ID#: 11039** | |

2 Here are the cards you asked for. Thank you and God Bless.  3  ToY  S.

This is proof the mailroom is holding my mail.

**xc:  Inmate File**
     **E - File**

800-4

STATE OF ARKANSAS )
)§
COUNTY OF Lincoln )

### AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: WArden J. Gibson et. Al. conspired with WArden Straughn et. Al. to have the mailroom Ms. V. Allen, D. Ross intently to stop my mail And hold it to Punish me, prior incident that Cummins security cAused me to be sexuAll AssAulted by denying me P.C. And prior incident that VArner SupermAx Also CAused me to be sexual AssAulted In 2005. I won't sAy this officer name, but she gave me my mail from Cell Block 1 And I'm in Cell Block 4-140

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-19-2018
DATE

_Jason Palton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 23 day of _June_, 20 18.

_Mary Lloyd_
NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

Mailroom

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center Varner Super max    MAY - 8 2018

Name Jason Palton

ADC# 95164    Brks # 3-334 Job Assignment R/H

FOR OFFICE USE ONLY

GRV. # Vsm18-01322

Date Received: 5-16-18

GRV. Code #: 307

5-8-18 (Date) STEP ONE: Informal Resolution

5-15-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Not Solved

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __NO__ *If yes, circle one: medical or mental* **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Warden Striaughn et, AL.

Conspired with Warden J. Gibson et, AL. to have the mailroom Ms.V.Allen, J. Ross to stop my mail and hold it to Punish me, prior-incident that Cummins security caused me to be sexually assaulted by denying me P.C. My sister told me that ACLU and my Lawyer never Received my Legal mail that I mail out at Cummins unit. Please Let me have my mail & send it out.

Inmate Signature _____    Date 5-8-18

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date _____

RECEIVED
MAY - 8 2018
VARNER UNIT GRIEVANCE

_____    _____    _____    5/8/18
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: Ms. Allen advised we are not holding your mail incoming or out going.

Kennedy 5-15-18
Staff Signature & Date Returned    Inmate Signature & Date Received 5-15-18

This form was received on 5-15-18 (date), pursuant to Step Two. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: Kennedy    Date: 5-15-18
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

CB04/440

IGTT410
3GS

Attachment III

INMATE NAME: <u>Palton, Jason D.</u>       ADC #: <u>095164E</u>       GRIEVANCE #: <u>VSM18-01322</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Palton you state Warden Straughn et, al. conspired with Warden J. Gibson et, al. to have the mailroom Ms. Allen, D. Ross to stop my mail and hold it to punish me, prior incident that Cummins security caused me to be sexually assaulted by denying me P.C. my sister told me that ACLU and my lawyer never received my legal mail that I mail out at Cummins Unit. Please let me have my mail & send it out.

I have not conspired with anyone to have your mail withheld from you. Varner Mail Room Supervisor also advised the mail room is not holding your mail. Any complaints toward Cummins Unit should be directed through their Unit's Grievance Office not Varner Unit. Therefore, I find this issue without merit.

_____        _____        6/12/18
Signature of Warden/Supervisor or Designee        Title        Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

Warden Straughn et, Al. onspired with Warden J. Gibson et, al. to have the mailrom Ms. llen, D. Ross to stop my mail and hold it to punish me. y Family Advised me that ACLU And my lawyer never eceived And has not been receiving any Legal mail from ummins or Varner Unit. ~~...~~

_____        _____        6-13-18
Inmate Signature        ADC#        Date

IGTT410

800-4

STATE OF ARKANSAS                )
                                 ) §
COUNTY OF Lincoln                )

AFFIDAVIT
#95164

I, Jason Talton, after first being duly sworn, do hereby swear, depose and state that: I'm Being denied Grievance/ Informal Resolutions. my food is very cold when I Receive my food Tray. Please Help me.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

5-31-18
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this __1__ day of ____June____, 20_18_.

NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

"Letter of Affidavit" 1 of 9

TO: Director Wendy Kelley

Reason: Denial of Protective Custody, And AD 2016-55 Step-Down Program

Date: 6-4-2018

Inmate: Jason Deon Palton #95164

I Jason Deon Palton #95164 After first being duly sworn, do hereby swear, depose And state that: I pose no threat to Varner super max or any Institution in the A.D.C.

Director Wendy Kelley,

Consider Please Consider transfer from the super

2 of 9

max here at Varner Unit.
This policy; Restrictive
Housing, number: 17-02
were not follow through
with your security at
Cummins Unit.
Please Look at were
I've been Requesting
P.C. Protective Custody
At. Major Disciplinary
(Charging office) Date 1-2-18
Lt. M. Bolen. I feared for
my Life Refusing to go
Back in the BKS because

3 of 9

I were threaten by inmates Also Charging officer Lt. P. Johnson, Date 1-10-2018 Were I feared for my Life to so Back into the BKs being threaten of my Life.

"Conflict of Interest",

Please Look at Grievance Date 1-22-18 VU18-00031. Grievance CU-18-00044 Date 1-17-18 GRV. Code # 205

Please Look Request for Interview Warden

4 of 9

musselwhite never Rectifyed the sexucl harassment, Date 1-17-18 that cummins security were causing up- on my Life.

1-26-18 I Request P.C. written Grievance by myself Jason Palton signed by Sgt. T. Agnew were She placed Grievance in ~~Capt~~ Capt. Starks office no Responce for P.C.

Please Look at Grievance CU-18-00211 Date 2-17-2018

5 of 9

Denial of Protective Custody.
Director cummins unit
Security force me to cell
inmate Brandon Gray 151048
and again with inmate
Kaleem Phillips #160289 causing
me to be sexually assaulted
I had no other choice
but to consent or I
would have Been beat
up in my cell. How ever
I Did fight Brandon
Gray off of me. I
fought All night Long

6 of 9

With Brandon Gray And your security ignore my yelling all night Long while I fought for my protection. Then K. Phillips 160289 Lie for the security At Cummins unit so They could Try & cover up there wrong for they caused upon my life. I pray for help that I may be transfered from this supermax Restrictive Housing To Another

7 of 9

Restrictive Housing Tucker max. I'm going through Alot of harassment, Conflict of Interest while housed At this varner supermax were the defendant D. Compton And the defendants family members that were sued in my case that the varner super max caused upon me in 2005.

Please Don't make me Relive this drama in

8 of 9

my Life. Please I haven't did nothing to be housed back in this supermax Restrictive Housing at Varner were I'm being denied programs and mental Health Counselor.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my Knowledge, Information and belief.

9 of 9

DATe: 6-4-2018

AFFiANt: Jason Pelton

Subscribed And sworn To Before

me, A Notary Public, on this 5th

day of _____ June _____, 20 18

Notary Public

my Commission Expires: _03-16-2025_

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

800-4

STATE OF ARKANSAS )
) §
COUNTY OF Lincoln )

## AFFIDAVIT

I, Jason Palton #95164 , after first being duly sworn, do hereby swear, depose and state that: Letter of Affidavit to Director Wendy Kelley: Reason: Denial of Protective Custody And AD 2016-55 Step-Down Program. PREA Standards Remains Inadequate. Cummins unit Security caused me to become sexual Assaulted.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-4-18
DATE

_Jason Palton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 5th day of June , 20 18 .

_____
NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

2 COPIES

## AFFIDAVIT OF MAILING

State Of Arkansas )
) SS:
County Of Lincoln )

On this 19 ay of June ,2018 I mailed 10 copies of the following:

Director Wendy Kelley Central office

Dated 6 ,19,2018 {9 } pages in length, with { 1 } attachment pages, a total of 10 pages
Mailed herewith including all attachments ( NOT INCLUDING THIS AFFIDAVIT OF MAILING)
in a signed and sealed envelope as follows:

Diretor Wendy Kelley
Chief Deputy Director Dale Reed;
Deputy Director Dexter L. Payne
Central office Pine Bluff Ar.

I declare under penalty of perjury under the laws of the State Of Arkansas that the above is true,
correct and that this Affidavit Of Service was executed on June ,19 ,2018 at Grady
Arkansas.

Signature

Before me _____ , a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this 19 , day of

June ,2018 .

Notary Public _____ My commission Expires 03-16-2025 .
AFFIDAVIT OF PROOF OF MAILING

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

C. Copy.

"Letter of Affidavit" 1 of 9

TO: Director Wendy Kelley;

Chief Deputy Director Dale Reed;

Deputy Director Dexter L. Payne;

Et. Al;

Reason: AR-413, Prison Rape Elimination

Act (PREA) standards remain

Inadequate.

Date: 6-19-2018

From: Jason Deon Palton #95164

I, Jason Palton #95164 After first being duly sworn, do hereby swear, depose And state that: I pose no threat to any Institution in the Arkansas Department of corrections..

Official Conspired and Let

Cummins unit security, Varner,

Varner supermax Harassed, threaten, Retaliated, causing me to be Sexual Assaulted, Violating policy number:15-29 AR-413- Prison Rape Elimination It is the policy of the Arkansas Department of Correction that there is "Zero Tolerance" towards All forms of sexual abuse and harassment. This policy will set forth the Department's Approach to preventing, detecting and responding to such conduct. The Department will initially respond

to all reports of sexualized behavior or abuse as nonconsensual, regardless of perception, rumor, Appearance, or participant disclosure...

The first Violation of this policy I Jason Deon PAlton #95164 were threaten by inmates and being harassed by security in fear of my Life, Prior-incident when Warden Gibson mislead the Arkansas State Police during their investigation the sexual assaults in 2005 At the Varner supermax. I Then went to

Security At Cummins unit Requesting Protective Custody. Cummins Security denied me of P.C.. Cummins Security then Retaliated by writing me major Disciplinary(s). The Classification At Cummins unit This PREA policy denied me P.C. placing me on Restrictive Housing forcing violent, Aggressive gang related inmates to Cell with me causing me to be Sexual

Assaulted. Warden J. Byers, Warden J. Shipman, Warden J. Gibson conspired with Warden Straughn by transfering me to Cummins unit intently knowing this would not remedy the conflict of interest by security and inmates harassing and threatining me at Varner and Varner Supermax. A.D.C. (PREA) standards remain Innadequate policy states

U. Retaliation- Acts or threats

of action to punish an inmate for:

1. Refusal to submit to sexual Advances; or 2. Involvement in the reporting or investigation of a sexual misconduct complaint. (PREA) Standards remain Inadequate A.D.C. policy. Access to outside Services were never Available or provided to me to help me Cope with my emotional state of mind. The toll-free hotline for the A.D.C Restricted my #no. (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). from calling out.

A.D.C. (PREA) standards Remain Inadequate. I were not given the appropriate medical And mental health Treatment. After having a nervous breakdown in Cell Block 3-334 Lt. Plumer moved me to cell Cell Block 4-440 were death row inmates Are housed in the Varner supermax. Do I deserve to be housed with death row inmates. OH yes. this part of my punishment. I cry! cry! why! why!

8 of 9

Judge Leon Johnson / or
Prosecuting Attorney Cole
Lorigan sentencing order
was not death, LWOP, Life
in prison; or to be Abused
by Prison officials in the
Arkansas Department of
Correction..
I'm now being housed
with Death Row inmates.
Cell Block 4-440.
"ACLU" American Civil
Liberties Union; Prison
Rape Elimination ACT

(PREA) Toolkit...

End The Abuse..

Protecting LGBTI Prisoners

from Sexual Assault....

I further swear that the

statements, matters And things

Contained herein Are true. and

Accurate to the best of my

Knowledge, information And

belief...

Date: 6-19-2018 _____
                              AFFIANT

Subscribed and sworn To Before me a Notary
Public, on this ___19___ day of ___June___, 20 18

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

NoTary Public

my Commission Expires: ___03-16-2025___

"Affidavit of Letter"

TO: Bob Parker, mental Health Admin.

From: Inmate Jason Deon Palton #95164

RE: Conflict of Interest; conspiracy of silence; and denying me mental Health services...

Date: 6-21-2018

Mr. Parker I was told to contact your office in regarding of my mental Health needs. I pray you Help me. Please Help me I'm very emotional And destress After being sexual Assaulted for the second time while

being housed in the A.D.C..
I'm going through A Lot of
harassment, And getting no help
with no mental health here
At Varner supermax.
Sir I've done All I can
trying to Receive help.
I have had over 3 breakdowns
of being emotional destress
its Like I'm Reliveing the
Sexual Assault that varner
Supermax Caused upon me
in 2005 Prio-incident the
Sexual Assaults that Cummins

security denied me Protective Custody intently to cause me physical harm. Sir I wake up crying in my sleep feeling sad. Sir I feel very sad crying as I write this letter to your office. Lord have mercy on my soul, Please Lord keep my mind from going crazy. I'm tired of suffering. I'm going stop writing for now Sir.

4 of 8

"Jason Deon Palton"

TAKE MY HAND—
LET'S WALK THROUGH THIS
DARKNESS TOGETHER.

GOD

FIND THE STRENGTH TO KEEP GOING WHEN ADVERSITY STRIKES.
GO TO INTOUCH.ORG/PRAY

Please stop causing me to be so destees. I Just Received A ~~Response~~ Response from mental health D. Compton 6-21-2018 Conspiring with Mr. Cogbill At Cummins unit, he never offered me treatment materials. Dr. Lee Also Conspired with D. Compton to take my depression medication intently hopping I will end my own Life. And Conspired with psychologist Dr. Faupel never gave me an evaluation on 6/8/2018 All this is falsifying documents.

6 of 8

I should have Received Communication regarding Grievance YSM18-01331 by 6-14-2018. I never Received no Grievance Extension from the Wardens, or S. CAntrell, / S. Hurst Violating the Grievance A.D.C. Policy. I've done all I can by exhaustion of Administrative Remedies. you never would Remedy the situations that Cummins security denied me Protective Custody cAusing me to be sexual ASSAULted.

PLeAse someone help me...

I will not Let you or anybody that is conspiring to Keep me from Allowing God to take my hand And walk Through This Darkness Together. You All CAN have my body in a crippled state of mind I will not Let you and these officials humiliate And Keep me Locked up in my mind.

I will not Let you officials Keep my mind cripple...

Look At the picture of this Person! Look At the picture. PleAse! PleAse Look!...

you officials Don't Care About Protecting the inmates, All you Care About is your pay Checks, And up holding the Prison official ABuse.... (PREA) A.D.C. policy Standards Remain Inadequate Thank you for not having Any Concerns of the EBuse.

I further swear that the statements matters And things contained herein Are true And Accurate to the best of my Knowledge, information And belief.

Date: 6-22-2018

AFFIANT

Subscribed and sworn To before me A Notary
on this 23 day of June , 2018
my commission Expires
03-16- 2025

Notary Public

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

Jason Deon Palton

1 of 1

When Burdens

Seem Unbearable...

Finding Peace

For my Raging So

Chains not

Broken...

Emptiness..

I pray for thes

Prison officials,

Help them Lord!



©Hyung-Rae
Todd (Hyung-Rae)Tarselli



In his hour of distress,
Daniel knew there was peace
of mind when he turned to
God in prayer.

survivors manual    ◄60►    SURVIVAL IN SOLITARY

UB 3/34

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Palton, Jason D.             ADC #:  095164E
FROM:  Cantrell, Sharon L                 TITLE:  ADC/ACC Program Specialist
DATE:  05/18/2018                         GRIEVANCE #:  VSM18-01331

Please be advised, I have received your Grievance dated 05/06/2018 on 05/16/2018 .
You should receive communication regarding the Grievance by 06/14/2018

_S. Cantrell /S.Hurst_
Signature of ADC/ACC Program Specialist

## CHECK ONE OF THE FOLLOWING

◌ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◌ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◉ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

◌ This Grievance has been determined to be an emergency situation, as you so indicated.

◌ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◌ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_Jason Palton_                    95164                    6-19-2018
Inmate Signature                   ADC #                     Date

ental Health D. Compton, Greenwade et, Al Conspired
ith ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Program Specialist
Cantrell & S. Hurst not to Respond with Grievance
VSM18-01331 that I wrote up for not giving me
e proper mental Health Services. D. Compton said
e sexual Assault that Cummins denied me P.C. were
nsensual And it was not Consensual. S. Cantrell, S. Hurst
Compton, Greenwade et, Al is violating the Grievance
evel A.D.C. policy by not Responding the Grievance Level

IGTT400                         Page 1 of 1

*Mental Health*

**UNIT LEVEL GRIEVANCE FORM** (Attachment I) MAY - 8 2018    WIC

Unit/Center **Varner Supermax**

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # VSM18-1331 |
| | Date Received: 5-16-18 |
| | GRV. Code #: 1030 |

Name **Jason Palton**

ADC# **95164**    Brks # **3-334**    Job Assignment **R/H**

**5-6-18** (Date) STEP ONE: Informal Resolution.

**5-15-18** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: **Conflict again with**
**5-15-18** **Mr. Compton Lie. Cummins denied me P.C. Its not Consenta**
(Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: **Cummins unit caused me**
**to Be sexuell assaulted by 2 inmates**
*Is this Grievance concerning Medical or Mental Health Services?* **yes** *If yes, circle one: medical or* **mental**
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **PREA standards remain**

**Inadequate. I suffer from having nightmares**

**4-5 times a week; I deal with major depressive**

**disorders. I were sexual assaulted by 2 inmates at**

**Cummins unit by denying me of Protective Custody.**

**Mr. Greenwade, D. Compton et, Al. Conspired not to**

**give me the proper mental Health services prior-**

**incident of the sexual Assaults in 2005.**

_Jason Palton_                    5-6-18
**Inmate Signature**                    **Date**

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date _____

_Kennedy_                    _46780_    _Kennedy_                    _5/8/18_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including **dates**: _Mr. Compton advised your PREA_
_status was reassessed by DR. White in March 2018. You were determined to not be at_
_risk for a victim. Your sexual assault claim was investigated by Internal Affairs._
_They report you admitted to consentual sex. Neither Mr. Greenwade nor myself denied_
_you of anything as you claim._    Kennedy 5-15-18    _Jason Palton_    5-15-18
Staff Signature & Date Returned                    Inmate Signature & Date Received
This form was received on _5-15-18_ (date), pursuant to **Step Two**. Is it an Emergency? **N** (Yes or No).
Staff Who Received Step Two Grievance: _Kennedy_                    Date: _5-15-18_
Action Taken: **MAY 16 2018** (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____    Date: _____

**RECEIVED MAY 16 2018 VARNER UNIT GRIEVANCE**

**DISTRIBUTION:** YELLOW - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

3C

CB 4/40

IGTT420                                                                                          Attachment IV
3GH

INMATE NAME: Palton, Jason D.          ADC #: 095164E          GRIEVANCE #: VSM18-01331

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

Your complaint is that PREA standards are inadequate; you're alleging experiencing nightmares and dealing with major depressive disorder; and you claim that Mr. Greenwade and I conspired to deny you receiving treatment back in 2005. The PREA standards that are currently in place are designed to prevent the victimization of all inmates. The security staff have ensured your safety as you are currently housed in a single man cell as you desired. According to the mental health record, you were interviewed regarding your PREA allegations by Mr. Cogbill at the Cummins Unit back on 3/06/18. He offered you treatment materials which he documented you declined. You were evaluated by Dr. Lee back on 12/12/17 for any potential psychotropic medication needs. He determined that medication was not likely to improve your functioning and that your current issue was related to substance use. Your were also seen by our psychologist, Dr. Faupel on 6/08/18. He did not determine that you were in any mental distress. You may speak to advisors conducting weekly rounds regarding any mental health concerns. Consequently, I find no merit to this grievance.

_D. Compton_

---
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Rehab Program Manager          06/20/2018
---                            ---
Title                          Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? PREA Standards A.D.C. Policy Remain Inadequate. D. Compton conspired with Coabill, Dr. Lee, Dr. White And Dr. Faupel to falsify documents. No one will Talk with me

All This is a conflict of Interest contradicting contradiction

_Jason Palton_                    95164              6-21-2018
---                               ---                ---
Inmate Signature                  ADC#               Date 2018

IGTT420                          Page 1 of 1

Look

Exhibit

# News in Brief

**Alabama:** During a search of arrestee Jesse O'Neal Roberts in March 2017, a stolen gun was discovered after it fell out of his underwear. A jail guard wrote in a report: "I immediately considered that he defecated on himself before noticing a familiar shape in the form of a pistol in his boxers." According to a sheriff's spokesperson, Roberts, 23, was being booked into the Limestone County Jail on a charge of public intoxication; not surprisingly, guards reported that he had been walking "strangely" when he arrived at the facility. The weapon was an unloaded .380 Jimenez Arms. Authorities said it was unclear whether the owner wanted it back.

**Arkansas:** Volunteer jail chaplain Scotty Scaggs, 46, was arrested on August 14, 2017 on charges of rape and sexual indecency with a child. In May, state police informed the Marion County Sheriff's Office that they had received a tip about alleged sexual misconduct involving Scaggs, and investigators reported that he had sexual contact with at least one underage girl. Scaggs has been suspended from his volunteer position at the Marion County jail pending the outcome of the investigation; he was released on $15,000 bond.

**Australia:** On February 7, 2017, a carpet python was removed by a professional snake trapper at the Woodford Correctional Centre, a maximum-security prison in Queensland. The snake had been kept as a pet by a prisoner who found it in the exercise yard at the facility. The trapper, Lewis Rohun, was called to the prison to release it back into the bushland. According to Lewis, "The officer met me out the front with it [the snake] already secured inside a pillow case." The prisoner admitted to having the snake before guards began searching his cell. Fully grown carpet pythons measure from 6 to 13 feet.

**California:** According to a February 7, 2017 news report, Los Angeles County jail guard Jonathan Grijalva was charged with assault for looking the other way as three prisoners attacked a fellow prisoner named Saul Steve Lira in February 2014. The jailer was accused of deliberately ignoring the brutal assault that left Lira with a busted jaw, broken nose, double vision, concussion and bloody face. Grijalva, who was placed on unpaid leave, also allegedly refused to help Lira obtain medical care for his injuries.

**California:** A former prison guard pleaded guilty on April 21, 2017 to kicking a handcuffed prisoner in the head and then lying about it. Cynthia Flores, a 34-year-old guard at the Bureau of Prisons' women's camp in Victorville, agreed to a plea bargain in federal court that guarantees she will not spend more than 18 months behind bars. In June 2013, Flores had "a physical altercation" with a female prisoner, according to federal prosecutors, who said another guard handcuffed the woman before Flores kicked her in the head.

**California:** Six guards at the California Correctional Center in Susanville suffered minor injuries after being attacked by approximately 30 prisoners on March 15, 2017. The disturbance occurred in the facility's dining hall. During the melee, prisoners reportedly punched, kicked and threw food trays at the guards; staff used physical force, pepper spray and non-lethal projectiles to regain control. Four guards were treated for minor cuts and bruises, and one was treated for a broken thumb. One prisoner reportedly suffered a broken orbital socket.

**Chile:** In June 2017, over 100 former intelligence agents who worked during General Augusto Pinochet's dictatorship from 1973 to 1990 were sentenced for the kidnapping and disappearances of 16 leftist militants, and received prison terms ranging from under two years to two decades. The militants had been captured by the National Intelligence Directorate, taken to detention centers and then "disappeared" – having been killed and their deaths covered up by the police. The court that sentenced the former agents also ordered the Chilean government to pay five billion pesos (approximately $7.5 million) in restitution to the militants' families. It is estimated that almost 2,300 people were killed by security forces during Pinochet's reign. The former dictator died in December 2006 while under house arrest and facing about 300 criminal charges.

**Colorado:** Three Muslim prisoners at the Sterling Correctional Facility filed suit against three prison guards for allegedly pepper spraying them during a prayer meeting and later threatening one of the prisoners who filed grievances and contacted an attorney. The lawsuit was filed in federal court on April 24, 2017 on behalf of Donell Blount, Cecil Mason and Terry Phillips, who are seeking compensatory and punitive damages against Sterling guards Ethan Kellogg, David Scherbarth and an officer identified as Quinlan. The three prisoners claimed that on April 15, 2016 they arrived at a room where they were scheduled to hold a prayer service but were rebuked by the guards, who were using the room at the time. When the prisoners later returned for their service, they claimed they were immediately pepper sprayed; as they gasped for air, the guards allegedly laughed at them. Scherbarth is also accused of telling Blount to drop his grievances and not to file a lawsuit; he threatened that "life would be hard" if Blount didn't comply.

**Florida:** On February 16, 2017, South County jail guard Tanquisia McGill, 21, was arrested for having sex with a prisoner, which resulted in her giving birth to his child. The illicit relationship reportedly dated back to December 2015; McGill would let Johnathan Lott out of his cell during mealtimes and lead him to a control room where they had sex. All the controls for the cells as well as weapons were in the control room. McGill listed Lott as the father of her child on the birth certificate. She has been charged with sexual misconduct between detention facility employees and prisoners, interference with county prisoners and culpable negligence.

**Florida:** A nurse at the Polk County jail, employed by private contractor Corizon Health, was arrested on June 16, 2017 for smuggling contraband to a prisoner – including coffee and cigarettes – and having sex with him. Andrea Sarvey, 32, reportedly had an intimate relationship with prisoner Aubry Pettus, and love letters were found in her vehicle. Pettus was charged with conspiracy to introduce contraband into the jail.

**Georgia:** Georgia Department of Corrections contract nurse Jodi Suzanne Rigby, 35, was arrested on March 9, 2017 for having sex with a prisoner at the Central State Prison in Macon. On the morning of her arrest, Rigby was served with seven felony warrants at her home and led away in handcuffs. She was charged with sexual assault by a person with supervisory or disciplinary authority and six counts of trading with prisoners. Rigby, who had previously resigned, allegedly had multiple sexual encounters with a convicted rapist at the facility from August 1, 2015 to September 30, 2015.

**Illinois:** On February 23, 2017, the Menard Correctional Center was placed on lockdown after approximately 150 prisoners refused to leave the yard for several hours. A

## AFFIDAVIT

I, Jason Palton #95164 After first being duly sworn, do hereby swear, depose and state that: Prison officials ———>
Intensionally caused me emotional distress. I'm suffering, crying, no appetite...

I'm going through extreme emotional distress.... Warden Gibson intently misled the Arkansas State Police with the Internal Affairs during their investigation of the sexual assaults that Varner supermax caused upon me in 2005....

Warden Gibson et. Al. conspired with Warden Straughn et, Al.

2 of 3

the mailroom Ms. V. Allen, D. Ross intently to stop my mail And hold it to Punish me. I Received this Letter with Red marking 140.

COI officer brought it to me from Cell Block 1-140. I'm housed in Cell Block 4-440 Cell, not Cell Block 1-140. I will not mention who the officer were, who brought it to me...



**Christian Book Distributors**
PO BOX 7000 ▪ PEABODY MA ▪ 01961-7000



neopost
06/13/2018
US POSTAG

140

06/12/2018
Jason Palton 95164
PO Box 600
Grady, AR 71644

716443O600 BOO5

3 of 3

I further swear that the statements matters and things contained herein are true and accurate to the best of my knowledge, and belief.

Date: 6-19-2018

AFFIANT

subscribed and sworn to before me a notary Public on this ___23___ day of June, 20.18

my commission Expires
03-16-2025

Notary Public

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

800-4

STATE OF ARKANSAS                    )
                                     ) §
COUNTY OF Lincoln                    )

## AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: Warden J. Gibson et. Al. conspired with Warden Straughn et, Al. to have the mailroom Ms. V. Allen, D. Ross intently to stop my mail And hold it to Punish me, prior incident that Cummins security caused me to be sexuall Assaulted by denying me P.C. And prior incident that Varner supermax Also caused me to be sexual Assaulted in 2005. I won't Say this officer name, but she gave me my mail from Cell Block 1 And I'm in cell Block 440

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-19-2018
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 23 day of
_____, 20 18 .

_____
NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

*Mailroom*

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center Varner super max    MAY - 8 2018

Name Jason Palton

ADC# 95164    Brks # 3-334    Job Assignment R.H

| FOR OFFICE USE ONLY |
|---|
| GRV.# VSm 18-01322 |
| Date Received: 5-16-18 |
| GRV. Code #: 307 |

5-8-18 (Date) STEP ONE: Informal Resolution

5-15-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _Not Solved_

_____, (Date) EMERGENCY GRIEVANCE. (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __NO__ *If yes, circle one: medical or mental* **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Warden Striaughn et, AL.

Conspired with warden J. Gibson et, AL. to have the mailroom Ms. V. Allen, D. Ross to stop my mail and hold it to Punish me, prior-incident that Cummins security caused me to be sexually assaulted by denying me P.C. my sister told me that ACLU and my Lawyer never Received my Legal mail that I mail out at Cummins unit. Please Let me have my mail & send it out.

Inmate Signature ~                                          5-8-18

_Date_

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                    Date Received 5/8/18

Describe action taken to resolve complaint, including **dates**: Ms. Allen advised we are not holding your mail incoming or out going.

Kennedy 5-15-18

Staff Signature & Date Returned                Inmate Signature & Date Received 5-15-18

This form was received on 5-15-18 (date), pursuant to Step Two. Is it an Emergency? __N__ (Yes or No).

Staff Who Received Step Two Grievance: Kennedy    Date: 5-15-18

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

CB04/440

IGTT410
3GS

Attachment III

INMATE NAME: <u>Palton, Jason D.</u>    ADC #: <u>095164E</u>    GRIEVANCE #: <u>VSM18-01322</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Palton you state Warden Straughn et, al. conspired with Warden J. Gibson et, al. to have the mailroom Ms. Allen, D. Ross to stop my mail and hold it to punish me, prior incident that Cummins security caused me to be sexually assaulted by denying me P.C. my sister told me that ACLU and my lawyer never received my legal mail that I mail out at Cummins Unit. Please let me have my mail & send it out.

I have not conspired with anyone to have your mail withheld from you. Varner Mail Room Supervisor also advised the mail room is not holding your mail. Any complaints toward Cummins Unit should be directed through their Unit's Grievance Office not Varner Unit. Therefore, I find this issue without merit.

_____    _____    _____
Signature of Warden/Supervisor or Designee    Title    Date
Warden    6/12/18

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

Warden Straughn et, Al. inspired with Warden J. Gibson et, Al. to have the mailroom Ms. Allen, D. Ross to stop my mail And hold it to punish me. My Family Advised me that ACLU And my lawyer never received And has not been receiving Any legal mail from Cummins or Varner Unit.

_____    _____    _____
Inmate Signature    ADC#    Date
6-13-18

IGTT410

"AFFiDAvit of Letter"

TO: Director Wendy Kelley

From: Inmate Jason Deon Palton #95164

RE: conspiracy of silence

Date: June 20, 2018

There is no need Pleading for Assistance from your office. I've done All I can by exhaustion of Administrative Remedies. You never would Remedy Any of the situations the cause of conflict of Interest Prio-incident of sexual Assaults that varner supermax caused upon me 2005, Along with the denial of Protective Custody And

While housed At Cummins unit security caused me to be sexual assaulted.. I cry what ~~else~~ else can I do. Then you humiliate me with your memorandum letter by forwarded a copy of my letter to Warden Gibson who intently misled the Arkansas State Police during their investigation of the sexual assaults that Varner supermax caused upon me in 2005. Deputy Warden Byers who one of the security officer that transported me to Dumis outside hospital after the sexual assaults

2005... Warden Gibson, Deputy Wardens Byers and Shipman et, AL. Classification, they conspired with Warden Straughn et, AL. to transfer me to Cummins unit intently Knowing this would not Remedy the harassment, the threats and Conflict of Interest on my behalf of getting the proper protection for my health and safety... (PREA) Policy A.D.C. standard Remain Inadequate !!!

(PREA) A.D.C policy Standards Remain Inadequate.

Director Wendy Kelley, this is not my first time contacting your office in regard to Varner Supermax harassment, threats and conflict of Interest of Retaliation.

Director Wendy Kelley you have disregarded my pleadings for help. Memorandum Letter from your office July 14, 2017 you intently allowing your staff to harass, threaten, cause me conflict of Interest of me going through Retaliation of me being sexual assaulted.

you Don't Care About protecting the inmates, All you Care About is your Pay Checks, And up holding the Prison official Abuse..(PREA) A.D.C. policy Standards Remain Inadequate. Thank you for not having any Concerns of the EBUse.

I further swear that the statements matters and things contained herein Are true And Accurate to the best of my Kowledge, information And belief.

DATE: 6-20-2018

_____
AFFIANT

subscribed And sworn To before me A notary Public on this __23__ day of __June__ 2018 my commission Expires

D3-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12402817

_____
Notary Public

800-4

**STATE OF ARKANSAS** )
) §
COUNTY OF Lincoln )

## AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: There is no need Pleading for Assistance from your office. I've done all I can by exhaustion of Administrative Remedies. you never would Remedy the situations that Cummins security denied me Protective custody causing me to be Sexual Assaulted then you deny me of Step-Down program transferring me back to the Varner supermax. Prio-incident of the sexual Assaults in 2005

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

6-20 2018
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 23 day of
June , 20 18 .

_____
NOTARY PUBLIC

My Commission Expires: 03-16-2025

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817



Director's Office
P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6200
Fax: (870) 267-6244
www.arkansas.gov/doc

*honor and integrity in public service*

**Arkansas Department of Correction**

## MEMORANDUM

**TO:**          Inmate Jason Palton, ADC# 095164
                 VSM

**FROM:**        Jada Lawrence, Executive Assistant to the Director

**RE:**          Protective Custody Status

**DATE:**        June 13, 2018

Thank you for contacting my office. I have read and reviewed the correspondence you sent to my office concerning your request for Protective Custody.

I have already forwarded a copy of your letter to Warden Gibson and Deputy Wardens Byers and Shipman for review.

Records indicate you are currently being housed in restrictive housing, not general population.

You can voice any concerns or wishes you might have to the classification committee during your classification reviews.

If I can be of further assistance, please feel free to contact my office.

JL/ms

*An Equal Opportunity Employer*

THE NEW YORK TIMES **OP-ED** SATURDAY, APRIL 18, 2015

# Why We Let Prison Rape Go On

### By Chandra Bozelko

ORANGE, Conn.

IT'S been called "America's most 'open' secret": According to the Bureau of Justice Statistics, around 80,000 women and men a year are sexually abused in American correctional facilities. That number is almost certainly subject to underreporting, through shame or a victim's fear of retaliation. Overall, only 35 percent of rapes and sexual assaults were reported to the police in 2010, and the rate of reporting in prisons is undoubtedly lower still.

To tackle the problem, Congress passed the Prison Rape Elimination Act, signed into law by President George W. Bush in 2003. The way to eliminate sexual assault, lawmakers determined, was to make Department of Justice funding for correctional facilities conditional on states' adoption of zero-tolerance policies toward sexual abuse of inmates.

Inmates would be screened to identify possible predators and victims. Prison procedures would ensure investigation of complaints by outside law enforcement. Correctional officers would be instructed about behavior that constitutes sexual abuse. And abusers, whether inmates or guards, would be punished effectively.

But only two states — New Hampshire and New Jersey — have fully complied with the act. Forty-seven states and territories have promised that they will do so. Using Justice Department data, the American Civil Liberties Union estimated that from 2003 to 2012, when the law's standards were finalized, nearly two million inmates were sexually assaulted.

Six Republican governors have neglected or refused to comply, complaining of cost and other factors. Rick Perry, then the governor of Texas, wrote to the Justice Department last year stating that 40 percent of the correctional officers in male facilities in Texas were women, so that "cross-gender viewing" (like witnessing inmates in the shower, which contravenes the legal guidelines) could not be avoided. The mandated measures, he said, would levy "an unacceptable cost" on Texas, which has one of the highest rates of prison sexual assault.

For its noncompliance, Texas is likely to lose just 5 percent of federal funding for its state prisons, or about $800,000. It will still receive $15.2 million in federal grants even as inmates continue to be sexually assaulted. If Congress passes an amendment that Senator John Cornyn, Republican of Texas, proposed last year, the financial penalty for noncompliance will be removed altogether.

Ultimately, prisons protect rape culture to protect themselves. According to the Bureau of Justice Statistics, about half of prison sexual assault complaints in 2011 were filed against staff. (These reports weren't all claims of forcible rape; it is considered statutory sexual assault for a guard to have sexual contact with an inmate.)

I was an inmate for six years in Connecticut after being convicted of identity fraud, among other charges. From what I saw, the same small group of guards preyed on inmates again and again, yet never faced discipline. They were protected by prison guard unions, one of the strongest forces in American labor.

Sexualized violence is often used as a tool to subdue inmates whom guards see as upstarts. In May 2008, while in a restricted housing unit, or "the SHU" as it is commonly known, I was sexually assaulted by a guard. The first person I reported the incident to, another guard, ignored it. I finally reached a nurse who reported it to a senior officer.

When the state police arrived, I decided not to talk to them because the harassment I'd received in the intervening

---

## As an inmate, I realized how sexual assault is part of the punishment.

---

hours made me fearful. For the same reason, I refused medical treatment when I was taken to a local emergency room.

Subsequent interviews with officials at the prison amounted to hazing and harassment. They accused me of having been a drug user, which was untrue, and of lying about going to college, though it was true I had. The "investigation," which I found more traumatic than the assault, dragged on for more than two months until they determined that my al-

legation couldn't be substantiated. The law's guidelines were followed, but in letter not in spirit.

I was also a witness in a case in which an inmate claimed to have been sexually assaulted by a guard and then told me she'd made it up. I reported her — and this time, I was perfectly credible to an investigator, who praised me for having a conscience and a clear head.

The Justice Department estimates that the total bill to society for prison rape and sexual abuse is as high as $51.9 billion per year, including the costs of victims' compensation and increased recidivism. If states refuse to implement the law when the fiscal benefit is so obvious, something larger is at stake.

According to Allen Beck, senior statistical adviser at the Bureau of Justice Statistics, "institutional culture and facility leadership may be key factors in determining the level of victimization." Rape persists, in other words, because it's the cultural wallpaper of American correctional facilities. We preserve the abuse because we're down with perps getting punished in the worst ways.

Compliance does not even cost that much. The Justice Department estimates that full nationwide compliance would cost $468.5 million per year, through 2026. Even that much is less than 1 percent of states' spending on corrections. Putting aside the cruelty and pain inflicted, prison rape costs far more than the implementation of the law designed to stop it.□



BEN JONES

*Chandra Bozelko is the author of the poetry collection "Up the River: An Anthology."*

imposed for non-compliance with the PREA standards are grossly insufficient. Currently, states face the loss of 5% in funding from federal JAG, JJDPA and STOP grants; if they file assurance letters with the DOJ, those funds are not lost but can be reallocated to PREA compliance efforts. As indicated by the chart that accompanies this article, in fiscal year 2016 only 10 states reported they were in full compliance, while 38 states and the District of Columbia filed assurances and two states (Arkansas and Utah) declined to comply with PREA.

*Jeffrey Green, 48, a former prison guard at the Bedford Hills Correctional Facility in New York, was sentenced to nine months in federal prison on August 15, 2017 after he pleaded guilty to sexually abusing a female prisoner. Green was accused of opening the victim's cell and sexually assaulting her. He will have to serve one year on supervised release after completing his prison term.*

The jurisdictions not in compliance had a combined $10 million in reallocations or reductions in their federal criminal justice funding. However, that amount was out of combined corrections budgets of more than $42.8 *billion* (excluding budgets for the 10 states that reported compliance).

Thus, the penalties for states that failed to comply with the PREA standards represented, on average, around .0351 percent of their corrections budgets – or less than 1/20th of one percent. The loss – or most often the mere reallocation – of such meager funds provides little incentive for states that file assurances to move towards full PREA compliance; in fact, the cost of compliance typically exceeds the financial penalties imposed. Consequently, PREA's sole enforcement provision is a dismal failure.

### FY 2016 PREA Reallocations and Reductions to DOJ Grant Funds
*(Data from the U.S. Dept. of Justice, Bureau of Justice Assistance)*

| Jurisdiction + | Type of PREA Submission | Total PREA Reallocations or Reductions* | FY 2016 DOC Budget** | Reallocations or Reductions as Percent of Budget |
|---|---|---|---|---|
| Alabama | Assurance | $231,537 | $450,609,424 | 0.0514 |
| Alaska | Assurance | $93,996 | $272,919,000 | 0.0344 |
| Arizona | Certification | N/A | N/A | N/A |
| Arkansas | Neither | $148,311 | $338,440,793 | 0.0438 |
| California | Assurance | $1,173,715 | $10,590,164,000 | 0.0111 |
| Colorado | Assurance | $219,062 | $846,756,203 | 0.0259 |
| Connecticut | Assurance | $161,596 | $668,507,742 | 0.0242 |
| Delaware | Assurance | $86,285 | $284,100,000 | 0.0304 |
| District of Columbia | Assurance | $145,924 | $151,000,000 | 0.0966 |
| Florida | Assurance | $583,101 | $2,331,211,880 | 0.0250 |
| Georgia | Assurance | $355,176 | $1,216,607,219 | 0.0292 |
| Hawaii | Assurance | $85,644 | $204,704,862 | 0.0418 |
| Idaho | Assurance | $86,563 | $227,736,200 | 0.0380 |
| Illinois | Assurance | $399,753 | $1,044,276,000 | 0.0383 |
| Indiana | Assurance | $240,591 | $780,879,255 | 0.0308 |
| Iowa | Assurance | $145,807 | $452,301,344 | 0.0322 |
| Kansas | Assurance | $126,272 | $397,086,356 | 0.0318 |
| Kentucky | Certification | N/A | N/A | N/A |
| Louisiana | Assurance | $181,059 | $416,159,960 | 0.0435 |
| Maine | Assurance | N/A | $177,090,094 | N/A |
| Maryland | Assurance | $238,525 | $977,054,563 | 0.0244 |
| Massachusetts | Assurance | $281,748 | $602,516,884 | 0.0468 |
| Michigan | Assurance | $355,182 | $2,002,729,000 | 0.0177 |
| Minnesota | Assurance | $195,127 | $527,012,000 | 0.0370 |
| Mississippi | Assurance | $134,058 | $358,700,000 | 0.0374 |
| Missouri | Certification | N/A | N/A | N/A |
| Montana | Assurance | $83,057 | $198,386,453 | 0.0419 |
| Nebraska | Assurance | $91,954 | $201,682,481 | 0.0456 |
| Nevada | Assurance | $108,543 | $290,290,355 | 0.0374 |
| New Hampshire | Certification | N/A | N/A | N/A |
| New Jersey | Certification | N/A | N/A | N/A |
| New Mexico | Assurance | $121,850 | $289,621,500 | 0.0421 |
| New York | Assurance | $569,048 | $2,842,898,000 | 0.0200 |
| North Carolina | Assurance | $375,026 | $1,861,069,152 | 0.0202 |
| North Dakota | Certification | N/A | N/A | N/A |
| Ohio | Assurance | $368,886 | $1,666,729,709 | 0.0221 |
| Oklahoma | Assurance | $186,689 | $542,292,033 | 0.0344 |
| Oregon | Certification | N/A | N/A | N/A |
| Pennsylvania | Assurance | $422,048 | $2,380,975,000 | 0.0177 |
| Rhode Island | Assurance | $89,996 | $217,726,101 | 0.0413 |
| South Carolina | Assurance | $201,717 | $464,711,719 | 0.0434 |
| South Dakota | Assurance | $58,843 | $117,647,904 | 0.0500 |
| Tennessee | Certification | N/A | N/A | N/A |
| Texas | Assurance | $862,104 | $3,374,323,194 | 0.0255 |
| Utah | Neither | $146,132 | $287,009,000 | 0.0509 |
| Vermont | Certification | N/A | N/A | N/A |
| Virginia | Assurance | $267,239 | $1,185,291,328 | 0.0225 |
| Washington | Certification | N/A | N/A | N/A |
| West Virginia | Assurance | $109,500 | $180,591,933 | 0.0606 |
| Wisconsin | Assurance | $216,561 | $1,114,348,291 | 0.0194 |
| Wyoming | Assurance | $55,817 | $298,964,387 | 0.0187 |
| **TOTALS:** | | $10,004,042 | $42,833,121,319 | AVG:   0.0351 |

+ Data for Guam, Puerto Rico, U.S. Virgin Islands, Northern Mariana Islands and American Samoa excluded.
* Includes reallocations and reductions from federal BJA JAG, OJJDP JJDPA and OVW STOP grants.
** Some DOC budget data has been estimated; biennial budgets were halved to reflect a single fiscal year.

### PREA Standards Inadequate (cont.)

District of Columbia provided assurances. Two states, Arkansas and Utah, declined to comply with the PREA standards completely – down from four in 2015, which included Alaska, Arkansas, Idaho and Utah. According to state officials in Arkansas, their refusal to implement the anti-rape and sexual abuse standards was due to limitations in a 1995 legal settlement in an employment discrimination case involving female prison workers.

A librarian at the SCI Retreat prison in Pennsylvania was arrested in September 2017 after she admitted to engaging in sexual misconduct with a prisoner. Karen Stroup, 44, said she was attracted to the prisoner and had sex with him in a closet at the library. She was freed on $75,000 unsecured bail and faces charges of institutional sexual assault.

States that fail to certify compliance or file an assurance that they are attempting to come into compliance forfeit 5% of federal funding provided through three criminal justice grant programs. There are no financial penalties in the PREA statute for local jails or privately-operated facilities that do not comply with the standards.

If a state is not in compliance but files an assurance, the federal grant funding is not forfeited but rather reallocated to efforts to achieve PREA compliance. (An amendment to the Justice for All Reauthorization Act, enacted on December 16, 2016, allows states filing assurances to either reallocate such funds for PREA compliance or have them held in abeyance by the DOJ.)

In a lawsuit filed on September 7, 2017, attorneys representing a female prisoner at an Arkansas state facility alleged she was sexually abused by the prison's former chaplain. The prisoner, Carolyn Arnett, raised civil rights violations in connection with the abuse and accused Department of Correction officials of allowing it to occur for years. The chaplain, Kenneth Dewitt, convicted of sexually assaulting three prisoners, was sentenced to five years in prison in July 2016. [See: PLN, Oct. 2016, p.63; March 2016, p.63].

### The Texas Experience

TEXAS WAS INITIALLY RESISTANT TO IMPLEmenting PREA despite the fact that former Governor George W. Bush supported the

legislation when he served as president and signed it into law. In contrast, former Texas governor and presidential candidate Rick Perry declined while in office to either implement PREA or issue an assurance letter, saying the anti-prison rape standards were a "burden" and "ill conceived."

As a result of his actions, Texas lost $810,796 in federal criminal justice funding in 2014, which constituted a tiny percentage of the state's overall corrections budget. Nonetheless, Perry's successor as governor, Greg Abbott, filed a letter with the DOJ on May 15, 2015 that confirmed Texas would work to comply with PREA – though it came with a caveat: He said the state would implement PREA's provisions "wherever feasible."

A former jail deputy in Bexar County, Texas received a two-year sentence on September 12, 2017 for having sexual contact with a female prisoner. Erick Montez, 36, was found guilty at a June 2016 jury trial for having sex with the prisoner in a transport van. He faces additional charges for engaging in sex with other prisoners while employed with the Bexar County Sheriff's Office. "I find that this is such an abhorrent or disgusting abuse of power that

# AFFiDAViT Letter

To: Director Wendy Kelly

DATE: 6-9-2017

Reason: Rectifying That I'm not too Be housed AT the V.S.M.

Director Kelly Please Consider my Letter of Request, to Be Removed from Supermax Varner. I. Jason Deon Palton #95164 Pose no threat to Any of your Staff And being Housed in General Population...

Director I'm providing you documents that will help you see that I Jason Deon PALton #95164 were in Fact Harassed threaten And were in Fact Retaliated Against warden Gibson ~~conspired~~ conspired with capt. King and other security At malvern Locking me in west Isolation on 4-10-20017.

Director This is when

West Isolation security had there opperturnity to Harrss, threaten me by writing me up on disciplinary's AS if I'm A Threat to security Falsfying disciplinary's to cover there Harrassment and threats that caused upon my life while being Housed At MAlver.

Director I were Raped by your security ~~staff~~ At VSM in 2005. I were

classified wrong and now Its happen again because of Warden Gibson as misleading staff as though I'm A Threat to security. Please Look at how they conspired And had me placed Back in V.S.M. Please I Pose no threat to staff or General population. V.S.M. I can't sleep at times. not eating well. I'm So

stressed. I'm so mental disturbed. Please Help me Rectify this situation I'm no threat Please. I'm no threat.

Again Please Consider my documents As Facts that your security CAUSed me so much discomfort At malvern unit.

Director Kelly you will Also see Emergency grievances 4-29-17 too were Lt. maxwell never turned

my Emergency Grievance marking through the date 4-29-17 placing His Falsfying 5-2-17 date as a step one Informal Resolution to cover up Himself and security Corporal Parker Sexual Harassments and other security Harassments and threats. This also gave Corporal Parker to write a Major Disciplinary too Falsfy documents to cover up her wrong doings.

AFFidavit Letter

I  Jason Palton #95164

after first being duly

Sworn, do hereby swear,

depose And State that:

Warden Faust, Warden

Gibson, Warden Jackson

et Al. All Conspired by

Placing me Back in the

Varner Supermax too

Cause me mental

discomfort too Keep me

Lock down for

Something I Didn't

CAUSE no one no Harm.
Please Have this
Rectified By Removing
me from the Super-
max. Thank You for
Your Concern And Time.
End of Statement

I further swear that the statements
matters And things contained herein Are
true and Accurate to the best of my
Knowledge, information And belief.

Date: 6-9-2017        Jason Pelton #95164
                           Affiant

Subscribed and Sworn To before me A Notary Public
n this   09   day of   June   ,20 17

my Commission Expires

01-31-2021

Felicia Piggee

Commission # 12382202
My Commission Expires 01-31-2021
DESHA COUNTY
NOTARY PUBLIC-STATE OF ARKANSAS
FELICIA PIGGEE

3 copies
3 copys

STATE OF ARKANSAS                    )
                                     ) §
COUNTY OF _____ )

**AFFIDAVIT**

Jason

I, Palton 95164, after first being duly sworn, do hereby swear, depose and state that:

Director Wendy Kelley never would Respond to Affidavits Letter 6-9-2017 And Affidavit 6-20th 2017 To Rectify Any of The A.D.C Warden/center Supervisors, Employees Conspiracy, Threats, Sexual Harassment of the sexual Assaults that ADC Caused to me 2005

_____ End of Statement _____

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief

7-10-2017
_____          _____
DATE                                              AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _11_ day of
_____July_____, 20 _17_.

_____
NOTARY PUBLIC

My Commission Expires: _01·31·2021_____

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

TO: Director Wendy Kelley

Reason: Denial of Request Informal Resolution Grievance complaints And concern not being solved Upon A.D.C. AR's/AD's Policey's

Date: 6-20-2017

Director I Jason Palton #95164 After first being duly sworn, do hereby swear, depose And state that: I pose no threat to Varner or Any Institution in the A.D.C.

Warden Gibson was one of the Defendants that were filed in my Lawsuit for misleding the Arkansas state police during their investigation during the sexual assalts in 2005 that security at Varner supermax caused to happen to me....

* While Being housed at malvern unit warden Gibson saw me going to chow in the Hallway He stop me and said to me they (were Dead!), said that, I Jason Palton

Then Warden Gibson start asking me questions about the suit that were filed by ACLU And How much money I Got of it. I Didn't Respond to it. After Trying to get Warden Gibson to Help me with Rectifying Malvern security Harassments And threats. Thats When Major Arnold Threaten me saying get out the Hallway It's nothing I could do now go to the

BKs. So none of my concerns were Addressed... Director Kelley Please understand that Look At my documents Are Facts. Warden Gibson Reopen this sexual Assault that did in fact happen too me. Warden Gibson Conspired with warden Faust, et Al. to Transfer me to V.S.M. Knowing this will cause me more harm And none of my concerns

Will Be Addressed properly.
Director Kelley PLEASE
Help me Rectify this
problem. You Have the
Grievance office MS. Hurst
MS. Jackson. These members
Are family that were
Apart of my Lawsuit
that A.C.L.U. filed Against.
And now Warden Gibson
MAJor Arnold, et Al is not
Trying to Rectify Any
of my concern, Along
with the Grievance office.

Director Kelley;

mental Health Services Mr.
D. Compton were Also pArt
of the LawSuit Filed
By A.C.L.U. for not giving
me the proper mental Health
Services. I'm not getting
no proper service.

Please Director Help
me I've Done no wrong
to Be Housed At the
VArner SuperMAX. I
Cry Help me.
I Thank God for my

Attorney's getting these documents too your office So that you would Help me. Rectify this issues. I Don't want to go through this again Please Help me. Thank you. Please Help me close this issues. These Are Facts As you Look At this situations that I'm So Hurt going through. I'm no threat to your Staff or Inmates. Help me Please!

I Jason Palton #95164

After first being duly sworn, do hereby swear, depose And State that warden Faust, warden Gibson, warden Jackson et Al. All conspired by placing me back in the Varner supermax too cause me mental discomfort by keeping me lock down for the Sexual Assault that Security had caused upon my life while being housed At the Varner supermax

Dec. of 2005. Again while being housed At Malvern ORC Unit Warden Gibson Conspired with Warden Faust et, al. And security of retaliation by placing me in West Isolation on 4-10-17 While Lt. M. Elmore Along with Capt King, Capt. Crosby, Major Arnold After me filing this grievance And AFFiDAViTs notary By mr. James D. Ashcraft on this 10th day of

10-of 14

April 2017 had Sgt. Delaney West Isolation Security to Come And Remove me from Charlie BKs General population... This Also Restrict me from the use of Law Library Time that Mr. Ashcraft Program Coordinator Approved of extra Law Library time.. I Pose no threat to Staff, Inmates, And or too myself. At this time of Harassment

retalaliation. This is when retaliatory disciplinary charges were written upon me By Isolation security to cover up the Oarassment And Retaliation to cause me Oarm for the filing of Emergency Grievance upon security wrong doings ~~toward~~ towards me. This caused security to write up trumped-up disciplinary charge's that

were written upon me.
I Didn't do Anything
wrong And I'm still
not Receiving the proper
mental Health Care because
Warden Gibson conspired by
having me transferred
from ORCU in malvern to
the VArner Supermax were
the Sexual Assault happen
And mental Health mr. D.
Compton Failed to meet my
serious mental health needs
following security sexual

13 of 14

ASSAULTS during those times.
Psychological trauma is eating
me up. I'm so depressed..
Why! why! would warden
Gibson Reopen this sexual
ASSAults that varner super-
max caused upon my life..
Why! why I'm no threat
to be housed at this
Supermax. Director Wendy
Kelley Please Help me.
I ASK you Please Help
me. I pray Please
Help me. I pose no threat.

14 of 14

I Didn't CAUSE no one no Alarm to Be placed At the Varner supermax. PLEASE Have this RectifYed BY Removing me from the Supermax. Thank you for your concern And Time.

I further swear that the statements matters and things contained herein Are true and Accurate to the best of my Knowledge, Information And belief...

DAte: 6-20-2017          Aaron Talton #95164

AFFiANt

Subscribed and sworn To before me A notary Public

on this   20th   day of dune   ,2017

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

Felicia Piggee

NOTArY PuBLic

My Commission Expires:   01-31-2021

UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center ORC

Name Jason Dean Palton

ADC# 951164    Brks #Charlie Job Assignment BIU.

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

4-10-17 (Date) STEP ONE: Informal Resolution

4-10-17 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: This is irresponsible, irregular procedures to Falsfy documents

4-10-17, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Harrassed, threaten by Security denial of Request, Informal Resolution.

Is this Grievance concerning Medical or Mental Health Services? NO If yes, circle one: medical or mental BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): WArden Gibson is misleading His security here At the ORC Unit, by denying me the proper security for my Health & Safty, Along with mAjor Arnold, I'm being deprived to speak with security WArden Faust, and warden Jackson so that this situation may be Rectifyed that I'm going through here At ORC unit.

_Jason Talton_                          4-10-2017
Inmate Signature                          Date

If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.

THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Security_ Date _____

Michael Elmore        62764        Lt Mike Elmore        4-10-17
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: ORCu Treats all Inmates Equal and their security is priority one with all Staff

_Lt Mike Elmore_    4-10-17        _Jason Talton_    4-10-2017
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No). Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____ If forwarded, provide name of person receiving this form: _____ Date: _____

DISTRIBUTION: YELLOW & PINK - Inmate Receipts; BLUE - Grievance Officer; ORIGINAL - Given back

STATE OF ARKANSAS            )

                            ) ss

COUNTY OF HOT SPRING        )

RECEIVED

APR 1 7 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

## AFFIDAVIT

Warden Gibson is misleading His Security here At the ORC unit in malvern Ar. 72104 By denying me the proper security for my Health & Safty, Along with Major Arnold, CApt. Crosby, CApt. King Lt. Burrow CoI montgomery Je, CoI C. Sykes And other security is depriving me, Harassins with irregular procedures not Responding to Rectify Any the on going Harassment, And Falsifying document

_____        4-10-2017
Affiant                              Date

Subscribed and sworn to before me, a Notary Public, on this 10ᵗʰ day of
April_____, 2016.
        2017

My Commission Expires 6 / 1 / 2017

JAMES D. ASHCRAFT
NOTARY PUBLIC-STATE OF ARKANSAS
HOT SPRING COUNTY
My Commission Expires 06-01-2017
Commission # 12360964

_____
Notary

STATE OF ARKANSAS          )

                          ) ss

COUNTY OF HOT SPRING       )

RECEIVED

APR 17 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

## AFFIDAVIT

I pose no threat to this institution at ORC unit in malvern Ar. 72104. Warden Gibson had misled the Arkansas State Police during their investigation during the sexual assaults in 2005 that security had caused to happen to me. Warden Gibson is doing the same again to cause me harm, here at ORC unit.

_____    4·10·17
Affiant                            Date

Subscribed and sworn to before me, a Notary Public, on this 10th day of
April .2016.
        2017

JAMES D. ASHCRAFT
NOTARY PUBLIC-STATE OF ARKANSAS
HOT SPRING COUNTY
My Commission Expires 06-01-2017
Commission # 12360964

_____
                    Notary

My Commission Expires 6/1/2017

STATE OF ARKANSAS                )

                                 ) ss

COUNTY OF HOT SPRING             )

RECEIVED

APR 17 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

## AFFIDAVIT

Warden Faust never would meet with me "Jason D. Palton 95164" to Rectify Any of the threats harassments that she her self Allowed Warden Gibson to misled security Capt. King to Retaliate by Locking me in Iso for writing A Grievance upon security. Iso. Security is Harassing me About writing up Warden Gibson And security.

_Jason Palton_                    4-15-2017
Affiant                           Date

Subscribed and sworn to before me, a Notary Public, on this _____ day of

_____, 2016.

_____
                              Notary

My Commission Expires _____/_____/_____

**STATE OF ARKANSAS**                )

                                     ) ss

**COUNTY OF HOT SPRING**             )

RECEIVED

APR 1 7 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

## AFFIDAVIT

Copies mailed out too my Attorneys & Director of the A.D.C. Wendy Kelly for the Harrassment, denial to Rectify the irregular procedures And falsifying documents to cause me harm mentally. here At ORC Unit in malvern Ar. 72104.

I Pose no threat to this institution.

_____          4·10-17
**Affiant**                          **Date**

Subscribed and sworn to before me, a Notary Public, on this 10th day of

April ____, 2016.
                    2017

_____ _____
                   **Notary**

JAMES D. ASHCRAFT
NOTARY PUBLIC-STATE OF ARKANSAS
HOT SPRING COUNTY
My Commission Expires 06-01-2017
Commission # 12360964

My Commission Expires 6 / 1 / 2017

Walton Family E. A.C.L.a.

**STATE OF ARKANSAS** )

) ss

**COUNTY OF HOT SPRING** )

RECEIVED

APR 1 7 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

## AFFIDAVIT

TO: Director Wendy Kelley
Wardens of ORCUnit
Grievance officer.
P.O. Box 1630, Malvern Ar. 72104
Reason: Denial of Request
I'm being deprived of speaking
with the Wardens so that
I can Recieve help by
Rectifing the Harassment
that security is provoking
me to become mental disturbed.

_____          4-10-17
Affiant                              Date

Subscribed and sworn to before me, a Notary Public, on this 10th day of

April , 2016.
2017

My Commission Expires 6 / 1 /2017

JAMES D. ASHCRAFT
NOTARY PUBLIC-STATE OF ARKANSAS
HOT SPRING COUNTY
My Commission Expires 06-01-2017
Commission # 12360964

_____
Notary

STATE OF ARKANSAS          )

                           ) ss

COUNTY OF HOT SPRING       )

RECEIVED

APR 1 7 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

**AFFIDAVIT**

I pose no threat to this institution at ORC unit in malvern Ar. 72104. Warden Gibson had misled the Arkansas State Police during their investigation during the sexual assaults in 2005 that security had caused to happen to me. Warden Gibson is doing the same again to cause me harm; here at ORC unit.

_____          4·10·17
Affiant                          Date

Subscribed and sworn to before me, a Notary Public, on this 10th day of
April ___, 2016.
       2017

JAMES D. ASHCRAFT
NOTARY PUBLIC-STATE OF ARKANSAS
HOT SPRING COUNTY
My Commission Expires 06-01-2017
Commission # 12360964

James D Ashcraft
Notary

My Commission Expires 6 / 1 / 2017

RECEIVED

APR 17 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

*return to inmate
Palton # 95164
Faust
4-17-17*

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name **Jason Palton**    ADC# **95164**

Unit/Center **O RC Unit**    Punitive Isolation **X** Yes ____ No

Disciplinary (date) **4-11-2017** by (charging officer) **Don't Know**

_____ Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing
Date   Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision**: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature:_____ Date _____

_____ Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center
Date   Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the
Disciplinary Hearing Administrator.
**DHA's Decision**: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature:_____ Date _____

_____ Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may
Date   appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision**: Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _____ Date _____

**Notice to Inmate:** This form is to be used for all appeal levels and responses. Briefly state
reasons why conviction or punishment should be reversed or modified. This information
will be considered at all three levels of appeal. Only information that is contained within
this space on this form will be considered:

C. Copys Attached. I never Received
no Disciplinary of this charging officer.
You will see Affidavits of Dates
4-10-17 I'm Being harassed threaten
By security And Capt. King
Retaliated for me filing grievance.

Inmate's Signature: *Jason Palton*    Date: **4-14-2017**

**Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not rec**

**STATE OF ARKANSAS** )

) ss

**COUNTY OF HOT SPRING** )

**RECEIVED**

APR 1 7 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

**AFFIDAVIT**

To: mental Health.. Ouachita River unit. P.O. Box 1630, Malvern Ar. 72104 Reason: no need of mental Health Services here At this unit... I Jason Deon Palton #95164" Pose no Threat to this institution or to myself.. I Request that my name be "Removed" from this mental Health Services that I don't help Any of my mental Health issues. ALL They do is falsify documents

_____  4—10·17
Affiant                        Date

Subscribed and sworn to before me, a Notary Public, on this 10 day of

Aprl _____ , 2016 2017

JAMES D. ASHCRAFT
NOTARY PUBLIC-STATE OF ARKANSAS
HOT SPRING COUNTY
My Commission Expires 06-01-2017
Commission # 12360964

_____
Notary

My Commission Expires 6 / 1 / 2017

*ARKANSAS DEPARTMENT OF CORRECTION*
**MENTAL HEALTH SERVICES**                          **PROGRAM REFERRAL FORM**

Inmate Name: Palton, Jason D.                    ADC#: 095164
Encounter Date: 11/30/2016

**Check all that apply:**

**Anger Management**
☐ Yes
☑ No

**Anger Management Treatment**
☐ Yes
☑ No

**Mental Health**
☐ Yes
☐ No
☑ Refer to Psychiatric Clinic

**Parenting Skills**
☐ Yes
☑ No

**Pre-Release**
☐ Yes
☑ No

**Sex Offender Treatment**
☐ Yes
  ☐ RSVP
  ☐ SOFT
☑ No

**Substance Abuse Treatment**
☐ Yes (further evaluation required)
☑ No

**Substance Abuse Education**
☐ Yes
☑ No

**Communication Skills**
☐ Yes
☑ No

**Thinking Errors**
☐ Yes
☑ No

**Stress Management**

MHS-1132.00F (Revised 11-1-11)

☐ **Yes**
☑ **No**

**Victims of Domestic Violence**
☐ **Yes**
☑ **No**

**Domestic Violence**
☐ **Yes**
☑ **No**

**VoTech**
☐ **Yes**
☑ **No**

**Comments**

Prepared By: Kristal L Caldwell

| | |
|---|---|
| *[signature]* | 11/30/2016 |
| Signed | Date |

NOTE: These are the program referrals indicated based on your intake interview and history. A copy will be provided to the Arkansas Parole Board. Your compliance may well affect your release. However, it is your responsibility to apply for admission to each program. Your signature below indicates only that you have received this document and have had the chance to discuss it with a counselor. Changes may be made as additional information becomes available. You will be notified of any change.

| | |
|---|---|
| *[signature]* | 11/30/2016 |
| Inmate Signature | Date |

Inmate ADC#: 095164                    Expected unit of assignment:

MHS-1132.00F (Revised 11-1-11)

return to Facility Palton

# UNIT LEVEL GRIEVANCE FORM (Attachment I)   # 95164   Staff   4-17-17

**Unit/Center** ORC

**FOR OFFICE USE ONLY**
GRV. # _____
Date Received: _____
GRV. Code #: _____

**Name** Jason Deon Palton

**ADC#** 95164   **Brks #** Charlie   **Job Assignment** B.U.

4-10-17 (Date) STEP ONE: Informal Resolution

4-10-17 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This is irrespon-
sible irregular procedures to falsfy documents

4-10-17, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Harrassed threaten by Security, denial of Request, Informal Resolution.

*Is this Grievance concerning Medical or Mental Health Services?* **NO** *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print) Warden Gibson is mistending this security here at the ORC Unit, by denying me the proper security for my health & safty, along with major Arnold, I'm being deprived to speak with security warden Faust, and warden Jackson so that this situation may be Rectified that I'm going through here at one unit. RECEIVED

Jason Palton

**Inmate Signature**          **Date** 4-10-2017          APR 17 2017
OUACHITA RIVER UNIT
WARDENS OFFICE
RECEIVED

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If Yes, name of the person in that department receiving this form: _____   Date _____

**PRINT STAFF NAME (PROBLEM SOLVER)**   **ID Number**   **Staff Signature**          **Date Received**
Describe action taken to resolve complaint, including dates: _____

4-10-17                                              4-10-2017
**Staff Signature & Date Returned**          **Inmate Signature & Date Received**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

C.Copy 3    CB-230

~~Inmate Request Form~~

RECEIVED

APR 2 1 2017

OUACHITA RIVER UNIT
WARDENS OFFICE

This form is to be used by inmates to contact staff with requests on issues they may have. This step should be used before completing an Informal Resolution or Grievance. You should allow five working days to receive a response to your request. This is the Ouachita River Correctional Unit in-house form.

Name: Talton J.    ADC #: 95164    BKS: W-Iso 22    Date: 4-18-2017

My request is directed to the following Department:    (circle one)

BUSINESS OFFICE    VISITATION    MEDICAL    PROPERTY    RECORDS

CLASSIFICATION    MAIL ROOM    LAW LIBRARY    COMMISSARY    CHAPLIN

FIELD OFFICE    LAUNDRY    PHONE LIST    MENTAL HEALTH    PAROLE

(WARDEN'S OFFICE)    DEPUTY WARDEN'S OFFICE    OTHER: _____

STAFF DIRECTED TO: MS. FAUST

GIVE A DETAILED REASON FOR REQUEST:
What are you going to do too help me with your security harassing me and threatening me.

Have you talked to any staff about your request? ☑ Yes    ☐ No
If your answer is "yes", who did you talk to about this request and when?
You sent all my documents back.

INMATE'S SIGNATURE: Jason Talton    DATE: 4-18-2017

Staff Responding:    Date: 4-21-17

I have reviewed your request and here is my finding:
During my next rounds we can speak about any concerns or issues you have as long as you remain respectful!

I am referring this to: _____
I am considering this issue ☐ Resolved ☐ Not Resolved

UNIT LEVEL GRIEVANCE FORM(Attachment I)

Unit/Center ORCUnit

Name Jason Palton

ADC# 95164    Brks # ISO    Job Assignment N/A

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____
_____

4-15-17 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Iso. Sgt. Delaney threaten to cause me harm and sexual Harassed me.

*Is this Grievance concerning Medical or Mental Health Services?* NO *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

Sgt Delaney, doing his security Rounds stoped by my cell with food trays And had other security officers with Him And had one officer take my Life Attentive meal tooken out of the ~~plan~~ Rap And placed it on the metal trap door telling me to eat it. Sgt. Delaney threaten me saying fuck it. ~~_____~~

Jason Palton                    4-15-2017

Inmate Signature                    Date

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Brandon Webb                 44704                                              4-21-17

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates:** I took the video while the floor officers feed inmate Palton I did not have the officers do anything At no time did I Harass inmate Palton

_____          _____
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK -** Inmate Receipts; **BLUE -** Grievance Officer; **ORIGINAL -** Given back to Inmate after Completion of Step One and Step Two.

**ISSR100**

**Arkansas Department of Corrections**
Ouachita River Correctional Unit **Unit**
**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violation(s) described on this document are felonious; he/she must hand carry this document to the Unit Warden who must immediately notify the Director.

**Inmate:** Palton, Jason Deon            **ADC#:** 095164D            **Assignment:** AM:Restrictive Housing
                                                                                    PM:Punitive

**Class:** IV        **is being charged by**        Bean, Marshall A            **Title:** Corporal
**with code violation(s):**

12-3  Failure to obey verbal and/or written order(s) of staff.
12-4  Refusing a direct verbal order to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hall, transportion vehicle, or hallway.
11-1  Insolence to a staff member.

**Date & Time:**  04/24/2017        8:45 AM
**Notice of Charges:**

Incident Report Unit: Ouachita River Correctional Unit
Incident Report Date/Time: 04/24/2017/08:45:00 AM
Incident Report Number: 2017-04-295
Incident Report Comments By: Marshall A Bean
On April 24th, 2017 at approximately 8:45am, I, Cpl. Bean along with Sgt. Delaney, attempted to perform a shakedown on Inmate Palton #95164. I then gave Inmate Palton #95164 three direct orders to accept hand restraints. Inmate Palton #95164 refused and responded with "Fuck you, you're always fucking with me.", "Fuck you, you're the devil.", as well as "Fuck you, you're a white nigger." I then gave Inmate Palton #95164 a fourth direct order in which he responded with "Get away from my door you bitch and take that fat Uncle Tom nigger with you and go eat some baby dicks." Lt. Maxwell was called he arrived and gave inmate Palton, Jason #95164 three more direct orders to come accept hand restraints. Inmate Palton, Jason #95164 yelled and argued with Lt. Maxwell and after several minutes inmate Palton, Jason #95164 accepted the hand restraints and was searched without further incident. Therefore, I, Cpl. Bean, charge Inmate Palton #95164 with rule violations 12-3, 12-4, and 11-1.

(I affirm that the information in this report is true to the best of my knowledge) | Signature of Charging Officer

| **NOTIFICATION:** | **Officer** _____ | **Date & Time Notified** _____ |

**Witness Statements:**        No  X _____        **If yes, list:**

Inmate's Signature

| **C.S.O. Review:** | **Outcome:** | Refer to Hearing Officer/Comm. |
| | **By:** | Arnold, Percy D | **Date** 04/25/2017 |

| **Extension:** | No  X _____ | Yes _____ | **Has extension form been completed?** _____ |

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.
    **Counsel-Substitute:**    **Assigned (Name)** _____    **Not Assigned** _____

ISSR101                          **Arkansas Department of Correction**

## DISCIPLINARY HEARING ACTION

**Inmate:**   Palton, Jason Deon          **ADC#:**   095164D       **Unit:**   Ouachita River Correctional Unit

**Code Violation(s):**

12-3   Failure to obey verbal and/or written order(s) of staff.
12-4   Refusing a direct verbal order to leave or enter any area of the institution or ADC property including, but not limited to, a cell, barracks, chow hall, transportion vehicle, or hallway.
11-1   Insolence to a staff member.

**Date/Time of Alleged Offense(s):**       04/24/2017   8:45 AM

**Hearing Date:**   04/28/2017           **Time:  Start**      2:15 PM                        **End**   2:18 PM

**Recorder:**   Waddle, Keith L         **Tape#:**         **Side:**        **Meter:  From**         1040         **To**

**Plea:**   Not Guilty, Not Guilty, Guilty                        **Attendance Waived:**      No

                                        **Has waiver form been completed?**_____

| Inmate's Statement: |
| --- |
| I did cuss him out. I was upset for being locked up. |
| |
| **Signature of Inmate** |

| Court Questions: |
| --- |
| Do you have a statement? |
| |

| Sentencing Conditions: |
| --- |

| Verdict:   Guilty, Guilty, Guilty |
| --- |

### Restriction Days to Serve

|  |  |  |  |
| --- | --- | --- | --- |
| **Commissary:** | 40 | **Days Suspended:** | 0 |
| **Phone:** | 40 | **Days Suspended:** | 0 |
| **Visitation:** | 40 | **Days Suspended:** | 0 |
| **Punitive Isolation Days to Serve:** | 20 | **Days Suspended:** | 0 |
| **GT Class Reduced to:** | IV | **Class Suspended:** | |

Disciplinary Hearing Action
04/28/2017  3:08 PM
Page 2

**Inmate:**   Palton, Jason Deon                **ADC#:**   095164D          **Unit:**   Ouachita River Correctional Unit

| Additional Sanctions/General Comments: |
|---|
| |

| Factual Basis for Decision (This is a short synopsis of the facts as the Hearing Officer perceives them after reviewing all of the evidence.): |
|---|
| Inmate disobeyed an order to exit his cell and was insolent. |

| Evidence Relied Upon: |
|---|
| FI states on the am of 4-24-17, Palton disobeyed an order to exit his cell and was insolent to staff. |

| Reasons Why Information Purporting to Exonerate Inmate was Discounted: |
|---|
| FI report is accepted. |

| Reasons for Assessment of Punishment: |
|---|
| Inmate is class IV on punitive and must obey all orders to exit his cell and must not be insolent. |

| I have read this report and understand that I may appeal to the Warden about any decision made in this matter within fifteen (15) working days by completing the "Disciplinary Appeal" form. |
|---|
| |
| **Inmate's Signature** _____   **Counsel-Substitute** _____ |

**I affirm that the information is true to the best of my knowledge.**

**Hearing Officer** _____          **Date** _____

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center **O RC**

Name **Palton Jason**

ADC# **95164**    Brks # **W.22**    Job Assignment

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # _____ |
| | Date Received: _____ |
| | GRV. Code #: _____ |

**5-2-17** (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

**4 27-17** (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: **Iso security is causing me a substantial risk of physical harm**

Is this Grievance concerning Medical or Mental Health Services? **NO** If yes, circle one: medical or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **Warden Gibson, Warden**

**Faust et al. is Allowing there security too Sexual harass me. Sgt. Kental is viddiong me while I'm taking a shower. The sgts Are denying me 1 hour out of my cell. CoI Parker has Stood At my door sexual Harassing me, denying me of my food. Sgts Are given me cold food trays. And they Are Falsifying documents**

**Jason Palton**                           **4 27-29-17**
Inmate Signature                              Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **5-2-17** (date), and determined to be **Step One** and/or an Emergency Grievance **NO** (Yes or No). This form was forwarded to medical or mental health? **No** (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

**Lt McVay**              **68549**    **Lt McVay**                    **5-2-17**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                Date Received

Describe action taken to resolve complaint, including **dates:** **I have talked with the Staff and they say you refused yard because you did not want to go by your self. You are videoed any time out of cell. That is why you talk with staff**

**Lt McVay   5-3-17**                    **Jason Jalton  5-4-17**
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

-----------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

**ISSR100**

**Arkansas Department of Corrections**
Ouachita River Correctional Unit **Unit**
**MAJOR DISCIPLINARY**

If the C.S.O. determines that the violat
described on this document are felonio
must hand carry this document to the U
who must immediately notify the Direct

**Inmate:** Palton. Jason Deon                 **ADC#:**  095164D                 **Assignment:** AM/PM:Unassigned

**Class:** IV       **is being charged by**       Parker, Brooksanne                 **Title:** Corporal
**with code violation(s):**

02-17 Creating unnecessary noise,including disruptive OR aggressive play in areas other than designated recreation areas.
11-1  Insolence to a staff member.
12-3  Failure to obey verbal and/or written order(s) of staff.
04-4  Battery--Use of physical force upon staff.
05-3  Assault--any threat(s) to inflict injury upon another,directly or indirectly,verbally or in writing.

**Date & Time:**  05/15/2017        5:00 PM
**Notice of Charges:**

Incident Report Unit: Ouachita River Correctional Unit
Incident Report Date/Time: 05/15/2017/05:00:00 PM
Incident Report Number: 2017-05-180
Incident Report Comments By: Brooksanne Parker
On 5-15-17 at approximately 5:00 PM, I Cpl. Parker made rounds to take inmate Jason Palton # 095164 his property and commissary. During the process of giving him his belongings he started to get angry and verbally getting louder. I informed him that if he didn't calm down I was going to walk away and let night shift give him his property. At that point inmate Palton started knocking off the items that I had placed on his bars. I closed his outside door and walked to the booth to place his property in the booth for night shift. I then began a security and fire check, as I passed by inmate Palton's cell I observed a sheet hanging across the entire area of the cell bars. I gave inmate Palton 6 direct orders to remove the sheet from the bars and he replied saying "I'm not taking shit down, you whore. If you come in this cell, I'm taking your fucking eye out bitch!" I called for Sgt. Webb and gave inmate Palton to remove the sheet. I then opened his outside door to remove the sheet from the bars and inmate Palton began throwing bars of soap and AA batteries at me. I then used a one (1) second burst of my O.C. spray (Lot 18814-2014#16523) on the facial area of inmate Palton. I then exited the cell and locked the outside door to wait on assistance. Therefore I Cpl. Brooke Parker charge inmate Jason Palton # 95164 with rule violations 02-17, 11-1, 12-3, 04-4, and 05-3. End statement.

(I affirm that the information in this report is true to the best of my knowledge)                 Signature of Charging Officer

| NOTIFICATION: | Officer | Date & Time Notified 3/19/17 1045 |
| --- | --- | --- |

**Witness Statements:**     No  X             **If yes, list:**

Mrs. Mixon

Inmate's Signature

| **C.S.O. Review:** | **Outcome:** | Refer to Hearing Officer/Comm. | |
| --- | --- | --- | --- |
| | **By:** | Arnold, Percy D | **Date**  05/17/2017 |

| **Extension:** | No  X | Yes | **Has extension form been completed?** |
| --- | --- | --- | --- |

Presentation by Counsel - Substitute is required when it is determined that the inmate is illiterate or incompetent or that the issues are extraordinarily complex.
**Counsel-Substitute:**    **Assigned (Name)**                                           **Not Assigned**

F-831-1

# Arkansas Department of Correction

_____ Unit

# MAJOR DISCIPLINARY

Inmate _____ ADC # _____ Assignment _____

Class _____ is being charged by _____ Title _____

with rule violation(s) _____ Time & Date _____ , 20 ____

---

NOTICE OF CHARGES

(I affirm that the information in this report
is true to the best of my knowledge)

_____
Signature of Charging Officer

NOTIFICATION:    Officer _____ Date & Time Notified _____

Witness Statements:    No _____ If Yes, List: _____

_____

_____

_____

_____
Inmate's Signature

C.S.O. REVIEW:  Reduce _____  Dismiss _____  To Disc. Court _____  Initial _____  Date _____

EXTENSION:    No _____  Yes _____  Has extension form been completed? _____

Presentation by Counsel—Substitute is required when it is determined that the inmate is illiterate or incompetent or
that the issues are extraordinarily complex.

COUNSEL-SUBSTITUTE    Assigned (Name) _____ _____

ORIGINAL - File Copy
COPY - Inmate                                                              Co

**ISSR101**

**Arkansas Department of Correction**

**DISCIPLINARY HEARING ACTION**

**Inmate:**    Palton, Jason Deon          **ADC#:**    095164D          **Unit:**    Varner Unit

**Code Violation(s):**

02-17 Creating unnecessary noise,including disruptive OR aggressive play in areas other than designated recreation areas.
11-1  Insolence to a staff member.
12-3  Failure to obey verbal and/or written order(s) of staff.
04-4  Battery--Use of physical force upon staff.
05-3  Assault--any threat(s) to inflict injury upon another,directly or indirectly,verbally or in writing.

**Date/Time of Alleged Offense(s):**          05/15/2017  5:00 PM

**Hearing Date:**    05/23/2017                    **Time:**  **Start**      10:03 AM                    **End**    10:26 AM

**Recorder:**    Banister, Terrie L              **Tape#:**              **Side:**        **Meter: From**              **To**

**Plea:**    Not Guilty, Not Guilty, Not Guilty, Not Guilty, Not Guilty                    **Attendance Waived:**    No

**Has waiver form been completed?** _____

**Inmate's Statement:**

STAFF WAS UP-SET WITH ME. I WROTE A GRIEVANCE. I HAD NO BATTERIES OR SOAP AT THE TIME. I WAS NOT GIVEN AN ORDER.

_____

**Signature of Inmate**

**Court Questions:**

Do you have a statement?

**Sentencing Conditions:**

**Verdict:**    Guilty, Guilty, Guilty, Not Guilty, Guilty

| **Punitive Isolation Days to Serve:** | 30 | **Days Suspended:** | 0 |
| **GT Class Reduced to:** . | IV | **Class Suspended:** | |

Disciplinary Hearing Action
05/23/2017  10:27 AM
Page 2

**Inmate:**  Palton, Jason Deon                **ADC#:**  095164D                **Unit:**  Varner Unit

---

**Additional Sanctions/General Comments:**

---

**Factual Basis for Decision (This is a short synopsis of the facts as the Hearing Officer perceives them after reviewing all of the evidence.):**
INMATE PALTON REFUSED TO OBEY STAFF ORDERS TO REMOVE THE SHEETS OBSERVED HANGING ON THE CELL BARS. INMATE PALTON WAS THEN INSOLENT TO STAFF CALLING STAFF A WHORE ALONG WITH THREATENING STAFF STATING I"M TAKING YOUR FUCKING EYE OUT. INMATE PALTON THEN BEGAN THROWING BATTERIES AND SOAP AT STAFF.

---

**Evidence Relied Upon:**

F1 REPORT STATES INMATE PALTON REFUSED TO OBEY STAFF ORDERS TO REMOVE THE SHEETS OBSERVED HANGING ON THE CELL BARS. INMATE PALTON WAS THEN INSOLENT TO STAFF CALLING STAFF A WHORE ALONG WITH THREATENING STAFF STATING I"M TAKING YOUR FUCKING EYE OUT. INMATE PALTON THEN BEGAN THROWING BATTERIES AND SOAP AT STAFF.

F-1 statement from charging officer, WITNESS STATEMENT, STAFF SUPPORTING 005 REPORT, INFIRMARY REPORT, INMATE REQUEST FORM, AFFADAVIT,

---

**Reasons Why Information Purporting to Exonerate Inmate was Discounted:**
Staff report is accepted.

---

**Reasons for Assessment of Punishment:**
INMATE PALTON IS A CLASS IV INMATE WHO MUST LEARN THAT CREATING UNNECESSARY NOISE, DISRESPECTING STAFF, REFUSING TO OBEY STAFF ORDERS AND THREATENING STAFF WILL NOT BE TOLERATED.

---

**I have read this report and understand that I may appeal to the Warden about any decision made in this matter within fifteen (15) working days by completing the "Disciplinary Appeal" form.**

Inmate's Signature _____    Counsel-Substitute _____

I affirm that the information is true to the best of my knowledge.

Hearing Officer _____    Date _____

F—831—5                    **Arkansas Department of Correction**

_____ORCU_____ **Unit**

## DISCIPLINARY EXTENSION FORM

TO: _In mate Patton #95164_

FROM: _Warden Jackson_

RE:   Disciplinary Dated _5-15-17_ at _5:00 pm_ For rule violation(s) _2-17,11-1, 12-3, 4-4_
                                                                                    _5-3_

DATE: _5-18-17_

This is to inform you I am extending your Disciplinary Hearing for a period of _____5_____* additional working days for the following reasons:

( ✓ ) Inmate is out to court/hospital, or otherwise off the Unit/Center.

(  ) Awaiting the decision of the prosecuting attorney regarding the filing of a felony charge.

(  ) The case requires more extensive investigation. The following is needed:

   _Transferred to Varner_ _____

   _____

   _____

(  ) Volume of Disciplinaries scheduled for hearing is excessive and more time is needed to insure a fair determination in each case.

(  ) Emergency situation exists at the unit.

**Retroactive extension:**

(  ) Escaped inmate, not in custody. Returned to Unit _____   _____ .
                                                          Date              Time

_DW A._ _____        _5-18-17_        _2:25 p_
               Signature                   Date              Time
Warden/Center Supervisor, Hearing Officer

Copy delivered to inmate by: _____ on _5-19-17   1045_ .
                                  Signature              Date

cc: File

*An Extension may be granted up to five (5) working days. If greater length of time is needed, then the extension must be renewed and will not exceed five (5) days per extension. The Director must approve any extension over thirty (30) days total.

_____   _____   _____
      Director's Signature          Date          Length of Extension

This extension will expire on __ _5-31-17_ at _6:00 p.m._
                                    Date              Time

ORIGINAL — File
COPY — Inmate

Color — White

ACI—6459

# Arkansas Department of Correction

VARNER                    **Unit**

# DISCIPLINARY EXTENSION FORM

TO: PALTON, JASON DEON ADC#095164

FROM: WARDEN JAMES GIBSON

RE Disciplinary Dated      7/3/2017      at:    2:32 PM        For rule violation(s) : 12-4, 11-1, 02-17

Date:   7/12/17

This is to inform you I am extending your Disciplinary Hearing for a Period of   (5) Five   additional working days for the following reasons:

(     )   Inmate is out to court/hospital, or otherwise off the Unit/Center.

(     )   Awaiting the decision of the prosecuting attorney regarding the filing of a felony charge.

( X )   The case requires more extensive investigation. The following is needed:

       NEEDS WITNESS STATEMENTS

(     )   Volume of Disciplinaries scheduled for hearing is excessive and more time is needed to insure a fair determination in each case.

(     )   Emergency situation exists at the unit.

**Retroactive Extension:**

(     )   Escaped inmate, not in custody. Returned to Unit

Signature _____   Date ~/17        4:08 pm

Warden/Center Supervisor, Hearing Officer

Copy delivered to inmate by: _____   on _____ at _____

CC: Fil                      Signature              Date           Time

*An Extension may be granted up to five (5) working days. If greater length of time is needed, then the extension must be renewed and will not exceed five (5) days per extension. The Director must approve any extension over thirty (30) days total.

Director's Signature              Date              Length of Extension

**This extension will expire on:** 7/20/2017 6:00pm

**ORIGINAL --- File**                                    Color --- White
**COPY --- Inmate**                                     ACI --- 6459

*C602-230*

IGTT410                                                                 Attachment III
3GS

INMATE NAME: <u>Palton, Jason D.</u>      ADC #: <u>095164D</u>      GRIEVANCE #: <u>OR-17-00707</u>

## WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance, dated 5-4-2017, you stated, "Warden Faust is Allowing Warden Gibson er AL. Security deny me of filing Emergency grievance. Lt. Maxwell, Capt. King Major Arnold has conspired to cause me harm. Warden Gibson mislead the Arkansas State Police during their investigation the sexual Assaults in 2005 that the ADC caused to happen to me. Warden Gibson is doing the same here. I fear for my life."

In her response, Warden Faust states that she hasn't allowed Deputy Warden Gibson to prevent you from filing an Emergency Grievance. Deputy Warden Gibson states that he had very little interaction with you when he was assigned to Ouachita River Unit but he did conduct an investigation on you when he was an investigator at Internal Affairs Division. Lt. Maxwell, Captain King, and Major Arnold all state that they have not conspired to cause you harm.

I find your grievance without merit.

_____          _____          _____
Signature of Warden/Supervisor or Designee        Title               Date

DW                                       6-5-17

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_____          _____          _____
Inmate Signature                              ADC#                   Date

IGTT410                          Page 1 of 1

2 PL 230

IGTT410                                                                        Attachment III
3GS

INMATE NAME: <u>Palton, Jason D.</u>        ADC #: <u>095164D</u>        GRIEVANCE #: <u>OR-17-00706</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance, dated 5-4-2017, you stated, "Warden Faust is allowing Warden Gibson et AL. there security too keep me in West Iso. because Warden Gibson mislead the Arkansas State Police during their investigation the sexual assaults in 2005 that ADC caused to happen to me. I fear for my Life here with Warden Gibson et AL. and security."

In her response, Warden Faust states that the punitive time you are serving in Restrictive Housing is due to major rule violations you were found guilty of by the disciplinary hearing officer. Your punitive time will end on 6-3-17 if you follow the rules and remain disciplinary free.

I find your grievance without merit.

_A. Jackson_                                    _PV_                    _5-14-17_
Signature of Warden/Supervisor or Designee        Title                  Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_____        _____        _____
Inmate Signature                         ADC#                          Date



IGTT410
3GS

Attachment III

INMATE NAME: <u>Palton, Jason D.</u>    ADC #: <u>095164D</u>    GRIEVANCE #: <u>VSM17-01894</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Palton you state "Warden Gibson et Al. Warden Faust; warden Jackson, Emsweller all conspired to cover up security threats, harassment, and Retaliation to cause me harm with my health & safty at ORC Unit in Malvern Ark. Classification F. Washington conspired with having me transferred to VSM keeping me on Restrictive Housing. I pose no threat to staff or Inmates. Warden Gibson et Al. is punishing me for ADC wrong that they do".

PER AD: 14-16 Inmate Grievance Procedure 2. Only one Unit Level Grievance Form (Attachment I) can be submitted per grievance and only one problem/issue should be stated in the grievance, not multiple problems/issues. An inmate must use a separate form for each issue. Only one issue will be addressed. Classification Officer, Ms. Washington advised she did not conspire to have you transferred to VSM. You were assigned to Restrictive Housing due to being a threat to security and the good order of the institution. You are correctly assigned at this time. Therefore, I find this issue without merit.

_____
Signature of Warden/Supervisor or Designee

_____
Title    Warden

_____
Date    6/19/17

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_____        _____        _____
Inmate Signature                    ADC#                    Date

IGTT410                    Page 1 of 1

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _____

Name _____

ADC# 95164    Brks # 7-44    Job Assignment B/U

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_____ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

10-28-17 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: I'm At substantial risk of Physical harm.

Is this Grievance concerning Medical or Mental Health Services? **NO** If yes, circle one: medical or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): There is a conflict of interest for my health & safty while housed at the varner unit. security caused me to become sexual assaulted in 2005. The varner unit were sued for deliberate indifference of my health & safty & mental health needs. I'm experienceing conflict of interest and being placed back Around the defendants & Inmates thats Causing me discomfort.

_Aaron Pulton_                                    10-28-2017
Inmate Signature                                  Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an **Emergency** Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____    _____    _____    _____
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____

_____

Staff Signature & Date Returned _____    Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two:

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center __Varner__

Name __Jason Palton__

ADC# __95164__   Brks # __7__   Job Assignment __B/U__

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # _____</td></tr>
<tr><td>Date Received: _____</td></tr>
<tr><td>GRV. Code #: _____</td></tr>
</table>

_____ (Date) STEP ONE:  Informal Resolution

_____ (Date) STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
            If the issue was not resolved during Step One, state why: _____
_____

__10-18-17__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt.  In an Emergency, state why: __I fear for my Life here at Varner.__

*Is this Grievance concerning Medical or Mental Health Services?* __Yes__ *If yes, circle one:  medical or* (__mental__)
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel involved and how __you__ were affected. (Please Print): __There is A Conflict of interest__
__for my health & safty while being housed At the__
__Varner unit. Varner security Caused me to become__
__Sexual Assaulted in 2005. mental Health Donald Compton__
__were sued for deliberate indifference of my mental__
__Health needs. I'm not Receiving the proper mental__
__Health services. mental Health is Falsifying__
__documents As though I Receiving Help. I'm not.__

__Jason Palton__                        __10-18-2017__   __10-24-2017__
Inmate Signature                        Date __18-2017__

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __10/24/17__ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name of the person in that department receiving this form: _____ Date _____

__G. Ford__        __3189__    __Lt. Avira Smith__            __10/24/17__
PRINT/STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                Date Received

Describe action taken to resolve complaint, including **dates**: __Never Respond Too__
_____

Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**.  Is it an Emergency? _____ (Yes or No).
Staff  Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other)  Date: _____
If forwarded, provide name of person  receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Palton, Jason D.
FROM:  Cantrell, Sharon L
DATE:  12/14/2017

ADC #:   095164E
TITLE:   ADC/ACC Program Specialist
GRIEVANCE #:  VU-17-00892

Please be advised, I have received your Grievance dated 12/04/2017 on 12/14/2017 .
You should receive communication regarding the Grievance by 01/17/2018

Signature of ADC/ACC Program Specialist

## CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.

☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

☑ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

☐ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____        _____        _____
Inmate Signature                        ADC #                           Date

IGTT400                        Page 1 of 1

IGTT420                                                                                        Attachment IV
3GH

INMATE NAME: Palton, Jason D.          ADC #: 095164E          GRIEVANCE #: VU-17-00892

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

Your complaint is that you suffer from nightmares and cold sweats from a rape that occurred in prison back in 2005. You also allege that being around me, Mr. D. Compton is a conflict of interest as it relates to your health and safety. You have been receiving mental health services from ADC almost the entire time you have been incarcerated at all the various units where you have been housed. You have been released from prison since 2005 and have returned on at least 5 separate occasions due to parole violations. You were transferred from Varner on 12/13/17 to the Cummins unit and therefore; you have no contact with me. You should discuss any issues regarding nightmares with the mental health staff at your current unit. Consequently, I find no merit to this grievance.

_D. Compton_

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Rehab Program Manager          01/18/2018
_____    _____
Title                                                Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

_____          _____          _____
        Inmate Signature                              ADC#                            Date

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Varner__

Name __Jason Pilton__

ADC# __95164__    Brks # __19__    Job Assignment __Bll__

FOR OFFICE USE ONLY

GRV. # __VU17-0892__

Date Received: __12-13-17__

GRV. Code #: __1630__

_____ (Date) STEP ONE: Informal Resolution

__12-2-17__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __Not Solved__

__12-2-17__

__12-4-17__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: __Conflict of interest for my Health & Safty that Varner caused the assaults__

*Is this Grievance concerning Medical or Mental Health Services?* __Yes__ *If yes, circle one:* medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __I suffer from having nightmares 4-5 times a week; I have night sweats at times from the sexual assaults in 2005 that Varner caused to happen to me. Mental Health Donnie Compton were sued for deliberate indifference of my mental health needs. There is a conflict of interest for my Health & Safty here at Varner Unit. I'm not Receiving the proper mental Health service__

Inmate Signature __[signature]__                          Date __12-4-17__

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __12/4/17__ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____ __105/73__ _____ _____ __12/4/17__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____

__[signature]__ __12/12/17__        __[signature]__ __12-12-17__
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

RECEIVED
DEC 1 3 2017
VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

3A

800-4

**STATE OF ARKANSAS** )
                      ) §
**COUNTY OF** _Lincoln_ )

**AFFIDAVIT**

I, _Jason Talton #95164_ after first being duly sworn, do hereby swear, depose and state that: _I'm not Receiving the_

_proper mental Health services_

_At the Varner Supermax_

_By mental Health D._

_Compton et, Al.,_

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

_6-20-2017_
DATE

_Jason Talton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _20_ day of _June_ , 20_17_ .

_Felicia Piggee_
NOTARY PUBLIC

My Commission Expires: _01·31 2021_

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

800-4

STATE OF ARKANSAS ............ )
........................................... ) §
COUNTY OF _Lincoln_ ............ )

## AFFIDAVIT

I, _Jason Palton 95164_, after first being duly sworn, do hereby swear, depose and state that: _I pose no threat to this Varner institution. Warden Faust would not Rectify any of the security Harrassment, threats, and the irregular procedures And falsifying documents that ouachita River Unit caused upon me with conspired to Lock me in Iso. to cover up the Harassment, threats and the irregular procedures And falsifying documents._

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

_5-31-2017_
DATE

_Jason Palton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _20_ day of ____June____, 20 _17_.

_Felicia Piggi_
NOTARY PUBLIC

My Commission Expires: _01·31·2021_

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

800-4

**STATE OF ARKANSAS** )
                        )§
COUNTY OF _Lincoln_ )

### AFFIDAVIT

I, _Jason Palton 95164_, after first being duly sworn, do hereby swear, depose
and state that: _I Pose no threat to varner Unit_
_Institution. Please Don't Keep_
_me Back here I've Done_
_nothing to Be Back Here._
_Please I Cry Please.._

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

_5-31-2017_
DATE

_Jason Palton_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _20_ day of
_June_, 20 _17_.

_Felicia Piggee_
NOTARY PUBLIC

My Commission Expires: _01·31·2021_

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12392202

800-4

**STATE OF ARKANSAS**          )
                                        )§
**COUNTY OF** Lincoln          )

## AFFIDAVIT

I, Jason Palton #95164, after first being duly sworn, do hereby swear, depose and state that: I hurd inmates talking in the vent of my cell, About A Knife and About house they were going to harm someone with it. I saw a string hanging from my Light fixer in the Pipe chase. I Grab it and pulled it And A Knife made out of fiber glass were Attached to it. I gave it too the V.S.M. Capt. Stevens the Knife. I pose no threat to myself or to Anyone of Varner Unit

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

8-22-17
DATE

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 22 day of August, 20 17.

_____
NOTARY PUBLIC

My Commission Expires: 01-31-2021

FELICIA PIGGEE
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 01-31-2021
Commission # 12382202

1. of 2

Sir I'm Also Been tortured By the V.S.M Security. Security Steven Jackson works controle Booth for 1 & 2 Cell Block. Everyday my mind is Being destroyed mentally, emotionally, AS I deal with this security in V.S.M. Sir I Did nothing to Be placed Back here on Restrictive Housing At the V.S.M. I cry can't sleep At times. Sir I even found A sharp Knife in my

2. of 2

Light fixer, hereing inmates in the vent talking about Stabbing someone. I gave the knife to Capt. Stevens. Sir at times I cry, cry, cry, why am I in this V.S.M. and did nothing to Be At. V.S.M. Sir I Thank you for All that you Have Done for me.

From:



**Arkansas Department of Correction**

Director's Office
P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6200
Fax: (870) 267-6244
www.arkansas.gov/doc

*honor and integrity in public service*

## MEMORANDUM

**TO:**               Inmate Jason Palton, ADC# 095164
                        Varner Super Max

**FROM:**        Jada Lawrence, Executive Assistant to the Director

**RE:**              Mental Health

**DATE:**        July 14, 2017

Thank you for contacting my office. I have read and reviewed the correspondence you sent to my office concerning your mental health.

We referred your letter to Bob Parker, Mental Health Administrator, to review your mental health care.

Mr. Parker stated that you are being seen on a regular and routine basis by Mental Health staff, are being followed in Psychiatric Clinic, and are being afforded reasonable an appropriate Mental Health Services.

However, you may put in a request to see Mental Health staff as needed or speak to Mental Health staff during their rounds in Restrictive Housing.

JL/ms

Cc: Bob Parker, Mental Health Administrator

*An Equal Opportunity Employer*

## AFFIDAVIT OF MAILING

State Of Arkansas      )

                  ) SS:

County Of Lincoln     )

On this 29 ay of June ,2018 I mailed 1 copies of the following:

Affidavit, Grievance Letter, denying mental Health

Dated 6 ,29 ,2018 {13} pages in length, with { O } attachment pages, a total of 13 pages
Mailed herewith including all attachments ( NOT INCLUDING THIS AFFIDAVIT OF MAILING)
in a signed and sealed envelope as follows:

C.copy
TO

BoB Parker, mental
P.O. Box 8707
Health Administrator
Pine Bluff Ar. 77611

I declare under penalty of perjury under the laws of the State Of Arkansas that the above is true,
correct and that this Affidavit Of Service was executed on 6 ,29 2018 at Grady
Arkansas.

_____
Signature

Before me _____, a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this 29, day of

June ,2018.

Notary Public _____ My commission Expires 03-16-2025 .

AFFIDAVIT OF PROOF OF MAILING

MARY LLOYD
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817

## AFFIDAVIT OF MAILING

**State Of Arkansas** )
                       ) SS:
County Of Lincoln )

On this 29 ay of June , 18 I mailed 1 copies of the following:

Ordered CATAlog #549379

Dated 6 , 29, 18 { 1 } pages in length, with { O } attachment pages, a total of 1 pages
Mailed herewith including all attachments ( NOT INCLUDING THIS AFFIDAVIT OF MAILING)
in a signed and sealed envelope as follows:

Christian Book
Distributors
P.O. Box 7000, PeABody, MA, 01961

I declare under penalty of perjury under the laws of the State Of Arkansas that the above is true,
correct and that this Affidavit Of Service was executed on 6 . 29, 18 at Grady
Arkansas.

COpy

Signature

Before me _____ , a Notary Public for the State Of Arkansas, County

of Lincoln and authorized to administer oaths, appeared _____ and after

having identified himself to me and swearing to the truthfulness of the foregoing facts, placed his

bona Fide signature upon this document under penalties of perjury on this 29 day of

June 2018 .

Notary Public _____ My commission Expires 03-16-2025 .

AFFIDAVIT OF PROOF OF MAILING

MAR   LLOYD
NOTARY PUBI    STATE OF ARKANSAS
              LN COUNTY
My Commission Expires 03-16-2025
Commission # 12403817