IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON                                                     PLAINTIFF
ADC #095164

v.                     CASE NO. 5:18-CV-00179 BSM

STRAUGHN, et al.                                                      DEFENDANTS

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 6] has been reviewed. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety, and Palton's motion for a temporary restraining order is denied without prejudice.

IT IS SO ORDERED this 29th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE