# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JASON DEON PALTON                                            PLAINTIFF

v.                     CASE NO. 5:18-CV-00179 BSM

STRAUGHN, et al.                                         DEFENDANTS

## ORDER

The proposed findings and partial recommendation [Doc. No. 9] submitted by United States Magistrate Judge Patricia S. Harris has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly:

1. Any claims based on Palton's inter-unit transfers or access to his mail are dismissed without prejudice;

2. Palton's Eighth Amendment failure-to-protect and/or failure-to-take corrective action claim against defendants Vernon Robertson, Dale Marshall Reed, Warden Straughn, Crystal Woods, Deputy Warden Musselwhite, Lola Elliot, April Gibson, Kenneth Starks, Budnik, T. Griffin, and Wendy Kelley may proceed;

3. Palton's Eighth Amendment claim based on denial of medical and/or mental health treatment by defendants Daniel, Dr. White, Dana Haynes, Judy Hathaway, Compton, Cobgill, Dr. Lee, and Dr. Faupel may proceed;

4. Palton's false disciplinary claim against Dermitta Thomas and Justine M. Minor is dismissed without prejudice for failure to state a claim upon which relief may be granted; and

5. Palton's state law conversion claim is dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 28th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE