# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JASON DEON PALTON**                                                      **PLAINTIFF**
**ADC #095164**

**v.**                  **CASE NO. 5:18-CV-00179 BSM**

**STRAUGHN, et al.**                                                    **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 13] filed by United States Magistrate Judge Patricia S. Harris has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is hereby adopted in its entirety. Accordingly, plaintiff Jason Deon Palton's motion for a temporary restraining order is denied without prejudice.

IT IS SO ORDERED this 2nd day of November 2018.

                                                             _/s/ Brian S. Miller_
                                                             UNITED STATES DISTRICT JUDGE