IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON                                                               PLAINTIFF
ADC #095164

v.                    CASE NO. 5:18-CV-00179 BSM

WILLIAM STRAUGHN, et al.                                                    DEFENDANTS

## ORDER

United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 61] is adopted and the motion for summary judgment filed by defendants Eugene Lee and Dana Haynes [Doc. No. 48] is granted. Plaintiff Jason Deon Palton's claims against Lee and Haynes are dismissed without prejudice.

IT IS SO ORDERED this 21st day of February 2019.

_____
UNITED STATES DISTRICT JUDGE