IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON                                                                    PLAINTIFF
ADC #095164

v.                          CASE NO. 5:18-CV-00179 BSM

WILLIAM STRAUGHN, et al.                                                           DEFENDANTS

## ORDER

United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 86] is adopted, and Jason Palton's motion for a temporary restraining order [Doc. No. 78] is denied.

IT IS SO ORDERED this 3rd day of June 2019.

_____
UNITED STATES DISTRICT JUDGE