IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON DEON PALTON                                                                                       PLAINTIFF
ADC #095164

v.                                            CASE NO. 5:18-CV-00179 BSM

WILLIAM STRAUGHN, et al.                                                                       DEFENDANTS

## ORDER

United States Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 96] is adopted, and defendants' motion for summary judgment [Doc. No. 73] is granted. Jason Palton's claims against Reed, Musselwhite, Kelley, Daniels, Compton, Cogbill, Dr. Faupel, and Dr. White are dismissed without prejudice for failure to exhaust administrative remedies. Palton's Eighth Amendment failure-to-protect/failure-to-take correction action claims against Straughn, Budnik, Wood, Starks, Robertson, Griffin, Elliot, and Gibson may proceed.

IT IS SO ORDERED this 20th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE